FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

Name: John Manley    2006 JAN 17 A 9:44

Prison Number: 128194

Place of Confinement: St. Clair Cor. Fac.

United States District Court: Middle District of Alabama

Case No. 2:06cv38-WKW
(To be supplied by Clerk of U. S. District Court)

John Manley, PETITIONER
(Full Name) (Include name under which you were convicted)

Ralph Hooks, Warden, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF Troy King

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*<b>If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.</b>

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _Circuit Court of Montgomery County, Alabama_

2. Date of judgment of conviction _March 19, 1982_

3. Length of sentence _10 years_   Sentencing Judge _Taylor and Thomas_

4. Nature of offense or offenses for which you were convicted: 3 Counts Burglary first, 6 Counts Burglary third, 8 Counts Theft of property first

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty (X)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: N/A

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial? Yes ( )  No (X)

8. Did you appeal from the judgment of conviction? Yes ( )  No (X)

9. If you did appeal, answer the following:
   (a) Name of court N/A
   (b) Result N/A
   (c) Date of result N/A
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X)  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court Circuit Court of Montgomery County
        (2) Nature of proceeding Rule 32
        (3) Grounds raised The Court was without Jurisdiction to Render Judgment or to impose sentence.

        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (X)
        (5) Result DENIED
        (6) Date of result

(f) In any post-conviction proceeding _PRO SE_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _PRO SE_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (X)   No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes (X)   No ( )

   (a) If so, give name and location of court which imposed sentence to be served in the future: _Circuit Court of Montgomery County_

   (b) And give date and length of sentence to be served in the future: _L.W.O.P._

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes (X)   No ( )

   Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on __12-27-05__.
                                                                    (date)

_John W. Manley_
Signature of Petitioner