IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. MANLEY, #128194, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-0038-WKW |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the petition for habeas corpus relief filed herein, and for good cause, it is

ORDERED that on or before February 2, 2006 the petitioner shall file an amendment to the petition which:

1. Sets forth specific grounds for relief.

2. Advises the court of whether he is presently incarcerated on the sentence(s) imposed for the 1982 convictions challenged in the instant petition. If not incarcerated on such convictions, the petitioner shall inform the court of the conviction(s) on which he is presently incarcerated.

The petitioner is *cautioned* that failure to file a response in compliance with the directives of this order will result in the dismissal of this case.

Done this 20th day of January, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE