```
CJP232                       ALABAMA DEPARTMENT OF CORRECTIONS              INST:
                               INMATE SUMMARY AS OF 05/10/91                 CODE: CO

                                                                             MAY 2 0 199
***************************************************************************************

AIS: 00128194X    INMATE: MANLEY, JOHN W                    RACE: W   SEX: M

INSTITUTION: 067 - ST. CLAIR CORRECTIONAL FAC.              JAIL CR: 02Y03M01D

DOB: 08/08/62     SSN: 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

ALIAS: MANLEY, JOHNNY                      ALIAS: MANLEY, JOHNNY W

ADM DT: 01/15/87   DEAD TIME: 00Y 00M 00D     *INMATE SERVING LIFE W/OUT PAROLE

ADM TYP: NEW COMMITMENT - SPLIT SENTENCE      STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9   CURRENT CUST DT: 09/10/89   PAROLE REVIEW DT:

SECURITY LEVEL: (5) FIVE

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   02/08/90
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT   CASE NO     CRIME                      JL-CR    TERM
MONTGOMERY   11/06/81  N81000260   YOUTHFUL OFFENDER ACT      0266D    003Y 00M 00D
MONTGOMERY   11/06/81  N81000261   YOUTHFUL OFFENDER ACT      0266D    003Y 00M 00D
MONTGOMERY   11/06/81  N81000259   YOUTHFUL OFFENDER ACT      0266D    003Y 00M 00D
MONTGOMERY   11/06/81  N81000026   YOUTHFUL OFFENDER ACT      0266D    003Y 00M 00D
MONTGOMERY   11/06/81  N80001857   YOUTHFUL OFFENDER ACT      0268D    003Y 00M 00D
MONTGOMERY   11/06/81  N80001856   YOUTHFUL OFFENDER ACT      0268D    003Y 00M 00D
MONTGOMERY   11/06/81  N80001399   YOUTHFUL OFFENDER ACT      0268D    003Y 00M 00D
MONTGOMERY   03/19/82  N82000193   BURGLARY I                 0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000194   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000195   BURGLARY III               0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000196   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000197   BURGLARY I                 0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000198   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000199   BURGLARY III               0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000200   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000201   BURGLARY III               0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000202   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000203   BURGLARY III               0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000204   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000205   BURGLARY III               0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000206   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000209   BURGLARY III               0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000210   THEFT OF PROPERTY I        0000D    010Y 00M 00D
MONTGOMERY   03/19/82  N82000207   BURGLARY II                0000D    010Y 00M 00D
                                   CONSPIRACY TO COMMIT
MONTGOMERY   02/17/89  N87000493   BURGLARY I                 0821D    LIFE
                                   LWOP
             COURT COSTS  : $0000738     FINES : $0000000     RESTITUTION : $0000
MONTGOMERY   02/08/90  N87000494   BURGLARY III               1182D    LIFE
                                   COUNT I
             COURT COSTS  : $0000414     FINES : $0000000     RESTITUTION : $0000

                              CONTINUED ON NEXT PAGE
```

```
CJP232                   ALABAMA DEPARTMENT OF CORRECTIONS           INST:
                         INMATE SUMMARY AS OF 05/10/91                CODE: CO


*****************************   CONTINUATION   *****************************

   AIS: 00128194X    INMATE: MANLEY, JOHN W                RACE: W  SEX: M

   COUNTY      SENT DT   CASE NO      CRIME                JL-CR      TERM
   MONTGOMERY  02/08/90 N87000494  THEFT OF PROPERTY I     1182D      LIFE
                                   COUNT II
   MONTGOMERY  02/08/90 N87000495  BURGLARY III            1182D      LIFE
                                   COUNT I
               COURT COSTS : $0000286    FINES : $0000000   RESTITUTION : $0000
   MONTGOMERY  02/08/90 N87000495  THEFT OF PROPERTY I     1182D      LIFE
                                   COUNT II
   MONTGOMERY  02/08/90 N87000496  BURGLARY III            1182D      LIFE
                                   COUNT I
               COURT COSTS : $0000286    FINES : $0000000   RESTITUTION : $0000
   MONTGOMERY  02/08/90 N87000496  THEFT OF PROPERTY I     1182D      LIFE
                                   COUNT II
               COURT COSTS : $0000286    FINES : $0000000   RESTITUTION : $0000
   MONTGOMERY  02/08/90 N87000497  BURGLARY III            1182D      LIFE
                                   COUNT I
               COURT COSTS : $0000230    FINES : $0000000   RESTITUTION : $0000
   MONTGOMERY  02/08/90 N87000497  THEFT OF PROPERTY I     1182D      LIFE
                                   COUNT II
   MONTGOMERY  02/08/90 N87000498  BURGLARY III            1182D      LIFE
                                   COUNT I
               COURT COSTS : $0000402    FINES : $0000000   RESTITUTION : $0000
   MONTGOMERY  02/08/90 N87000498  THEFT OF PROPERTY I     1182D      LIFE
                                   COUNT II
   MONTGOMERY  02/08/90 N87000499  BURGLARY III            1182D      LIFE
                                   COUNT I
               COURT COSTS : $0000314    FINES : $0000000   RESTITUTION : $0000
   MONTGOMERY  02/08/90 N87000499  THEFT OF PROPERTY I     1182D      LIFE
                                   COUNT II
   MONTGOMERY  02/08/90 N87000500  THEFT OF PROPERTY I     1182D      LIFE
               COURT COSTS : $0000170    FINES : $0000000   RESTITUTION : $0000

   TOTAL TERM      MIN REL DT      GOOD TIME BAL       LONG DATE
      LIFE         00/00/0000      000Y 00M 00D          LIFE

   INMATE LITERAL:
******************************************************************************
                                                              $3,326.00
 DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

******************************************************************************

 ESCAPEE-PAROLE SUMMARY

 >>ESCAPED FROM 056 ON 05/11/83     RECAPTURED: 07/20/83    RETURNED DT: 07/20/
```

CONTINUED ON NEXT PAGE

```
                         ALABAMA DEPARTMENT OF CORRECTIONS              INST:
CJP232                    INMATE SUMMARY AS OF 05/10/91                 CODE: CO


************************************    CONTINUATION    ************************************

 AIS: 00128194X    INMATE: MANLEY, JOHN W                    RACE: W   SEX: M

********************************************************************************************

ESCAPEE-PAROLE SUMMARY

>>PAROLED FROM 022:10/07/85  RVK:04/21/87 DELQ:12/08/86 RECAP:11/28/86 RTN:11/28
    INMATE IS CURRENTLY BARRED FROM PAROLE

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS


********************************************************************************************

DISCIPLINARY SUMMARY

>>DISCIP    01/02/90  TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIP TYPE: MAJOR              AT INST: 003  RULE NUMBER: 64
    RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: POSSESSION OF CONTRABAND

>>DISCIP    09/19/89  TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIP TYPE: MAJOR              AT INST: 003  RULE NUMBER: 35
    RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: FIGHTING WITHOUT A WEAPON

>>DISCIP    05/11/83  TIME LOST: 02Y00M00D    CUST FROM MED9 TO MED9
    DISCIP TYPE: MAJOR              AT INST: 056  RULE NUMBER: 1C
    RETAINED DAYS: 0000   SEQ #: 03   RULE LIT: ESCAPE/ATTMPT FRM COMM FCLTY-NO
```