**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ralph Hooks, Warden
    St. Clair Corr. Fac.
    1000 St. Clair Road
    Springville, AL 35146

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
B.K. Derrick  2-2-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

petition

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0005 4584 7207

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540