IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. MANLEY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 2:06-CV-0038-WKW |
| RALPH HOOKS, et al., | ) ) |
| Respondents. | ) |

## MOTION FOR ENLARGEMENT

Come now the Respondents in the above-styled cause by and through the Attorney General of the State of Alabama, and respectfully request an enlargement of fourteen days in which to respond to this Court's Order to Show Cause based on the following grounds:

1. John W. Manley (Manley) filed a petition for writ of habeas corpus in this Court on December 27, 2005, challenging his convictions and sentences for two counts of first-degree robbery, eight counts of second-degree theft of property, and six counts of third-degree burglary adjudicated in the Montgomery County Circuit Court.

2. On February 1, 2006, United States Magistrate Vanzetta Penn McPherson ordered the Respondents to reply to Manley's petition within twenty days.

3. Counsel for the Respondents has been involved in other work in the appellate courts of the State of Alabama and has had insufficient time in which to complete an answer to the habeas petition.

Wherefore, in consideration of the aforementioned reason, the Respondents pray that this Honorable Court grant this request for fourteen days in which to respond.

        Respectfully submitted,

        Troy King (KIN047)
        Attorney General
        By:


        s/Audrey Jordan
        Audrey Jordan
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: John W. Manley, AIS #128194, St. Clair Correctional Facility, 1000 St. Clair Road, Springville, Alabama 36130.

                                                 s/Audrey Jordan
                                                 Audrey Jordan
                                                 Office of the Attorney General
                                                 Alabama State House
                                                 11 South Union
                                                 Montgomery, AL  36130-0152
                                                 Telephone: (334) 242-7300
                                                 Fax: (334) 242-2848
                                                 E-Mail: AJordan@ago.state.al.us

100615/90693-001