# FORM FOR USE IN APPLICATIONS
## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

__John Manley___ 2006 JAN 17 A 9:44
Name

__128194__
Prison Number

__St. Clair Cor. Fac.__
Place of Confinement

United States District Court __Middle__ District of __Alabama__
Case No. __2:06CV 38 - WKW__
(To be supplied by Clerk of U. S. District Court)

__John Manley_____, PETITIONER
(Full Name)   (Include name under which you were convicted)

__Ralph Hooks, Warden_____, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF __Troy King__

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.


Attachment

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711<br>
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*<b>If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.</b>

PETITION

1. Name and location of court which entered the judgment of conviction under attack <u>Circuit Court of Montgomery County, Alabama</u>

2. Date of judgment of conviction <u>March 19, 1982</u>

3. Length of sentence <u>10 years</u> Sentencing Judge <u>Taylor and Thomas</u>

4. Nature of offense or offenses for which you were convicted: 3 Counts Burglary First, 6 Counts Burglary Third, 8 Counts Theft of property first

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty      (X)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: N/A

6. Kind of trial:   (Check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial? Yes ( )    No (X)

8. Did you appeal from the judgment of conviction?   Yes ( )    No (X)

9. If you did appeal, answer the following:
   (a) Name of court _____ N/A
   (b) Result _____ N/A
   (c) Date of result _____ N/A
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes (X)    No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court Circuit Court of Montgomery County
        (2) Nature of proceeding Rule 32
        (3) Grounds raised The Court was without Jurisdiction to Render Judgment or to impose sentence.

        (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )    No (X)
        (5) Result DENIED
        (6) Date of result _____

(f) In any post-conviction proceeding  PRO SE

(g) On appeal from any adverse ruling in a post-conviction proceeding: ____
PRO SE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (X)    No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes (X)    No ( )

(a) If so, give name and location of court which imposed sentence, to be served in the future: Circuit Court of Montgomery County

(b) And give date and length of sentence to be served in the future: ____
L.W.O.P.

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes (X)    No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on  12-27-05
(date)

X John W. Manley
Signature of Petitioner

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| John W. Manley, #128194, ) | |
| Petitioner ) | |
| ) | |
| versus ) | Case No. 2:06-CV-0038-WKW |
| ) | |
| Ralph Hooks, et al., ) | |
| Respondent ) | |

# RESPONSE TO COURT ORDER DATED JANUARY 20, 2006
# FOR AMENDING THE PETITION

1.) Manley raises the same ground and claims raised in the State Court.

**Ground:** The court was without jurisdiction to render judgment or to impose sentence.

**Claim one:** Manley claims He was deprived of his right to counsel in each case at sentencing. Manley bases this claim on the fact that counsel was present during the guilty but absent during sentencing on a different date for each offense. See case action summary sheet notations. Also <u>McIntyre v. State</u>, 48 Ala. App 626, 266 So.2d 837 (1972). Held that due process required representation by counsel at sentencing. Also see <u>Mempha v. Rhay</u>, 389 U.S. 128, 88 S.Ct. 254, 19 L.Ed. 2d 336 (1967). Manley did not waive his right to counsel therefore he is due a new sentence hearing.

2.) **Claim Two:** Manley claims his Theft of Property convictions are due to be vacated because they arose out of the same conduct as his Burglary convictions in violation of double jeopardy. The same property intended to be stolen in each Burglary indictment is the same property intended and stolen for each theft of property indictment.

3.) **Claim Three:** Manley claims his Burglary in the third degree indictment is due to be dismissed for failing to charge an offense (CC-82-205-TH) because the corresponding Theft of Property first degree indictment (CC-82-206-TH) concludes that Manley was armed inside the building therefore the Burglary in the second degree statute preempts the Burglary in the third degree indictment and conviction because Manley was armed with a deadly weapon. See U.S. v. Tomeny, 144 F 3d 749, 751 (11th Cir. 1998),

"Defendant's claim that charging statute was preempted by another statute, preventing indictment from charging offense was jurisdiction and therefore not waived by defendant's guilty plea."

Manley's Burglary in the third degree indictment is due to be vacated.

