# VOLUME 1 OF 1

COURT OF CRIMINAL APPEALS NO. *CR-03-1905*

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

### FROM

## CIRCUIT COURT OF <u>MONTGOMERY</u> COUNTY, ALABAMA

CIRCUIT COURT NO. <u>CC 82-195.60 thru CC 82-207.60 and CC 82-209.60 and CC 82-210.60</u>

CIRCUIT JUDGE <u>SHASHY</u>

Type of Conviction / Order Appealed From: <u>RULE 32 PETITION</u>

Sentence Imposed: _____

Defendant Indigent: ■ YES ☐ NO

JOHN MANLEY
**NAME OF APPELLANT**

| | | |
|---|---|---|
| JOHN MANLEY | AIS# 128194 | |
| (Appellant's Attorney) | | (Telephone No.) |
| ST. CLAIR CORRECTIONAL FACILITY | | |
| (Address) | | |
| SPRINGVILLE | AL | 35146-5582 |
| (City) | (State) | (Zip Code) |

V.

## STATE OF ALABAMA

**NAME OF APPELLEE**

(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____
_____

(For Court of Criminal Appeals Use Only)

EXHIBIT

A-1

# INDEX
## CLERK'S RECORD

CASE ACTION SUMMARY………………………………………………....    1-17

IN FORMA PAUPERIS DECLARATION………………………………....    18-20

RULE 32 PETITION……………………………………………………....    21-105

ORDER FOR STATE TO RESPOND………………………………….....    106

ORDGER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS…    107

STATE'S ANSWER TO PETITION FOR RELIEF FROM CONVICTION AND
SENTENCE PURSUANT TO RULE 32………………………………………    108-110

ORDER DENYING RULE 32 PETITION…………………………………..    111-113

NOTICE OF APPEAL……………………………………………………...    114-115

REPORTER'S TRANSCRIPT ORDER……………………………………...    116

DOCKETING STATEMENT…………………………………………….....    117-121

CERTIFICATE OF APPEAL…………………………………………….…    122-138

CERTIFICATE OF COMPLETION………………………………………..    139

```
ACRO370                  ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000193.60
OPER: TOR                    CASE ACTION SUMMARY
 GE:    1                  CIRCUIT  CRIMINAL                      RUN DATE: 06/21/2004
========================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                         JUDGE: WAS

STATE  OF  ALABAMA                    VS      MANLEY JOHN
                                              AIS#128194
CASE: CC 1982 000193.60                       1000 ST.CLAIR ROAD
                                              SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:     RACE:     HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000193  ALIAS NAMES:
========================================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                        DATE ARRESTED:
DATE    INDICTED:                        DATE    FILED: 06/14/2004
DATE    RELEASED:                        DATE  HEARING:
      BOND AMOUNT:           $.00          SURETIES:
DATE 1:              DESC:                TIME: 0000
DATE 2:              DESC:                TIME: 0000

TRACKING NOS:                    /                        /

   DEF/ATY:                          TYPE:                           TYPE:

                         00000                        00000

PROSECUTOR:
```

```
 H CSE:   000000000000 CHK/TICKET NO:                  GRAND JURY:
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: PRISON              DEMAND:                          OPER: TOR
========================================================================================
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | OPE |
|---|---|---|---|
| 06/21/2004 | ASSIGNED TO: (WAS) | (AR01) | TOR |
| 06/21/2004 | INITIAL STATUS SET TO: "P" – PRISON | (AR01) | TOR |
| 06/21/2004 | CHARGE 01: RULE 32-FELONY/#CNTS: 001 | (AR01) | TOR |
| 06/21/2004 | FILED ON: 06/14/2004 | (AR01) | TOR |
| 06/21/2004 | CASE ACTION SUMMARY PRINTED | (AR08) | TOR |
| 06/21/2004 | CAS ATTACHMENT PRINTED | (AR08) | TOR |
| 4/21/04 | Copy was Sent to DA on 6/02/04 | | |
| 7-27-04 | Order Denying the Rule 32 | | |
| 07/30/04 | Notice Of appl w/ forms | | |
| 08/12/04 | Cert Of appl. To Crim Appls, AG, DA & Def. | | |

```
ACRO372                 ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000194.60
OPER: TOR                       CASE ACTION SUMMARY              RUN DATE: 06/21/2004
AGE:    1                       CIRCUIT   CRIMINAL
======================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                          JUDGE: WAS

STATE  OF  ALABAMA                    VS      MANLEY JOHN
                                              AIS#128194
CASE: CC 1982 000194.60                       1000 ST.CLAIR ROAD
                                              SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000          SEX:    RACE:    HT: 0 00  WT: 000   HR:      EYES:
SSN: 503000194  ALIAS NAMES:
======================================================================================
CHARGE01: RULE 32-FELONY         CODE01: RULE   LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                        DATE ARRESTED:
DATE      INDICTED:                      DATE      FILED: 06/14/2004
DATE      RELEASED:                      DATE   HEARING:
BOND      AMOUNT:            $.00        SURETIES:

DATE 1:              DESC:              TIME: 0000
DATE 2:              DESC:              TIME: 0000

TRACKING NOS:                      /                    /

   DEF/ATY:                           TYPE:                        TYPE:

                          00000                    00000

PROSECUTOR:
======================================================================================
TH CSE:  000000000000 CHK/TICKET NO:                  GRAND JURY:
COURT REPORTER: _____ SID NO:       000000000
DEF STATUS: PRISON          DEMAND:                            OPER: TOR
======================================================================================
DATE            ACTIONS,  JUDGEMENTS,  AND  NOTES
======================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6/21/04 | Copy was sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ forms |
| 08/12/04 | Cert. Of Appl. To Crim. Apple, AG, DA & Def |

```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 1982 000195.60
OPER: TOR                    CASE ACTION SUMMARY                RUN DATE: 06/21/2004
PAGE:    1                    CIRCUIT   CRIMINAL
===========================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

STATE  OF  ALABAMA                   VS      MANLEY JOHN
                                             AIS#128194
CASE: CC 1982 000195.60                      1000 ST.CLAIR ROAD
                                             SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000          SEX:    RACE:    HT: 0 00  WT: 000   HR:        EYES:
SSN: 903000195   ALIAS NAMES:
===========================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE     INDICTED:                   DATE     FILED: 06/14/2004
DATE    RELEASED:                    DATE   HEARING:
BOND       AMOUNT:        $.00       SURETIES:

DATE 1:              DESC:           TIME: 0000
DATE 2:              DESC:           TIME: 0000

TRACKING NOS:                    /                    /

   DEF/ATY:                         TYPE:                    TYPE:

                          00000                  00000

PROSECUTOR:
===========================================================================
TH CSE:  000000000000 CHK/TICKET NO:                  GRAND JURY:
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: PRISON           DEMAND:                        OPER: TOR
===========================================================================
DATE           ACTIONS,  JUDGEMENTS,  AND  NOTES
===========================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy was sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ forms |
| 08/12/04 | Cert. Of Appl To Crim Appls, AG, DA + Def |

4

```
ACR0372            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1982 000196.60
OPER: TOR               CASE ACTION SUMMARY               RUN DATE: 06/21/2004
PAGE:   1                  CIRCUIT  CRIMINAL
=================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

STATE  OF  ALABAMA                   VS      MANLEY JOHN
                                             AIS#128194
CASE: CC 1982 000196.60                      1000 ST.CLAIR ROAD
                                             SPRINGVILLE, AL   35146 5582

DOB: 00/00/0000          SEX:     RACE:     HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000196   ALIAS NAMES:
=================================================================================
CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE    INDICTED:                    DATE    FILED: 06/14/2004
DATE    RELEASED:                    DATE  HEARING:
BOND      AMOUNT:          $.00      SURETIES:

DATE 1:            DESC:             TIME: 0000
DATE 2:            DESC:             TIME: 0000

TRACKING NOS:                  /                    /
   DEF/ATY:                         TYPE:                      TYPE:

                              00000                    00000

PROSECUTOR:
=================================================================================
TH CSE:   000000000000 CHK/TICKET NO:              GRAND JURY:
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: PRISON              DEMAND:                           OPER: TOR
=================================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
=================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6/21/04 | Copy was Sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ Forms |
| 08/12/04 | Cert. Of Appl. To Crim. Appls, AG, DA & Def. |

**5**

```
ACR03372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000197 60
OPER: TOR                    CASE ACTION SUMMARY
AGE:   1                      CIRCUIT  CRIMINAL                  RUN DATE: 06/21/2004
=========================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                     JUDGE: WAS

 STATE  OF  ALABAMA                VS       MANLEY JOHN
                                            AIS#128194
 CASE: CC 1982 000197.60                    1000 ST.CLAIR ROAD
                                            SPRINGVILLE, AL  35146 5582

 DOB: 00/00/0000          SEX:    RACE:    HT: 0 00  WT: 000   HR:       EYES:
 SSN: 903000197  ALIAS NAMES:
=========================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                         DATE ARRESTED:
DATE     INDICTED:                        DATE     FILED: 06/14/2004
DATE    RELEASED:                         DATE   HEARING:
BOND        AMOUNT:          $.00              SURETIES:

DATE 1:            DESC:                  TIME: 0000
DATE 2:            DESC:                  TIME: 0000

TRACKING NOS:                   /                        /

  DEF/ATY:                         TYPE:                        TYPE:

                        00000                   00000

PROSECUTOR:
=========================================================================
OTH CSE:  000000000000 CHK/TICKET NO:                GRAND JURY:
COURT REPORTER: _____ SID NO:     000000000
DEF STATUS: PRISON            DEMAND:                         OPER: TOR
=========================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy was Sent to DA on 6/02/04 |
| 7-22-04 | ✓ Order Denying Rule 32 |
| 07/30/04 | Notice Of appeal w/ forms |
| 08/12/04 | Cert Of appl To Crim. Appls, AG, DA & Def. |



```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000198 60
OPER: TOR                 CASE ACTION SUMMARY
AGE:   1                   CIRCUIT   CRIMINAL                RUN DATE: 06/21/2004
===============================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

   STATE  OF  ALABAMA              VS      MANLEY JOHN
                                           AIS#128194
   CASE: CC 1982 000198.60                 1000 ST.CLAIR ROAD
                                           SPRINGVILLE, AL   35146 5582

   DOB: 00/00/0000          SEX:    RACE:    HT: 0 00  WT: 000   HR:      EYES:
   SSN: 903000198  ALIAS NAMES:
===============================================================================
   CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
   OFFENSE DATE:                           AGENCY/OFFICER: 0030100

   DATE WAR/CAP ISS:                       DATE ARRESTED:
   DATE    INDICTED:                       DATE     FILED: 06/14/2004
   DATE   RELEASED:                        DATE   HEARING:
   BOND      AMOUNT:          $.00              SURETIES:

   DATE 1:            DESC:               TIME: 0000
   DATE 2:            DESC:               TIME: 0000

   TRACKING NOS:                  /                    /

      DEF/ATY:                          TYPE:                        TYPE:


                          00000                      00000

   PROSECUTOR:
===============================================================================
 TH CSE:   000000000000 CHK/TICKET NO:                  GRAND JURY:
 COURT REPORTER: _____    SID NO:      000000000
 DEF STATUS: PRISON            DEMAND:                           OPER: TOR
===============================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy was sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ forms |
| 08/12/04 | Cert. Of Appl to Crim Appls, AG, DA & Def. |

```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000199.60
OPER: TOR                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT   CRIMINAL                  RUN DATE: 06/21/2004
==================================================================================
                                                                        JUDGE: WAS
IN THE CIRCUIT COURT OF MONTGOMERY

STATE  OF  ALABAMA               VS      MANLEY JOHN
                                         AIS#128194
CASE: CC 1982 000199.60                  1000 ST.CLAIR ROAD
                                         SPRINGVILLE, AL   35146 5582

DOB: 00/00/0000          SEX:     RACE:     HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000199  ALIAS NAMES:
==================================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE     INDICTED:                   DATE    FILED: 06/14/2004
DATE     RELEASED:                   DATE  HEARING:
BOND         AMOUNT:        $.00         SURETIES:

DATE 1:            DESC:              TIME: 0000
DATE 2:            DESC:              TIME: 0000

TRACKING NOS:                     /                    /

   DEF/ATY:                           TYPE:                        TYPE:

                            00000                     00000

PROSECUTOR:
```

```
==================================================================================
TH CSE:  00000000000000 CHK/TICKET NO:                   GRAND JURY:
COURT REPORTER: _____ SID NO:          000000000
DEF STATUS: PRISON          DEMAND:                              OPER: TOR
==================================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
==================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6/21/04 | Copy was Sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ Forma |
| 08/12/04 | Cert. Of Appl To Crm Appls, AG, DA & Def. |

8

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC#1982#000200.760
OPER: TOR                   CASE ACTION SUMMARY                RUN DATE: 06/21/2004
PAGE:   1                   CIRCUIT   CRIMINAL
===================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                        JUDGE: WAS

STATE  OF  ALABAMA                   VS       MANLEY JOHN
                                              AIS#128194
CASE: CC 1982 000200.60                       1000 ST.CLAIR ROAD
                                              SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:    RACE:    HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000200  ALIAS NAMES:
===================================================================================
CHARGE01: RULE 32-FELONY         CODE01: RULE   LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                     DATE ARRESTED:
DATE     INDICTED:                    DATE     FILED: 06/14/2004
DATE    RELEASED:                     DATE  HEARING:
BOND       AMOUNT:          $.00         SURETIES:

DATE 1:            DESC:               TIME: 0000
DATE 2:            DESC:               TIME: 0000

TRACKING NOS:                  /                    /

   DEF/ATY:                       TYPE:                        TYPE:

                         00000                    00000


PROSECUTOR:

===================================================================================
TH CSE:   000000000000 CHK/TICKET NO:                  GRAND JURY:
COURT REPORTER: _____  SID NO:                        OPER: TOR
DEF STATUS: PRISON            DEMAND:
===================================================================================
DATE           ACTIONS,  JUDGEMENTS,  AND  NOTES
===================================================================================
```

| | |
|---|---|
| 6/21/04 | Copy of Rule 32 was Sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice of Appeal IFP Forms |
| 08/12/04 | Cert. Of Appeal to Crim Appls, AG, DA & Def |

ACR0372                    ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 1982 000201.60
OPER: TOR                          CASE ACTION SUMMARY                 RUN DATE: 06/21/2004
AGE:   1                           CIRCUIT   CRIMINAL
==================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                              JUDGE: WAS

STATE  OF  ALABAMA                        VS        MANLEY JOHN
                                                    AIS#128194
CASE: CC 1982 000201.60                             1000 ST.CLAIR ROAD
                                                    SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000            SEX:     RACE:     HT: 0 00  WT: 000   HR:        EYES:
SSN: 903000201  ALIAS NAMES:
==================================================================================
CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                       DATE ARRESTED:
DATE      INDICTED:                     DATE    FILED: 06/14/2004
DATE     RELEASED:                      DATE  HEARING:
BOND       AMOUNT:          $.00           SURETIES:

DATE 1:            DESC:                 TIME: 0000
DATE 2:            DESC:                 TIME: 0000

TRACKING NOS:                      /                    /

   DEF/ATY:                      TYPE:                          TYPE:

                            00000                    00000

PROSECUTOR:

==================================================================================
TH CSE:  00000000000 CHK/TICKET NO:                 GRAND JURY:
COURT REPORTER: _____  SID NO:
DEF STATUS: PRISON           DEMAND:     000000000            OPER: TOR
==================================================================================
DATE            ACTIONS,  JUDGEMENTS,  AND  NOTES
==================================================================================
| 6/21/04 | Copy of Rule 32 was Sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ Forms |
| 08/12/04 | Cert Of Appl. To Crim Appls, AG, DA & Def. |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000202.60
OPER: TOR                    CASE ACTION SUMMARY              RUN DATE: 06/21/2004
PAGE:   1                     CIRCUIT   CRIMINAL
======================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                     JUDGE: WAS

STATE  OF  ALABAMA                    VS      MANLEY JOHN
                                              AIS#128194
CASE: CC 1982 000202.60                       1000 ST.CLAIR ROAD
                                              SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:    RACE:    HT: 0 00  WT: 000  HR:      EYES:
SSN: 903000202  ALIAS NAMES:
======================================================================
CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                       DATE ARRESTED:
DATE       INDICTED:                    DATE       FILED: 06/14/2004
DATE      RELEASED:                     DATE    HEARING:
BOND          AMOUNT:        $.00       SURETIES:

DATE 1:              DESC:              TIME: 0000
DATE 2:              DESC:              TIME: 0000

TRACKING NOS:                    /                    /

  DEF/ATY:                          TYPE:                          TYPE:

                            00000                        00000

PROSECUTOR:

======================================================================
TH CSE:   000000000000 CHK/TICKET NO:                  GRAND JURY:
COURT REPORTER: _____ SID NO:                          OPER: TOR
DEF STATUS: PRISON              DEMAND:      000000000
======================================================================
DATE           ACTIONS,  JUDGEMENTS,  AND NOTES
======================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy of Rule 32 was sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ forms |
| 08/12/04 | Cert. Of Appl To Crm Appls, AG, DA & Def. |

```
ACR0372                  ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000203.60
 PER: TOR                     CASE ACTION SUMMARY
 AGE:   1                     CIRCUIT   CRIMINAL                  RUN DATE: 06/21/2004
=========================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                            JUDGE: WAS

STATE  OF  ALABAMA                    VS       MANLEY JOHN
                                               AIS#128194
CASE: CC 1982 000203.60                        1000 ST.CLAIR ROAD
                                               SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:     RACE:     HT: 0 00  WT: 000   HR:       EYES:
SSN: 903000203   ALIAS NAMES:
=========================================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                         DATE ARRESTED:
DATE      INDICTED:                       DATE    FILED: 06/14/2004
DATE     RELEASED:                        DATE  HEARING:
BOND        AMOUNT:            $.00         SURETIES:

DATE 1:           DESC:                    TIME: 0000
DATE 2:           DESC:                    TIME: 0000

TRACKING NOS:                    /                      /
   DEF/ATY:                        TYPE:                        TYPE:

                            00000                    00000

PROSECUTOR:
=========================================================================================
TH CSE:  000000000000 CHK/TICKET NO:                   GRAND JURY:
COURT REPORTER: _____ SID NO:      000000000
DEF STATUS: PRISON              DEMAND:                          OPER: TOR
=========================================================================================
DATE              ACTIONS, JUDGEMENTS, AND NOTES
=========================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6/21/04 | Copy of Rule 32 was Sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ Forms |
| 08/12/04 | Cert Of Appl To Crim Appls, AG, DA & Def |

```
ACR0072                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1982 000204 60
OPER: TOR                      CASE ACTION SUMMARY            RUN DATE: 06/21/2004
PAGE:   1                      CIRCUIT   CRIMINAL
============================================================================
                                                                        JUDGE: WAS
IN THE CIRCUIT COURT OF MONTGOMERY

STATE  OF  ALABAMA                VS      MANLEY JOHN
                                         AIS#128194
CASE: CC 1982 000204.60                    1000 ST.CLAIR ROAD
                                         SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000          SEX:     RACE:    HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000204  ALIAS NAMES:
============================================================================
CHARGE01: RULE 32-FELONY         CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE     INDICTED:                   DATE    FILED: 06/14/2004
DATE     RELEASED:                   DATE  HEARING:
BOND        AMOUNT:        $.00          SURETIES:

DATE 1:            DESC:              TIME: 0000
DATE 2:            DESC:              TIME: 0000

TRACKING NOS:                    /                        /
   DEF/ATY:                          TYPE:                        TYPE:

                          00000                      00000

PROSECUTOR:

============================================================================
TH CSE:   00000000000 CHK/TICKET NO:               GRAND JURY:
COURT REPORTER: _____ SID NO:                     OPER: TOR
DEF STATUS: PRISON            DEMAND:    000000000
DATE          ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6/21/04 | Copy of Rule 32 was sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice of Appeal w/ forms |
| 08/12/04 | Cert. of Appl. To Crim. Apple., AG, DA & Def. |

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000205.60
OPER: TOR                     CASE ACTION SUMMARY
AGE:   1                     CIRCUIT   CRIMINAL              RUN DATE: 06/21/2004
============================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

STATE  OF  ALABAMA              VS      MANLEY JOHN
                                        AIS#128194
CASE: CC 1982 000205.60                 1000 ST.CLAIR ROAD
                                        SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:    RACE:     HT: 0 00  WT: 000  HR:       EYES:
SSN: 903000205  ALIAS NAMES:
============================================================================
CHARGE01: RULE 32-FELONY            CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                               AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE     INDICTED:                  DATE     FILED: 06/14/2004
DATE     RELEASED:                  DATE  HEARING:
BOND       AMOUNT:        $.00           SURETIES:

DATE 1:           DESC:             TIME: 0000
DATE 2:           DESC:             TIME: 0000

TRACKING NOS:                  /                    /

   DEF/ATY:                          TYPE:                         TYPE:

                       00000                      00000

PROSECUTOR:

============================================================================
TH CSE:  00000000000 CHK/TICKET NO:              GRAND JURY:
COURT REPORTER: _____ SID NO:                        OPER: TOR
DEF STATUS: PRISON              DEMAND:    000000000
============================================================================
DATE           ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy of Rule 32 was Sent to DA on 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ Forms |
| 08/12/04 | Cert. Of Appl. to Crim. Appls., AG, DA & Def. |

```
ACR0372                    ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1982 000206.60
OPER: TOR                        CASE ACTION SUMMARY
PAGE:   1                        CIRCUIT   CRIMINAL                RUN DATE: 06/21/2004
=============================================================================
                                                                    JUDGE: WAS
IN THE CIRCUIT COURT OF MONTGOMERY

STATE  OF  ALABAMA              VS       MANLEY JOHN
                                         AIS#128194
CASE: CC 1982 000206.60                  1000 ST.CLAIR ROAD
                                         SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:     RACE:    HT: 0 00  WT: 000   HR:        EYES:
SSN: 903000206  ALIAS NAMES:
=============================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                       DATE ARRESTED:
DATE     INDICTED:                      DATE     FILED: 06/14/2004
DATE     RELEASED:                      DATE   HEARING:
BOND       AMOUNT:        $.00          SURETIES:

DATE 1:            DESC:               TIME: 0000
DATE 2:            DESC:               TIME: 0000

TRACKING NOS:                /                      /

   DEF/ATY:                      TYPE:                          TYPE:

                        00000                      00000

PROSECUTOR:

=============================================================================
TH CSE:  000000000000 CHK/TICKET NO:                   GRAND JURY:
COURT REPORTER: _____ SID NO:     000000000
DEF STATUS: PRISON            DEMAND:                            OPER: TOR
=============================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
=============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy of Rule 32 was Sent to DA on 6/02/04 |
| 7-21-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ Forms |
| 08/12/04 | Cert Of Appl to Crim Appls, AG, DA & Def |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000207.60
OPER: TOR                   CASE ACTION SUMMARY
AGE:    1                 CIRCUIT   CRIMINAL              RUN DATE: 06/21/2004
=====================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                        JUDGE: WAS

STATE  OF  ALABAMA              VS      MANLEY JOHN
                                        AIS#128194
CASE: CC 1982 000207.60                 1000 ST.CLAIR ROAD
                                        SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000          SEX:    RACE:    HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000207  ALIAS NAMES:
=====================================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE      INDICTED:                 DATE     FILED: 06/14/2004
DATE    RELEASED:                   DATE   HEARING:
BOND      AMOUNT:          $.00        SURETIES:

DATE 1:          DESC:              TIME: 0000
DATE 2:          DESC:              TIME: 0000

TRACKING NOS:                    /                    /

   DEF/ATY:                       TYPE:                      TYPE:

                        00000                   00000

PROSECUTOR:
=====================================================================================
TH CSE:  000000000000 CHK/TICKET NO:                      GRAND JURY:
COURT REPORTER: _____ SID NO:       000000000
DEF STATUS: PRISON             DEMAND:                          OPER: TOR
DATE           ACTIONS, JUDGEMENTS, AND NOTES
=====================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy of Rule 32 was sent to DA 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ forms |
| 08/12/04 | Cert. Of Appl to Crm Appls, AG, DA & Def. |

16

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000209.60
 PER: TOR                  CASE ACTION SUMMARY                RUN DATE: 06/21/2004
 AGE:   1                  CIRCUIT   CRIMINAL
============================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

STATE  OF  ALABAMA                 VS      MANLEY JOHN
                                           AIS#128194
CASE: CC 1982 000209.60                    1000 ST.CLAIR ROAD
                                           SPRINGVILLE, AL   35146 5582

DOB: 00/00/0000         SEX:     RACE:    HT: 0 00  WT: 000  HR:       EYES:
SSN: 903000209  ALIAS NAMES:
============================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE     INDICTED:                   DATE      FILED: 06/14/2004
DATE     RELEASED:                   DATE    HEARING:
BOND       AMOUNT:        $.00            SURETIES:

DATE 1:              DESC:              TIME: 0000
DATE 2:              DESC:              TIME: 0000

TRACKING NOS:                 /                    /

   DEF/ATY:                      TYPE:                       TYPE:

                         00000                      00000

PROSECUTOR:

============================================================================
 TH CSE:   000000000000 CHK/TICKET NO:              GRAND JURY:
 COURT REPORTER: ————————— SID NO:    000000000
 DEF STATUS: PRISON             DEMAND:                         OPER: TOR
============================================================================
 DATE           ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy of Rule 32 sent to DA 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice Of Appeal w/ Forms |
| 08/12/04 | Cert. Of Appl To Crim Appls, AG, DA & Def. |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1982 000210.60
OPER: TOR                   CASE ACTION SUMMARY            RUN DATE: 06/21/2004
PAGE:  1                    CIRCUIT  CRIMINAL
====================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY
                                                                        JUDGE: WAS
STATE  OF  ALABAMA                 VS       MANLEY JOHN
                                           AIS#128194
CASE: CC 1982 000210.60                    1000 ST.CLAIR ROAD
                                           SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:     RACE:    HT: 0 00  WT: 000    HR:      EYES:
SSN: 903000210  ALIAS NAMES:
====================================================================================
CHARGE01: RULE 32-FELONY         CODE01: RULE LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE    INDICTED:                    DATE    FILED: 06/14/2004
DATE    RELEASED:                    DATE  HEARING:
BOND        AMOUNT:        $.00          SURETIES:

DATE 1:            DESC:              TIME: 0000
DATE 2:            DESC:              TIME: 0000

TRACKING NOS:                /                    /

   DEF/ATY:                      TYPE:                        TYPE:

                        00000                    00000

PROSECUTOR:
====================================================================================
TH CSE:   000000000000 CHK/TICKET NO:           GRAND JURY:
COURT REPORTER: _____ SID NO:   000000000
DEF STATUS: PRISON            DEMAND:                          OPER: TOR
DATE            ACTIONS, JUDGEMENTS, AND NOTES
====================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 6/21/04 | Copy of Rule 32 Sent to DA 6/02/04 |
| 7-27-04 | Order Denying Rule 32 |
| 07/30/04 | Notice of Appeal w/ forms |
| 08/12/04 | Cert. of Appl to Crim Appls, AG, DA & Def |

**18**

Case Number

CC-82-193-207-209-210

ID   YR   NUMBER   LOOS

(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

IN the Circuit Court of Montgomery Co., Alabama

[Insert appropriate court]

John W. Manley

(Petitioner)

vs.

State of Alabama

(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, _____ John W. Manley _____, declare that I am the petitioner
in the above entitled case; that in support of my motion to proceed without being required to prepay
fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs
of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No _X_

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the
   name and address of your employer.

   N/A

   b. If the answer is "no", state the date of last employment and the amount of the salary and
   wages per month which you received.

   INCARCERATED

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

   Yes _____   No _X_

   b. Rent payments, interest, or dividends?

   Yes _____   No _X_

   c. Pensions, annuities, or life insurance payments?

   Yes _____   No _X_

   d. Gifts or inheritances?

   Yes _____   No _X_

   e. Any other sources?

   Yes _____   No _X_

MAY 2004
Filed
Melissa Rittenour
Circuit Clerk

**RECEIVED**
6/14/04

*Handwritten left margin (rotated):* 6/02/04 anyway I sent to Judge Shashy to see if Judge needs to pay filing fee. Copy sent to DA in Montgomery Co.

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3.  Do you own cash, or do you have money in a checking or savings account?

Yes _____          No _X_

(Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

N/A

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____          No _X_

If the answer is "yes", describe the property and state its approximate value.

N/A

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _4-27-04_____
                           (Date)

_John W Manley_
Signature of Petitioner    # 128194

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.08¢__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _St. Clair Corr. Fac._ institution:

_4/28/04_
DATE

_Lydia Peoples, Acct. Club_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32                                    3

**2D**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
ST. CLAIR CORR FACILITY

AIS #: 128194     NAME: MANLEY, JOHN                AS OF: 04/28/2004

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| APR | 2 | $0.25 | $0.00 |
| MAY | 31 | $1.36 | $50.00 |
| JUN | 30 | $14.18 | $130.00 |
| JUL | 31 | $5.66 | $65.00 |
| AUG | 31 | $10.00 | $75.00 |
| SEP | 30 | $5.49 | $60.00 |
| OCT | 31 | $5.50 | $60.00 |
| NOV | 30 | $10.65 | $100.00 |
| DEC | 31 | $1.53 | $20.00 |
| JAN | 31 | $8.39 | $65.00 |
| FEB | 28 | $10.09 | $100.00 |
| MAR | 31 | $4.19 | $25.00 |
| APR | 28 | $2.72 | $25.00 |

**21**

# PETITION FOR RELIEF FROM CONVICTION OR SENTENCE
### (Pursuant to Rule 32, Alabama Rules of Criminal Procedure)

**Case Number**

| CC | 82 | 19~~...~~ |
|----|----|----|
| ID | YR | NUMBER |

IN THE _____CIRCUIT_____ COURT OF _MONTGOMERY, CO._ ALABAMA

___John W. Manley___                    vs.    ___State of Alabama___
Petitioner (Full Name)                                Respondent

[Indicate either the "State" or,
If filed in municipal court, the