4.) Attached hereto is a copy of Manley's A.D.O.C. Time Sheet that shows all of his convictions challenged and presently incarcerated for. Manley is not presently incarcerated for any of the convictions challenged but each of these convictions was used to sentence him under the Habitual Felony Offender Act for each of his present convictions.

5.) Manley has Life Without Parole for Burglary first (CC-87-493) and has a Life Sentence for each offense listed thereafter.

6.) If by chance, this is insufficient information, please inform Manley of what is insufficient and give him a chance to correct or add for making this response sufficient.

## CERTIFICATE OF SERVICE

On January 30th, 2006, Manley has served a copy of the forgoing upon the Attorney General, 11 South Union St., Montgomery, Alabama 36130-0152 by placing a copy in the U.S. Mail first class postage prepaid.

Respectfully Submitted,

John W. Manley, #128194
1000 St. Clair Rd.   G-2-D-240
Springville, Alabama   USA
35146-5582

Attachment: A.D.O.C. Time Sheet

```
CJP232                    ALABAMA DEPARTMENT OF CORRECTIONS           INST:
                          INMATE SUMMARY AS OF 05/10/91                CODE: CO

                                                                      MAY 20 199

************************************************************************

AIS: 00128194X      INMATE: MANLEY, JOHN W                RACE: W  SEX: M

INSTITUTION: 067 - ST. CLAIR CORRECTIONAL FAC.     JAIL CR: 02Y03M01D

DOB: 08/08/62       SSN: 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

ALIAS: MANLEY, JOHNNY                   ALIAS: MANLEY, JOHNNY W

ADM DT: 01/15/87    DEAD TIME: 00Y 00M 00D    *INMATE SERVING LIFE W/OUT PAROLE

ADM TYP: NEW COMMITMENT - SPLIT SENTENCE    STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9    CURRENT CUST DT: 09/10/89    PAROLE REVIEW DT:

SECURITY LEVEL: (5) FIVE

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:    02/08/90
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT   CASE NO      CRIME                    JL-CR     TERM
MONTGOMERY   11/06/81  N81000260    YOUTHFUL OFFENDER ACT    0266D   003Y 00M 00D
MONTGOMERY   11/06/81  N81000261    YOUTHFUL OFFENDER ACT    0266D   003Y 00M 00D
MONTGOMERY   11/06/81  N81000259    YOUTHFUL OFFENDER ACT    0266D   003Y 00M 00D
MONTGOMERY   11/06/81  N81000026    YOUTHFUL OFFENDER ACT    0266D   003Y 00M 00D
MONTGOMERY   11/06/81  N80001857    YOUTHFUL OFFENDER ACT    0268D   003Y 00M 00D
MONTGOMERY   11/06/81  N80001856    YOUTHFUL OFFENDER ACT    0268D   003Y 00M 00D
MONTGOMERY   11/06/81  N80001399    YOUTHFUL OFFENDER ACT    0268D   003Y 00M 00D
MONTGOMERY   03/19/82  N82000193    BURGLARY I               0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000194    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000195    BURGLARY III             0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000196    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000197    BURGLARY I               0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000198    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000199    BURGLARY III             0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000200    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000201    BURGLARY III             0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000202    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000203    BURGLARY III             0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000204    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000205    BURGLARY III             0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000206    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000209    BURGLARY III             0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000210    THEFT OF PROPERTY I      0000D   010Y 00M 00D
MONTGOMERY   03/19/82  N82000207    BURGLARY II                      010Y 00M 00D
                                    CONSPIRACY TO COMMIT
MONTGOMERY   02/17/89  N87000493    BURGLARY I               0821D   LIFE
                                    LWOP
             COURT COSTS  : $0000738       FINES : $0000000   RESTITUTION : $000C
MONTGOMERY   02/08/90  N87000494    BURGLARY III             1182D   LIFE
                                    COUNT I
             COURT COSTS  : $0000414       FINES : $0000000   RESTITUTION : $000C