Name of the "Municipality"]

Prison Number _128194_           Place of Confinement _St. Clair Corr. Fac._
County of conviction ___Montgomery___

**NOTICE:**    **BEFORE COMPLETING THIS FORM, READ CAREFULLY THE ACCOMPANYING INSTRUCTIONS.**

1.    Name and location (city and county) of court which entered the judgment of conviction or sentence under attack    **Circuit Court of Montgomery County, Alabama USA**

2.    Date of judgment of conviction ~~February 25, 1982 Plea of Guilty~~
      ~~March 19, 1982 Sentenced~~

3.    Length of sentence   **Ten (10 Years each case running concurrent**

4.    Nature of offense involved (all counts) **Burglary I, Theft of Property I, Burglary III, Theft of Property I, Burglary I, Theft of Property I, Burglary III, Theft of Property I, Burglary III, Theft of Property I, Burglary III, Theft of Property I, Burglary II - "Conspiracy to Commit," Burglary III and Theft of Property I**

MAY 2004
**Filed**
Melissa Rittenour
Circuit Clerk

5.    What ~~was your plea?~~  (Check one)
      (a)    ~~Guilty~~
      (b)    Not guilty ____
      (c)    Not guilty by reason of mental disease or defect ____
      (d)    Not guilty and not guilty by reason of mental disease or defect ____

**22**

6.    Kind of trial:   (Choose one)

(a) Jury _____                    (b) Judge only _**X**___

7.    Did you testify at the trial?

Yes _____                    No _**X**___

8.    Did you appeal from the judgment of conviction?

Yes _____                    No _**X**___

9.    If you did appeal, answer the following:

(1)    As to the state court to which you first appealed, give the following information:

(1)    Name of court _____**N/A**_____

(2)    Result _____**N/A**_____

(3)    Date of result _____**N/A**_____

(b)    If you appealed to any other court, then as to the second court to which you appealed, give the following information:

(1)    Name of court _____**N/A**_____

(2)    Result _____**N/A**_____

(3)    Date of result _____**N/A**_____

(c)    If you appealed to any other court, then as to the third court to which you appealed, give the following information:

(1)    Name of court _____**N/A**_____

(2)    Result _____**N/A**_____

(3)    Date of result _____**N/A**_____

10.    Other than a dire   appeal from the judgment of convicti.   and sentences, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes _____           No **X** _____

11.    If your answer to Question 10 was "yes", then give the following information in regard to the first such petition, application, or motion you filed:

(a)    (1)    Name of court _____**N/A**_____

(2)    Nature of proceeding __**N/A**_____

(3)    Grounds raised _____**N/A**_____

_____

_____

_____

(attach additional sheets if necessary)

(4)    Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____           No **X** _____

(5)    Result _____**N/A**_____

(6)    Date of result _____**N/A**_____

(b)    As to any second petition, application, or motion, give the same information:

(1)    Name of court _____**N/A**_____

(2)    Nature of proceeding ____**N/A**_____

(3)    Grounds raised _____**N/A**_____

_____

_____

_____

_____

(attach additional sheets if necessary)

(4)    Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____           No **X** _____

(5)    Result _____**N/A**_____

(6)    Date of result _____**N/A**_____

(c)    As to any third petition, application, or motion, give the same information (attach additional sheets giving the same information for any subsequent petitions, applications, or motions):

(1)    Name of court _____**N/A**_____

(2)    Nat. of proceeding _____**N/A**_____

(3)    Grounds raised _____**N/A**_____

_____

_____

_____

(attach additional sheets if necessary)

(4)    Did you receive an evidentiary hearing on your petition, application, or motion?

Yes ____            No **X**

(5)    Result _____**N/A**_____

(6)    Date of result _____**N/A**_____

(d)    Did you appeal to any appellate court the result of the action taken on any petition, application, or motion?

(1)    First petition, etc.        Yes ____    **N/A**    No ____

(2)    Second petition, etc.    Yes ____    **N/A**    No ____

(3)    Third petition, etc.      Yes ____    **N/A**    No ____

**ATTACH ADDITIONAL SHEETS GIVING THE SAME INFORMATION
FOR ANY SUBSEQUENT PETITIONS, APPLICATIONS, OR MOTIONS.**

(e)    If you did not appeal when you lost on any petition, application, or motion, explain briefly why you did not:

_____**N/A**_____

_____

12.    Specify every ground on which you claim that you are being held unlawfully, by placing a check mark on the appropriate line(s) below and providing the required information. Include _all_ facts. If necessary, you may attach pages stating additional grounds and the facts supporting them.

# GROUNDS OF PETITION

Listed below are the possible grounds for relief under Rule 32. Check the ground(s) that apply in your case and follow the instruction under the ground(s):

____    A.    The Constitution of the United States or of the State of Alabama requires a new trial, a new sentence proceeding, or other relief.

For your information, the following is a list of the most frequently raised claims of constitutional violation:.



(1)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(2)   Conviction obtained by use of coerced confession.

(3)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(4)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(5)   Conviction obtained by a violation of the privilege against self-incrimination.

(6)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(7)   Conviction obtained by a violation of the protection against double jeopardy.

(8)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(9)   Denial of effective assistance of counsel.

This list is not a complete listing of all possible constitutional violations.

**If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each constitutional violation that you claim, whether or not it is one of the nine listed above, and include it each and every fact you feel supports this claim.  Be specific and give details.**

**X**   B.   **The court was without jurisdiction to render the judgment or to impose the sentence.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each and every fact you feel supports this claim.  Be specific and give details.

_____   C.   **The sentence imposed exceeds the maximum authorized by law, or is otherwise not authorized by law.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each and every fact you feel supports this claim.  Be specific and give details.

_____   D.   **Petitioner is being held in custody after his sentence has expired.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each and every fact you feel supports this claim.  Be specific and give details.

_____   E.   **Newly discovered material facts exist which require that the conviction or sentence be vacated by the court, because:**

**The facts relied upon were not known by petitioner or petitioner's counsel at the time of trial or sentencing or in time to file a post-trial motion pursuant to rule 24, or in time to be included in any previous collateral proceeding, and could not have been discovered by any of those times through the exercise of reasonable diligence; and**

**The facts are not merely cumulative to other facts that were known; and**

The facts do not merely amount to impeachment evidence; and

**If the facts had been known at the time of trial or sentencing, the result would probably have been different; and**

**The facts establish that petitioner is innocent of the crime for which he was convicted or should not have received the sentence that he did.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

_____ F.    **The petitioner failed to appeal within the prescribed time and that failure was without fault on petitioner's part.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

13.    IMPORTANT NOTICE REGARDING ADDITIONAL PETITIONS RULE 32.2 (b) LIMITS YOU TO ONLY ONE PETITION IN MOST CIRCUMSTANCES. IT PROVIDES:

> **"Successive Petitions.** The court shall not grant relief on a second or successive petition on the same or similar grounds on behalf of the same petitioner. A second or successive petition on different grounds shall be denied unless the petitioner shows both that good cause exist why the new ground or grounds were not known or could not have been ascertained through reasonable diligence when the first petition was heard, and that failure to entertain the petition will result in a miscarriage of justice.:

(1)    Other than an appeal to the Alabama Court of Criminal Appeals or the Alabama Supreme Court, have you filed in state court any petition attacking this conviction or sentence?

Yes _____

(2)    If you checked "Yes," give the following information as to earlier petition attacking this conviction of sentence:

(a)    Name of court _____**N/A**_____
(b)    Result _____**N/A**_____
(c)    Date of result _____**N/A**_____
(attach additional sheets if necessary)

(3)    If you checked the "Yes" line in 13A, above, and this petition contains a different ground or grounds of relief from an earlier petition or petitions you filed, attach a separate sheet or sheets labeled: "EXPLANATION FOR NEW GROUND(S) OF RELIEF."

On the separate sheet(s) explain why "good cause exists why the new ground or grounds were not known or could not have been ascertained through reasonable diligence when the first petition was heard, and [why the] failure to entertain [this] petition will result in a miscarriage of justice."

14.    Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes _____                     No __X__

15.  Give the name and address, if known, of each attorney who represented you at the following stages of the case that resulted in the judgment under attack:

(a)  At preliminary hearing _____

(b)  At arraignment and plea _____

(c)  At trial _____**Charles Law**_____

(d)  At sentencing _____

(e)  On appeal _____

(f)  In any post-conviction proceeding ___**N/A**_____

(g)  On appeal from adverse ruling in a post-conviction proceeding _____
_____**N/A**_____

16.  Were you sentenced on more than one count of an indictment, or **on more than one indictment**, in the same court and at the same time?

Yes **X**            No ____

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes **x**            No ____

(1)  If so, give name and location of court which imposed sentence to be served in the future:  __**Same Court**_____

(2)  And give date and length of sentence to be served in the future:  __**L.W.O.P**____

(3)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes **X**            No ____

18.  What date is this petition being mailed?
_____**Anno Domini**_____

Wherefore, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

## GROUND

**Rule 32.1 (b), A.R.C.R.P.,** The court was without jurisdiction to render judgment or to impose sentence.

**CLAIM ONE:** Manley claims he was deprived of the right to counsel at arraignment.

"Right to counsel at arraignment is jurisdictional issue not subject to waiver by plea of guilty." **WEAKLY v. STATE,** 721 So.2d 233 (Ala. Crim App. 1997).