                              CONTINUED ON NEXT PAGE
```

```
                        ALABAMA DEPARTMENT OF CORRECTIONS              INST:
CJP232                    INMATE SUMMARY AS OF 05/10/91                CODE: CO

************************  CONTINUATION  ************************

AIS: 00128194X    INMATE: MANLEY, JOHN W                RACE: W   SEX: M

COUNTY        SENT DT   CASE NO      CRIME                       JL-CR      TERM
MONTGOMERY    02/08/90 N87000494 THEFT OF PROPERTY I             1182D      LIFE
                                  COUNT II
MONTGOMERY    02/08/90 N87000495 BURGLARY III                    1182D      LIFE
                                  COUNT I
              COURT COSTS : $0000286    FINES : $0000000   RESTITUTION : $0000
MONTGOMERY    02/08/90 N87000495 THEFT OF PROPERTY I             1182D      LIFE
                                  COUNT II
MONTGOMERY    02/08/90 N87000496 BURGLARY III                    1182D      LIFE
                                  COUNT I
              COURT COSTS : $0000286    FINES : $0000000   RESTITUTION : $0000
MONTGOMERY    02/08/90 N87000496 THEFT OF PROPERTY I             1182D      LIFE
                                  COUNT II
              COURT COSTS : $0000286    FINES : $0000000   RESTITUTION : $0000
MONTGOMERY    02/08/90 N87000497 BURGLARY III                    1182D      LIFE
                                  COUNT I
              COURT COSTS : $0000230    FINES : $0000000   RESTITUTION : $0000
MONTGOMERY    02/08/90 N87000497 THEFT OF PROPERTY I             1182D      LIFE
                                  COUNT II
MONTGOMERY    02/08/90 N87000498 BURGLARY III                    1182D      LIFE
                                  COUNT I
              COURT COSTS : $0000402    FINES : $0000000   RESTITUTION : $0000
MONTGOMERY    02/08/90 N87000498 THEFT OF PROPERTY I             1182D      LIFE
                                  COUNT II
MONTGOMERY    02/08/90 N87000499 BURGLARY III                    1182D      LIFE
                                  COUNT I
              COURT COSTS : $0000314    FINES : $0000000   RESTITUTION : $0000
MONTGOMERY    02/08/90 N87000499 THEFT OF PROPERTY I             1182D      LIFE
                                  COUNT II
MONTGOMERY    02/08/90 N87000500 THEFT OF PROPERTY I             1182D      LIFE
              COURT COSTS : $0000170    FINES : $0000000   RESTITUTION : $0000

 TOTAL TERM      MIN REL DT      GOOD TIME BAL      LONG DATE
    LIFE         00/00/0000      000Y 00M 000          LIFE

INMATE LITERAL:
************************************************************
                                                              $3,326.00
DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

************************************************************

ESCAPEE-PAROLE SUMMARY

>>ESCAPED FROM 056 ON 05/11/83    RECAPTURED: 07/20/83    RETURNED DT: 07/20/

                          CONTINUED ON NEXT PAGE
```

```
CJP232                    ALABAMA DEPARTMENT OF CORRECTIONS            INST:
                          INMATE SUMMARY AS OF 05/10/91                CODE: CO


*********************************  CONTINUATION  *********************************

 AIS: 00128194X    INMATE: MANLEY, JOHN W              RACE: W  SEX: M

***********************************************************************************

ESCAPEE-PAROLE SUMMARY

>>PAROLED FROM 022:10/07/85  RVK:04/21/87 DELQ:12/08/86 RECAP:11/28/86 RTN:11/28
    INMATE IS CURRENTLY BARRED FROM PAROLE

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS


***********************************************************************************

DISCIPLINARY SUMMARY

>>DISCIP   01/02/90  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
    DISCIP TYPE: MAJOR           AT INST: 003  RULE NUMBER: 64
    RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: POSSESSION OF CONTRABAND

>>DISCIP   09/19/89  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
    DISCIP TYPE: MAJOR           AT INST: 003  RULE NUMBER: 35
    RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: FIGHTING WITHOUT A WEAPON

>>DISCIP   05/11/83  TIME LOST: 02Y00M00D   CUST FROM MED9 TO MED9
    DISCIP TYPE: MAJOR           AT INST: 056  RULE NUMBER: 1C
    RETAINED DAYS: 0000   SEQ #: 03   RULE LIT: ESCAPE/ATTMPT FRM COMM FCLTY-NO
```