## SUPPORTING FACTS:

It is a fact, supported by the case action summary sheets attached hereto, that, there is no noting as to what date attorney Law appeared as counsel on Manley's behalf, nor is there no noting that Manley was arraigned with counsel Law or that Manley waived arraignment with counsel Law. Conclusively, the case action summary sheets only reflect attorney Law was Manley's counsel of record.

Manley believes his convictions and sentences is due to be vacated because the state respondent can not refute the evidence or fact that Manley was deprived of the right to counsel at arraignment.

**CLAIM TWO:** Manley claims each of the theft of property convictions is due to be vacated because it is the same property intended and stolen from the concurrent Burglary thus an element of the Burglary convictions was split to constitute separate offenses out of single transactions.

**CLAIM THREE:** Manley claims his conspiracy to commit Burglary conviction is due to be vacated because it is not a lesser included offense encompassed in the indictment for Burglary in the first degree. (CC-82-207-TH).

**CLAIM FOUR:** Manley claims his Burglary in the third degree indictment is due to be dismissed for failing to charge an offense (CC-82-205-TH) because based on the facts of the theft of property first degree indictment and conviction (CC-82-206-TH) concludes that Manley was armed while inside the Building of J. Streeter Wiatt therefore the Burglary in the first degree statute preempts this conviction and indictment.

**CLAIM FIVE:** Manley claims he is due to withdraw any and all residue convictions of one or many other convictions in this consolidated case matter is vacated because Manley was only guilty of some and not all of the offenses and was pushed by the State to plead guilty to all of the offenses or suffer convictions and sentences running consecutively where upon any one or many convictions are vacated a lesser cumulative sentence would be imposed thus Manley was under undue threat and coercion.

# PETITIONER'S VERIFICATION UNDER OATH
## SUBJECT TO PENALTY FOR PERJURY

I swear (or affirm) under penalty of perjury that the foregoing is true and correct.

Executed on _____5 - 1 3 - 04_____.
                 (Date)

                                _____
                                  Signature of Petitioner

SWORN TO AND SUBSCRIBED before me this the ___1 3___ day of ___May___ 20 _04_.

                                _____
                                  Notary Public

## OR *

### ATTORNEY'S VERIFICATION UNDER OATH
### SUBJECT TO PENALTY FOR PERJURY

I Swear (or affirm) under penalty of perjury that, upon information and belief, the foregoing is true and correct.  Executed on _____.
                                           (Date)

                                _____
                                  Signature of Petitioner's Attorney

SWORN TO AND SUBSCRIBED before me this the _____ day of _____ 19 _____.

                                _____
                                  Notary Public

Name and address of attorney representing petitioner
in this proceeding (if any)

_____

_____

_____

_____

_____

* If petitioner is represented by counsel, Rule 32.6(a) permits either petitioner or counsel to verify the petition.

30

4-7-04 Thy more copies we 25¢ a pa—

**CASE ACTION SUMMARY**
**(CRIMINAL)**

Case Number
CC-82-193-TH

State of Alabama
Unified Judicial System

Form C-6  Rev 8/77

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

STATE OF ALABAMA
vs.

| | |
|---|---|
| Date of Birth 8-8-62 | Distinguishing Features: DC-81-4585 |

SSAN

| Sex | Race | | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|---|
| M | W | | | | | |

**Defendant**

MANLEY, John W.

YOA

**Address**

3231 Texas Ave.

Zip

| Date War/Cap. Issued 10-29-81 | Date Committed to Jail 10-29-81 |
|---|---|
| Date Initial Appearance | Date Released on Bond |

**Employer**

**Address**

| Case Number CC-82-193-TH | Jury / Non-Jury | Date Arrested | Incarcerated / On Bond | Bond Amount 5,000.00 | Bond Type & Sureties PENY |
|---|---|---|---|---|---|
| Charges ☐Msd. ☒Fel. ☐App. | | Prosecutor | Judge ID Thomas | Dt. Prelim. Hearing 10-29-81 | Dt. Probation Applic. |

Burg—

**Attorney**

Charles Law, Appt.

| Dt. Y.O. Applic. | Grand Jury No. 66 | Dt. Indictment 2-5-82 |
|---|---|---|
| | Dt. Arraignment | Plea |

**Arresting Officer:**

☐ Municipal  ☐ State
☐ County  ☐ Conservation

**Address**

| Dt. Trial | Dt. Sentenced |
|---|---|
| Dt. Appeal Filed | Appeal Bond Amt. |

**Complainant:**

Disposition

Additional Information And Remarks:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA determination is set for 9:00 a.m. February 19, 1982. |
| | _Sam W. Taylor_ SAM W. TAYLOR - CIRCUIT JUDGE |
| | _for Contempt of ...._ |
| 2-25-82 | Denied YOA. ... into court with his attorney of record. The court fully ex... ... constitutional rights. The defendant entered a plea of guilty to burglary I ... ... and the ... being of the opinion that the ... ... understands his right ... the plea is voluntarily and know... ingly entered, the court accepts his plea and finds him guilty of burglary I Case is continued to March 19 for sentencing and probation determination _Thomas_ |

Dt. 50 Pg.64

**Court Record - White**

0193 0001

31

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 ~~years~~ penitentiary. |
| | DK 50  PP 175     H. Randall Thomas |

Case 2:06-cv-00083-WKW-WC    Document 11-2    Filed 03/03/2006    Page 34 of 71

32

# THE STATE OF ALABAMA

### MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term. A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
and unlawfully enter or remain unlawfully in a dwelling of George
Lambert with the intent to commit a crime therein, to-wit: theft
of property, and while effecting entry or while in the dwelling
or in immediate flight therefrom, said John W. Manley, alias
Johnny Manley was armed with an explosive or deadly weapon, to-
wit: pistol, in violation of Section 13A-7-5 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

0193 0008

**33**

No. 62-193-74

THE STATE
vs.

JOHN W. MANLEY, alias

FOR

BURGLARY I°

w/m - 8/8/62, 3231 Texas Ave.

WITNESSES:

George Lambert, 1401 Meriwether,
wks: Farm Bureau Ins., 2108 E.
South Blvd.
James Walden, 1313 Apt. 3 S. Perry
wks: Big Apple, Atlanta Hwy.
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
WITNESSES CONTINUED

No Prosecution.

A TRUE BILL

_D. L. Hufend_
Foreman of Grand Jury.

G.I.No. 66

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this 5

day of ___ A.D. 19 74

_Dubar C Elmbark_
Clerk of the Circuit Court of Montgomery County.

Filed this ___ day of

_Dubar C Elmbark_
Clerk of the Circuit Court of Montgomery County.

---

WITNESSES CONTINUED

Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks
Ave. Prattville
Ken Webster Cannon, 2141-A E.
Fourth St., wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma St.,
Capri Theater
John Moorer, 1313 Apt. 3 S. Perry St.
wks: Capri Theater
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909 Main St.
Decherd, Franklin County, Tenn.
student: Auburn, 515 Fox Run
Parkway, S-2 Opelika, Al.
Mark Peoples 1313 S. Perry, Apt. 3
Michael Lee Hochhatter 304 Cornell Rd.

Ball in this case is fixed at

$5,000.00 ___ Dollars.

_Jacob Cloen_
Judge of Circuit Court of Montgomery County.

NATIONAL SERVICE INC., MONTGOMERY, AL

34

State of Alabama
Unified Judicial System

Form C-6  Rev. 8/77

## CASE ACTION SUMMARY
### (CRIMINAL)

**Case Number**

| | | |
|---|---|---|
| | ID    YR | Number |

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

| STATE OF ALABAMA vs. | Date of Birth 8-8-62 | Distinguishing Features: DC-81-4586 |
|---|---|---|

| | | SSAN | | | | |
|---|---|---|---|---|---|---|
| | | Sex M | Race W | Eyes | Hair | Height | Weight |

| Defendant<br><br>✓ MANLEY, John W. | Address<br><br>3231 Texas Ave.<br><br>Zip | Date War/Cap. Issued 10-29-81 | Date Committed to Jail 10-29-81 |
|---|---|---|---|
| Employer | Address | Date Initial Appearance | Date Released on Bond |

| Case Number CC-82-194-TH | ☒ Jury<br>☐ Non-Jury | Date Arrested | ☒ Incarcerated<br>☐ On Bond | Bond Amount 5,000.00 | Bond Type & Sureties PENY |
|---|---|---|---|---|---|
| Charges ☐Msd. ☒Fel. ☐App. | | Prosecutor | Judge ID Thomas | Dt. Prelim. Hearing | |
| | | | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| Theft of Property I | | Attorney Charles Law, Appt. | | Grand Jury No. 67 | Dt. Indictment 2-5-82 |
| | | | | Dt. Arraignment | Plea |

| Arresting Officer: | ☐ Municipal   ☐ State<br>☐ County     ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
| Additional Information And Remarks: | | Disposition | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime.  Defendant does desire to apply.  YOA determination is set for 9:00 a.m. February 19, 1982.<br><br>_SAM W. TAYLOR_ - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA.<br><br>Defendant comes into court with his attorney _____. The court fully ex-plained defendant's constitutional rights. The defendant entered a plea of guilty to theft of property I_____, and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and know-ingly entered, the court accepts his plea and finds him guilty of theft if property I<br><br>Case is continued to March 19 for sentencing and probation determination.<br><br>BK.50  Pg.45  H. Randall Thomas |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence given in Case No. 82-193. |
| | BK 50 PG 116          H. Randall Thomas |

**36**

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term A.D. 19 82

The Grand Jury of said County charge that before the finding of this indictment

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over one pistol, a better
description of which is unknown to the Grand Jury, of the value
of $100.00; and assorted jewelry and precious metals, a better
description of which is unknown to the Grand Jury, of the aggregate
value of $5,390.00, all of the aggregate value of $5,490.00, the
property of George Lambert, with the intent to deprive the said
owner of the said property, in violation of Section 13A-8-3 of
the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.



**37**

No. 63-124 T11

# THE STATE
vs.

JOHN W. MANLEY, alias

FOR

THEFT OF PROPERTY I°

w/m, 8/8/62, 3231 Texas Ave.

WITNESSES:

George Lambert, Farm Bureau, 2108 E. S. Blvd.
W. F. Mixon, MPD
← James Walden
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
WITNESSES CONTINUED: No Prosecutor.

## A TRUE BILL

_____
Foreman of Grand Jury.

G.J.No. 67

---

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this 5
day of _____ A.D. 19 32

_____
Pauline C. Eubanks
Clerk of the Circuit Court of Montgomery County.

Filed this 5 day of
_____ , 19 5

_____
Pauline C. Eubanks
Clerk of the Circuit Court of Montgomery County

NATIONAL SERVICE, INC. MONTGOMERY, AL

Filed

---

Bail in this case is fixed at

$5,000.00 _____ Dollars.

_____
Judge of Circuit Court of Montgomery County.

---

WITNESSES CONTINUED:

William H. Stanfield,
1125 Oaks Ave., Prattville

Ken Webster Cannon, 2141
A. E. Fourth St.
WKS: Hojons
Gregory Todd McCord,
2141 A. E. Fourth St.
WKS: Hojons
Ben Marez Sanchez, 2054
Oklahoma St.
WKS: Capri Theatre
John Moorer, 1313 Apt. 1,
South Perry St.
WKS: Capri Theatre
James Walden, 1313 Apt. 3,
South Perry St.
WKS: Big Apple, Atlanta HWY
Joe Butler, 2011 West St.
Apt. A.
Ronald T. Trussell, 909
Main St. Decherd, Franklin
County, Tennessee
Student:Auburn, 515 Fox
Run Pkwy 8 P, Opelika, AL
Mark Peoples 1313 So. Perry
St. Apt. 3
Michael Lee Hochhatter,
304 Cornell Road

38

| State of Alabama<br>Unified Judicial System | CASE ACTION SUMMARY<br>(CRIMINAL) | Case Number<br>CC-82-195-TH |
|---|---|---|
| Form C-4  Rev 8/77 | | ID    YR    Number |

IN THE _____CIRCUIT_____ COURT OF _____MONTGOMERY_____ COUNTY

STATE OF ALABAMA
vs.

| | Date of Birth<br>8-8-62 | Distinguishing Features:<br>DC-81-4535 |
|---|---|---|

SSAN

| Sex | Race | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|
| M | W | | | | |

| Defendant    Yas<br><br>MANLEY, John W. | Address<br><br>3231 Texas<br><br>                    Zip | Date War/Cap. Issued<br>10-26-81 | Date Committed to Jail<br>10-26-81 |
|---|---|---|---|

| Employer | Address | Date Initial Appearance | Date Released on Bond |
|---|---|---|---|

| Case Number<br>CC-82-195-TH | ☒ Jury<br>☐ Non-Jury | Date Arrested | ☒ Incarcerated<br>☐ On Bond | Bond Amount<br>5,000.00 | Bond Type & Sureties<br>PENY |
|---|---|---|---|---|---|

| Charges ☐Msd. ☒Fel. ☐App. | Prosecutor | Judge ID<br>Thomas | Dt. Prelim. Hearing<br>10-29-81 | |
|---|---|---|---|---|

| | Attorney<br><br>Charles Law, Appt. | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|

| | | Grand Jury No.<br>68 | Dt. Indictment<br>2-5-82 |
|---|---|---|---|

| | | Dt. Arraignment | Plea |
|---|---|---|---|

| Arresting Officer: | ☐ Municipal   ☐ State<br>☐ County   ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|

| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|---|

| Additional Information And Remarks: | | Disposition | |
|---|---|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime.  Defendant does desire to apply.  YOA determination is set for 9:00 a.m. February 19, 1982.<br><br>                    _SAM W. TAYLOR - CIRCUIT JUDGE_ |
| 2-25-82 | Denied YOA.<br>Defendant comes into court with his attorney of record.  The court fully explained defendants constitutional rights.  The defendant entered a plea of guilty to burglary III _____ and the court being of the opinion that the defendant fully understood his rights and that his plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of burglary III.<br><br>Case is continued to March 19 for sentencing.<br><br>                    _H. Randall Thomas_ |

BK. 50  PG. 66

Court Record - White

0.195 000

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence given in Case No. 82-193. |
| | BK 50 PG 177          *H. Randall Thomas* |

Case 2:06-cv-01022-WKW-WC   Document 108   Filed 03/05/2008   Page 42 of 71

40

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term A.D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY,  alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
enter or remain unlawfully in a building of **Peggy Mussafer**, with
the intent to commit a crime therein, to-wit: theft of property,
in violation of Section 13A-7-7 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney Fifteenth Judicial Circuit of Alabama

0185 0008

41

WITNESSES CONTINUED:
Ken Webster Cannon, 2141 A. E. Fourth St.
Gregory Todd McCord, 2141 A. E. Fourth St.
Ben Marez Sanchez, 2054 Oaklahoma
St.
John Moorer, 1313 Apt. 3, So.
Perry St.
James Walden, 1313 Apt. 3, So.
Perry St.
Joe Butler, 2031 West St., Apt.
A
Ronald Tracy Trussell, 909
Main St. Decherd Franklin
County, Tenn. 515 Fox Run
Pkwy. 8 P Opelika, AL
Mark Peoples, 1313 So. Perry
St., Apt. 3
Michael Lee Hochhatter, 304 Cornell
Rd.

---

Ball in this case is fixed at
$5,000.00                    Dollars.

_____
Judge of Circuit Court of Montgomery County.

---

No. 22-115 -77

THE STATE
vs.

John W. Manley, alias

FOR

Burgalry III°
w/m 8/8/62, 3231 Texas

WITNESSES:
Peggy Mussagget, 2254 Fernway
R. C. Maderra, MPD
J. W. Clark, MPD
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks
Ave., Prattville (CONTINUED)
                    No Prosecutor.

A TRUE BILL.

_____
Foreman of Grand Jury.

G.I. No.___68___

NATIONAL SERVICES INC. MONTGOMERY, AL

---

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this 5
day of _____ A.D. 19 52.

_____
Clerk of the Circuit Court of Montgomery County.

Filed this   5   day of
_____, 19 52.

_____
Clerk of the Circuit Court of Montgomery County.

0195 0010

**42**

## DESCRIPTION OF DEFENDANT:

Race W   Sex M

Dr. Lie No. _____

Date of Birth 8-8-62

Age 19   Height _____

Weight _____   Complexion _____

Scars or Marks _____

Peculiarities _____

Lives 3231 Texas Rd Montg.

Works _____

Frequents _____

SS# _____

RECEIVED
OCT 30 2 19 PM1981
DISTRICT ATTORNEY
15th JUDICIAL CIRCUIT
MONTGOMERY, ALA

---

In Custody

No. 1480-81   DC-81-4535

### THE STATE OF ALABAMA
Montgomery County

### THE DISTRICT COURT OF MONTGOMERY COUNTY
CJ #68

### THE STATE
vs.

John W. Manley, DOB 8/8/62

Burglary (Third Degree)

## Warrant and Affidavit
2-2-82

### WITNESSES FOR STATE

L.R. Smith, MPD

D.H. Carmichael, MPD
2:50

X Peggy Mussafer, 2254 Fernway Dr.

X LM Blankenship 2:35

MPD 13523

#1710

Received in office of _____
Sheri_____

Executed by arresting the defendant and _____

This 26 day of Oct 81 19__
Sheri_____

Deputy Sheri_____

N.C.I.C.# 04C

109-109

43

| State of Alabama<br>Unified Judicial System<br>Form C-6  Rev 8/77 | **CASE ACTION SUMMARY**<br>**(CRIMINAL)** | | Case Number<br>CC-82-196-TH<br>ID  YR  Number |
|---|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

| STATE OF ALABAMA<br>vs. | Date of Birth<br>8-8-62 | Distinguishing Features:<br>DC-81-4536 |
|---|---|---|

SSAN

| Sex | Race | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|
| M | W | | | | |

| Defendant<br><br>MANLEY, John W. | Address<br><br>3231 Texas<br>                    Zip |
|---|---|

| Date War/Cap. Issued<br>10-26-81 | Date Committed to Jail<br>10-26-81 |
|---|---|
| Date Initial Appearance | Date Released on Bond |

| Employer | Address |
|---|---|

| Case Number<br>CC-82-196-TH | ☒Jury<br>☐Non-Jury | Date Arrested | ☒Incarcerated<br>☐On Bond | Bond Amount<br>5,000.00 | Bond Type & Sureties<br>PENY |
|---|---|---|---|---|---|

| Charges  ☐Msd.  ☒Fel.  ☐App. | Prosecutor | Judge ID<br>Thomas | Dt. Prelim. Hearing<br>10-29-81 | |
|---|---|---|---|---|

| Theft of Prop., I | | | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|---|

| | Attorney<br><br>Charles Law, Appt. | Grand Jury No.<br>69 | Dt. Indictment<br>2-5-82 |
|---|---|---|---|

| | | Dt. Arraignment | Plea |
|---|---|---|---|

| Arresting Officer: | ☐Municipal    ☐State<br>☐County       ☐Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|

| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|---|

| Additional Information And Remarks: | Disposition |
|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime.  Defendant does desire to apply.  YOA determination is set for 9:00 a.m. February 19, 1982.<br><br>_SAM W. Taylor_<br>SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA.<br>Defendant comes into court with his attorney of record.  The court fully explained defendant's constitutional rights and defendant entered a plea of guilty to theft of property I _____ and the court being of the opinion that the defendant fully understood his rights and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of theft of property I.<br><br>Case is continued to Mar. 19 for sentencing.<br><br>_H. Randall Thomas_ |

BK 50 PG 167

Court Record - White

0 196  000

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence given in Case No. 82-193 |

BK 50 PG 178

H. Randall Thomas

45

# THE STATE OF ALABAMA

### MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term. A. D. 19 82

The Grand Jury of said County charge that, before the finding of this Indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over $100.00 in lawful currency
or coinage, or currency and coinage, of the United States of America,
a better description of which is unknown to the Grand Jury, of the
value of $100.00, assorted rings, watches, bracelets, pearls, chains,
earrings, and coins, a better description of which is unknown to the
Grand Jury, of the aggregate value of $70,000.00, all of the aggre-
gate value of $70,100.00, the property of Peggy Mussafer, with the
intent to deprive the said owner of the said property, in violation
of Section 13A-8-3 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

0198 0008

**46**

WITNESSES CONTINUED:
Ken Webster Cannon, 2141 A. E. Fourth
St.
Gregory Todd McCord, 2141 A. E.
Fourth St.
Ben Marez Sanchez, 2054 Oaklahoma
St.
John Moorer, 1313 Apt. 3 So.
Perry St.
James Walden, 1313 Apt. 3
So. Perry St.
Joe Butler, 2031 West St.,
Apt. A
Ronald Tracy Trussell, 909 Main
St. Decherd Franklin County.
Tenn. 515 Fox Run Pkwy. 8 P
Opelika, AL
Mark Peoples, 1313 So. Perry
St. Apt. 3
Michael Lee Hochhatter, 304
Cornell Rd.

---

Bail in this case is fixed at
$5,000.00 ————————— Dollars.

*[signature]*
Judge of Circuit Court of Montgomery County.

---

No. 52-146 ↑↓

THE STATE
vs.

John W. Manley, alias

FOR

Theft of Property I°
w/m, 8/8/62, 3231 Texas

WITNESSES
Peggy Mussager, 2254 Fernway
Maderra, MPD
R. C. Clark, MPD
J. W. Clark, MPD
L. R. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125
Oaks Ave., Prattville (CONTINUED)

No Prosecutor.

A TRUE BILL

*[signature]*
Foreman of Grand Jury

G.J. No. ___ 69

NATIONAL SERVICES INC. MONTGOMERY. ALA.

---

Presented in open Court by the Foreman of

the Grand Jury in the presence of  15

other members of the Grand Jury, this  5

day of  July  A.D. 19 82

*Pauline C. Edwards*
Clerk of the Circuit Court of Montgomery County.

Filed this  5  day of  July  19 82

*Pauline C. Edwards*
Clerk of the Circuit Court of Montgomery County.

| State of Alabama<br>Unified Judicial System<br>Form C-8 Rev 8-77 | **CASE ACTION SUMMARY**<br>**(CRIMINAL)** | Case Number<br>**CC-82-197-TH**<br>ID  YR  Number |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

| STATE OF ALABAMA<br>vs. | Date of Birth<br>8-8-62 | Distinguishing Features<br>DC-81-4592 |
|---|---|---|

| Defendant<br><br>MANLEY, John W. | Address<br><br>3231 Texas St.<br>Zip | SSAN | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Sex | Race | | Eyes | Hair | Height | Weight |
| | | M | W | | | | | |

| | Address | Date War/Cap. Issued<br>10-29-81 | Date Committed to Jail<br>10-29-81 |
|---|---|---|---|
| Employer | | Date Initial Appearance | Date Released on Bond |

| Case Number<br>CC-82-197-TH | ☒ Jury<br>☐ Non-Jury | Date Arrested | ☒ Incarcerated<br>☐ On Bond | Bond Amount<br>5,000.00 | Bond Type & Sureties<br>PENY |
|---|---|---|---|---|---|
| Charges ☐Msd. ☒Fel. ☐App. | | Prosecutor | Judge ID<br>Thomas | Dt. Prelim. Hearing<br>10-29-81 | |
| | | Attorney | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| Burglary, I | | Charles Law, Appt. | | Grand Jury No.<br>70 | Dt. Indictment<br>2-5-82 |
| | | | | Dt. Arraignment | Plea |

| Arresting Officer: | ☐ Municipal ☐ State<br>☐ County ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
| | | Disposition | |

Additional Information And Remarks:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA determination is set for 9:00 a.m. February 19, 1982. *Sam W. Taylor*<br>SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA.<br>Defendant comes into court with his attorney of record. The court fully explained there with the defendant ...... and entered a plea of guilty to burglary I ........ the court being of the opinion that defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of ...... burglary I |
| | Case is continued to March 19 for sentencing.<br>*H. Randall Thomas* |

BK. 50 PG. 698

Court Record - White

0136  0017

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |
| | BK 50 PG 179      _H. Randall Thomas_ |

**49**

## THE STATE OF ALABAMA

MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term. A. D. 19 82

The Grand Jury of said County charge that before the finding of this indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did, knowingly
and unlawfully enter or remain unlawfully in a dwelling of Ernest
or Laurice C. Moseley with the intent to commit a crime therein,
to-wit: theft of property, and while effecting entry or while in
the dwelling or in immediate flight therefrom, said John W. Manley
alias Johnny Manley was armed with an explosive or deadly weapon,
to-wit: pistol, in violation of Section 13A-7-5 of the Code of
Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

50

No. 82-197 771

THE STATE
vs.

John W. Manley, alias

FOR

Burglary I°

w/m 8/8/62, 3231 Texas St.

WITNESSES:

Ernest Moseley, 2543 Wildwood Dr.
Laurice C. Moseley, 2543 Wildwood Dr.
J. H. Jolley, MPD
C. O. Thomas, MPD
Ed Robinson, 158 Lee St.
L. M. Blankenship MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
WITNESSES CONTINUED

No Prosecutor.

A TRUE BILL

_____
Foreman of Grand Jury.

G.I No. 70

NATIONAL SERVICES INC. MONTGOMERY AL

Presented in open Court by the Foreman of the Grand Jury in the presence of 15 other members of the Grand Jury, this day of _____ A.D. 19__

_____
Clerk of the Circuit Court of Montgomery County.

Filed this 5 day of _____ 19__

_____
Clerk of the Circuit Court of Montgomery County.

Bail in this case is fixed at

$5,000.00 Dollars.

_____
Judge of Circuit Court of Montgomery County.

WITNESSES CONTINUED

William H. Stanfield, 1125
  Oaks Ave, Prattville
Ken Webster Cannon 2141A E. Fourth
  wks: HoJos
Gregory Todd McCord, 2141A E.
  Fourth St., wks: HoJos
Ben Marez Sanchez, 2054 Oklahoma
  wks: Capri Theater
John Moorer, 1313 S. Perry St. #3
  wks Capri Theater
James Walden, 1313 S. Perry St, #3
  wks: Big Apple, Atlanta Hwy
Joe Butler, 2031 West St., #A
Ronald Tracy Trussell, 909 Main St.,
  Decherd, Franklin County, Tenn.
  student: Auburn, 515 Fox Run
  Pkwy, #8-P, Opelika, Al.
Mark Peoples 1313 S. Perry, #3
Michael Lee Hochhatter, 304 Cornell Rd.

0 196 0026

| State of Alabama Unified Judicial System | **CASE ACTION SUMMARY** (CRIMINAL) | Case Number |
|---|---|---|
| Form C-8 Rev 8/77 | | CC-82-198-TH<br>IO   YR   Number |

| IN THE | CIRCUIT | COURT OF | MONTGOMERY | COUNTY |
|---|---|---|---|---|

STATE OF ALABAMA
vs.

| Date of Birth | Distinguishing Features: |
|---|---|
| 8-8-62 | DC-81-4587 |

| Defendant | Address |
|---|---|
| MANLEY, John W. | 3231 Texas St. |

| SSAN | | | | | | |
|---|---|---|---|---|---|---|
| Sex | Race | | Eyes | Hair | Height | Weight |
| M | W | | | | | |

| Employer | Address |  |  Zip |
|---|---|---|---|

| Date War/Cap. Issued | Date Committed to Jail |
|---|---|
| 10-29-81 | 10-29-81 |

| Date Initial Appearance | Date Released on Bond |
|---|---|

| Case Number | ☒ Jury | Date Arrested | ☒ Incarcerated |
|---|---|---|---|
| CC-82-198-TH | ☐ Non-Jury | | ☐ On Bond |

| Charges | ☐ Msd. | ☒ Fel. | ☐ App. | Prosecutor |
|---|---|---|---|---|

| Bond Amount | Bond Type & Sureties |
|---|---|
| 5,000.00 | PENY |

Theft of Prop., I

| Judge ID | Thomas |
|---|---|

| Attorney | Charles Law, Appt. |
|---|---|

| Dt. Prelim. Hearing | |
|---|---|
| 10-30-81 | |

| Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|

| Grand Jury No. | Dt. Indictment |
|---|---|
| 71 | 2-5-82 |

| Arresting Officer: | ☐ Municipal | ☒ State |
|---|---|---|
| | ☐ County | ☐ Conservation |

| Dt. Arraignment | Plea |
|---|---|

| Complainant: | Address |
|---|---|

| Dt. Trial | Dt. Sentenced |
|---|---|

| Additional Information And Remarks: | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|

Disposition

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA determination is set for 9:00 a.m. February 19, 1982.<br><br>SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA.<br><br>Defendant comes into court with his attorney of record. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty to theft of property I _____ and the court being of the opinion the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of theft of property I<br><br>Case is continued to March 19 for sentencing.<br><br>BK. 50 Pg. 69   H. Randall Thomas |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentary to run concurrent with sentence received in Case No. 81-193. |
| | ~~PM~~ 50    ~~PM~~ 180                    H. Randall Thomas |

**53**

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term, A. D. 19 82

The Grand Jury of said County charge that before the finding of this indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly

obtain or exert unauthorized control over assorted jewelry, rings,

coins, bracelets, and a pistol, a better description of which is

unknown to the Grand Jury, all of the aggregate value of $21,000.00,

the property of ███████ ██ ████████ ██ ████████, with the intent to

deprive the said owner of the said property, in violation of

Section 13A-8-3 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

**WITNESSES CONTINUED**

William H. Stanfield, 1125
Oaks Ave., Prattville
Ken Webster Cannon 2141A E. Fourth
wks: Hojons
Gregory Todd McCord, 2141A E Fourth
wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma
wks: Capri Theater
John Moorer, 1313 S. Perry St. #3
wks: Capri Theater
James Walden, 1313 S. Perry St. #3
wks: Big Apple, Atlanta Hwy
Joe Butler, 2031 West St., #A
Ronald Terr, 2031 West St., #A
Decherd, Fry Trussell, 909 Main St.,
Student: Auburn, Franklin County, Tenn.
#8-P, Opelika, Al.
Mark Peoples 1313 S. Perry St., #3
Michael Lee Hochhatter, 304 Cornell Rd.

---

No. 62-198-71

**THE STATE**

vs.

John W. Manley, alias.

FOR

**Theft of Property I°**

w/m 8/8/62, 1331 Texas St.

**WITNESSES:**

Ernest Moseley, 2543 Wildwood Dr.
Laurice C. Moseley, 2543 Wildwood Dr.
J. H. Jolley, MPD
C. O. Thomas, MPD
Ed Robinson, 158 Lee St.
L. M. Blankenship MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
WITNESSES CONTINUED

No Prosecutor.

**A TRUE BILL**

_____
Foreman of Grand Jury.

G.I.No. 71

NATIONAL SERVICES INC. MONTGOMERY, AL

---

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this ___
day of _____ A.D. 19 ___

Pauline C. Eubanks
Clerk of the Circuit Court of Montgomery County.

Filed this _____ day of
_____ 19___

Pauline C. Eubanks
Clerk of the Circuit Court of Montgomery County.

54

---

Bail in this case is fixed at

$5,000.00 Dollars.

_____
Judge of Circuit Court of Montgomery County.

State of Alabama
Unified Judicial System
Form C-6  Rev 8/77

# CASE ACTION SUMMARY
## (CRIMINAL)

**Case Number**
199-TH

| IN THE | CIRCUIT | COURT OF | MONTGOMERY | COUNTY |

| STATE OF ALABAMA | Date of Birth | Distinguishing Features: |
| vs. | 8-8-62 | DC-81-4594 |

| Defendant | Address | SSAN |

| | | Sex | Race | Eyes | Hair | Height | Weight |
| MANLEY, John W. | 3231 Texas St. | M | W | | | | |

Zip

| | | Date War/Cap. Issued | Date Committed to Jail |
| Employer | Address | 10-29-81 | 10-29-81 |

| | | Date Initial Appearance | Date Released on Bond |

| Case Number | ☒Jury | Date Arrested | ☒Incercerated | Bond Amount | Bond Type & Sureties |
| CC-82-199-TH | ☐Non-Jury | | ☐On Bond | 5,000.00 | PENY |
| Charges ☐Msd. ☒Fel. ☐App. | Prosecutor | Judge ID Thomas | Dt. Prelim. Hearing 10-20-81 | |
| | | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| | Attorney | Grand Jury No. 72 | Dt. Indictment 2-5-82 |
| | Charles Law, Appt. | Dt. Arraignment | Plea |

| Arresting Officer: | ☐Municipal ☐State | Dt. Trial | Dt. Sentenced |
| | ☐County ☐Conservation | | |
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |

| Additional Information And Remarks: | Disposition |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA determination is set for 9:00 a.m. February 19, 1982. |
| | *Sam W. Taylor* |
| | SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA. |
| | Defendant comes into court with his attorney appointed. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty burglary III and the court being of the opinion that defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of burglary III |
| | Case is continued to March 19 for sentencing. |
| | Bk. 50 Pg. 70  *H. Randall Thomas* |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|--------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 ~~~~~~~~~~~~~~~~~~~~ |
| | concurrent with sentence received in Case No. 81-193. |
| | BK 50 PG 181 _____   *H. Randall Thomas* |

Case 2:06-cv-00038-WKW-WC   Document 11-3   Filed 03/03/2006   Page 59 of 71

**57**

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term. A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did, knowingly
enter or remain unlawfully in a building of J█████████ll, with
the intent to commit a crime therein, to-wit: theft of property,
in violation of Section 13A-7-7 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney Fifteenth Judicial Circuit of Alabama.

58

No. 22-199 Tll

THE STATE

vs.

John W. Manley, alias

FOR

Burglary III°

W/M, B/8/62, 1211 Texas St.

WITNESSES:

Joe Woodall, 3168 Hemon
C. O. Thomas, MPD
J. Tymes, MPD
Chris Blaum, 3165 Hemon
L. H. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, HPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
WITNESSES CONTINUED

No Prosecutor.

A TRUE BILL

_David L. Crutchfield_
Foreman of Grand Jury

G.I No. ____ 72

NATIONAL SERVICES INC. MONTGOMERY, AL

---

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this 5
day of ____ Feb ____ A.D. 19 72

_Pauline C. Edwards_
Clerk of the Circuit Court of Montgomery County.

Filed this ____ 5 ____ day of
____ Feb ____

_Pauline C. Edwards_
Clerk of the Circuit Court of Montgomery County.

---

Bail in this case is fixed at

$5,000.00 ____ Dollars.

_____ Judge of Circuit Court of Montgomery County

---

WITNESSES CONTINUED

William H. Stanfield, 1125 Oaks
    Ave., Prattville
Ken Webster Cannon 2141A E.
    Fourth Str, wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma
    St., wks: Capri Theater
John Moorer, 1113 Theater
    wks: Capri Theater Apt. 3, S. Perry
Joe Butler, 2031 West St., Apt. A.
Ronald Tracy Trussell, 909 Main St.
    Decherd, Franklin County, Tenn.
    student: Auburn, 515 Fox Run Pkwy,
    8-P, Opelika, Al.
Mark Peoples 1311 S. Perry, Apt. 3
Michael Lee Hochhatter, 304 Cornell Rd.

59

| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-6 Rev 8/77 | **CASE ACTION SUMMARY**<br>**(CRIMINAL)** | Case Number<br>CC-82-200-TH<br>ID   YR   Number |

| IN THE | CIRCUIT | COURT OF | MONTGOMERY | COUNTY |
|---|---|---|---|---|

| STATE OF ALABAMA<br>vs. | Date of Birth<br>8-8-62 | Distinguishing Features:<br>DC-81-4590 |

SSAN

| Sex | Race | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|
| M | W | | | | |

| Defendant<br><br>MANLEY, John W. | Address<br><br>3231 Texas St.<br>Zip | Date War/Cap. Issued<br>10-29-81 | Date Committed to Jail<br>10-29-81 |
|---|---|---|---|

| Employer | Address | Date Initial Appearance | Date Released on Bond |
|---|---|---|---|

| Case Number<br>CC-82-200-TH | ☒Jury<br>☐Non-Jury | Date Arrested | ☒Incarcerated<br>☐On Bond | Bond Amount<br>5,000.00 | Bond Type & Sureties<br>PENY |
|---|---|---|---|---|---|

| Charges ☐Msd. ☒Fel. ☐App. | Prosecutor | Judge ID<br>Thomas | Dt. Prelim. Hearing<br>10-30-81 | |
|---|---|---|---|---|

| Theft ~~of property~~ I | Attorney<br><br>Charles Law Dept. | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|

| | | Grand Jury No.<br>73 | Dt. Indictment<br>2-5-82 |
|---|---|---|---|

| | | Dt. Arraignment | Plea |

| Arresting Officer: | ☐ Municipal   ☐ State<br>☐ County   ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|

| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|---|

| Additional Information And Remarks: | Disposition |
|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-18-82 | Defendant advised of youthful offender rights in a session<br><br>separate from those for adults charged with crime. Defendant<br><br>does desire to apply. YOA determination is set for 9:00 a.m.<br><br>February 19, 1982.<br><br>SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA<br><br>Defendant comes into court with his attorney. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty to theft of property I _____ and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of theft of property I.<br><br>Case is continued to March 19 for sentencing.<br><br>CK.50 Pg.71        H. Randall Thomas |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to ~~16 years in the penitentiary, to run~~ ~~concurrent with sentence received in Case No. 81-193.~~ |
| | BK 50 PG 182          H. Randall Thomas |

61

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term. A.D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY LEE MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over assorted jewelry, a
better description of which is unknown to the Grand Jury, of the
aggregate value of $2,376.00, and 1 calculator, a better des-
cription of which is unknown to the Grand Jury, of the value
of $450.00, all of the aggregate value of $2,826.00, the pro-
perty of J▓▓▓▓▓▓▓ with the intent to deprive the said owner
of the said property, in violation of Section 13A-8-3 of the
Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years |
|  | ~~ment~~ with sentence received in Case No. 81-193. |
|  | BK 50 PG 183 |
|  | H. Randall Thomas |

63

| | CASE ACTION SUMMARY (CRIMINAL) | | Case Number CC-82- |
|---|---|---|---|

...al System
.../77

| CIRCUIT | COURT OF | MONTGOMERY | COUNTY |
|---|---|---|---|

| STATE OF ALABAMA vs. | Date of Birth 8-8-62 | Distinguishing Features: DC-81-4595 |
|---|---|---|

| ...ant | Address | SSAN |
|---|---|---|

| | | Sex: M | Race: W | Eyes | Hair | Height | Weight |
|---|---|---|

MANLEY, John W.        Address  3231 Texas St.

Zip

| Date War/Cap. Issued 10-29-81 | Date Committed to Jail 10-29-81 |
|---|---|

...mployer        Address

| Date Initial Appearance | Date Released on Bond |
|---|---|

| Case Number CC-82-201-TH | □ Jury  □ Non-Jury | Date Arrested | ☒ Uncarcerated  □ On Bond | Bond Amount 5,000.00 | Bond Type & Sureties PENY |
|---|---|---|---|---|---|

| Charges  □ Msd.  ☒ Fel.  □ App. | | Prosecutor | Judge ID Thomas | Dt. Prelim. Hearing 10-30-81 | |
|---|---|---|---|---|---|

| ...rt1 | | Attorney | | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|---|---|

CN... ...pt.

| Grand Jury No. 74 | Dt. Indictment 2-5-82 |
|---|---|

| | Dt. Arraignment | Plea |
|---|---|---|

| Arresting Officer: | □ Municipal  □ State  □ County  □ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|

| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|---|

| Additional Information And Remarks: | Disposition |
|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime.  Defendant does desire to apply.  YOA determination is set for 9:00 a.m. February 19, 1982. |
| | *Sam W. Taylor* SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA. |
| | Defendant comes into court with his at... ... .  The court fully explained defendant's constitutional rights.  The defendant entered a plea of guilty to burglary III ... ... and the court being of the opinion that ...fendant fully understood his rights, and that the plea is voluntarily and know... ...ely entered, the court accepts his plea and finds him guilty of burglary III. |
| | Case is continued to March 19 for sentencing. |
| | P.K. 50  Pg. 72   *H. Randall Thomas* |

Court Record - White

WITNESSES CONTINUED

William H. Stanfield, 1125 Oaks
Ave., Prattville
Ken Webster Cannon 2141A E. Fourth
St., wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma
St., wks: Capri Theater
John Moorer, 1313 S. Perry, Apt. A
wks: Capri Theater
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909
Main St., Decherd, Franklin County
Tenn., Student; Auburn, 515 Fox Run Pkwy.
8-P, Opelika, Al.
Mark Peoples 1313 S. Perry, Apt.3
Michael Lee Hochhalter, 304 Cornell Rd.
Gregory Todd McCord, 2141-A E Fourth
wks: Hojons

---

Bail in this case is fixed at

$5,000.00 _____ Dollars.

_____
Judge of Circuit Court of Montgomery County.

---

No. 22-720 7i

THE STATE

vs.

John W. Manley, alias

FOR

Theft of Property I°

w/m, 8/8/62, 3231 Texas St.

WITNESSES

Joe Woodall, 3168 Hemon
C. O. Thomas, MPD
J. Tymes, MPD
Chris Blaum, 3165 Hemon
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed. Robinson, 158 Lee St.
WITNESSES CONTINUED

No Prosecutor.

---

A TRUE BILL

_____
Foreman of Grand Jury.

G.I.No. ____ 73

NATIONAL SERVICE INC, MONTGOMERY, AL

---

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this 5
day of ____ A.D. 19 5 2

_____
Clerk of the Circuit Court of Montgomery County.

Filed this _____ day of

_____
Clerk of the Circuit Court of Montgomery County.

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term, A.D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did, knowingly enter or remain unlawfully in a building of Be____ _____, with the intent to commit a crime therein, to-wit: theft of property, in violation of Section 13A-7-7 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

_____
District Attorney, Fifteenth Judicial Circuit of Alabama.

No. 83-220-TH

THE STATE

vs.

John W. Manley, alias

FOR

Theft of Property I°

w/m, 8/8/62, 3231 Texas St.

WITNESSES:

Joe Woodall, 3168 Hemon
C. O. Thomas, MPD
J. Tymes, MPD
Chris Blaum, 3165 Hemon
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed. Robinson, 158 Lee St.
WITNESSES CONTINUED

No Prosecutor.

A TRUE BILL

_____
Foreman of Grand Jury.

G.I.No.__ 73

NATIONAL SERVICES, INC. MONTGOMERY, AL

Presented in open Court by the Foreman of the Grand Jury in the presence of 15 other members of the Grand Jury, this 5 day of ___ A.D. 1983

_____
Clerk of the Circuit Court of Montgomery County.

Filed this ____ day of ____, 19__

_____
Clerk of the Circuit Court of Montgomery County.

WITNESSES CONTINUED

William H. Stanfield, 1125 Oaks Ave., Prattville
Ken Webster Cannon 2141A E. Fourth St., wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma St., wks: Capri Theater
John Mooral, 1113 S. Perry, Apt. A wks: Capri Theater
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909 Main St., Decherd, Franklin County Tenn., Student: Auburn, 515 Fox Run Pkwy. 8-P, Opelika, Al.
Mark Peoples 1113 S. Perry, Apt.3
Michael Lee Hochhatter, 304 Cornell Rd.
Gregory Todd McCord, 2141-A E Fourth wks: Hojons

Bail in this case is fixed at
$5,000.00 Dollars.

_____
Judge of Circuit Court of Montgomery County.

## CASE ACTION SUMMARY
### (CRIMINAL)

| | Case Number |
|---|---|
| ~~Alabama~~<br>~~Judicial System~~ | CC-8~~____~~ |
| ~~C-77~~ | ID   YR   Number |

| CIRCUIT | COURT OF | MONTGOMERY | COUNTY |
|---|---|---|---|

| STATE OF ALABAMA<br>vs. | Date of Birth<br>8-8-62 | Distinguishing Features:<br>DC-81-4595 |
|---|---|---|

| | | SSAN . |
|---|---|---|

| Sex | Race | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|
| M | W | | | | |

| ~~____ant~~<br>MANLEY, John W. | Address<br>3231 Texas St.<br>Zip | Date War/Cap. Issued<br>10-29-81 | Date Committed to Jail<br>10-29-81 |
|---|---|---|---|

| | | Date Initial Appearance | Date Released on Bond |
|---|---|---|---|

| ~~Employer~~ | Address | Bond Amount<br>5,000.00 | Bond Type & Sureties<br>PENY |
|---|---|---|---|

| ~~C~~ase Number<br>CC-82-201-TH | ☐Jury<br>☐Non-Jury | Date Arrested | ☐Incarcerated<br>☐On Bond | Dt. Prelim. Hearing<br>10-30-81 | |
|---|---|---|---|---|---|

| Charges  ☐Msd.  ☒Fel.  ☐App. | Prosecutor | Judge ID<br>Thomas | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|---|

| ~~_____~~ III | Attorney<br>Cha~~_____~~ | Grand Jury No.<br>74 | Dt. Indictment<br>2-5-82 |
|---|---|---|---|

| | | Dt. Arraignment | Plea |
|---|---|---|---|

| Arresting Officer: | ☐Municipal  ☐State<br>☐County  ☐Conservation | Dt Trial | Dt. Sentenced |
|---|---|---|---|

| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|---|

| Additional Information And Remarks: | | Disposition | |
|---|---|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime.  Defendant does desire to apply.  YOA determination is set for 9:00 a.m. February 16, 1982.<br><br>*Sam W. Taylor* — SAM W. TAYLOR – CIRCUIT JUDGE |
| 2-25-82 | Denied YOA.<br><br>Defendant comes into court with his attorney of record.  The court fully explained defendant's constitutional rights. ~~_____~~ entered a plea of guilty to burglary III ~~_____~~ and the court being of the opinion that defendant fully understood his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of  burglary III.<br><br>Case is continued to March 19 for sentencing. |
| | BK 50   PG 72          *H. Randall Thomas* |

Court Record - White

68

**ACTIONS, JUDGMENTS, CASE NOTES**

| te | |
|---|---|
| 82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |

BK 50 PG 183                    H. Randall Thomas

69

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

_____ mery County, _____ FEBRUARY _____ Term. A. D. 19 82

_____ rand Jury of said County charge that before the finding of this indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

____ me is to the Grand Jury otherwise unknown, did, knowingly
____ or remain unlawfully in a building of ▓▓▓▓▓▓▓▓▓▓le, with
____ ntent to commit a crime therein, to-wit: theft of property,
____ violation of Section 13A-7-7 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.