WITNESSES CONTINUED

Gregory Todd McCord, 2141A E.
Fourth St., wks: Hojons
Ben Marez Sanchez, 2054
Oklahoma, wks: Capri Theater
John Moorer, 1313 S. Perry, Apt. 3
wks: Capri Theater, Fairview
James Walden, 1313 S. Perry,
Apt. 3, wks: Big Apple, Atlanta Hwy.
Joe Butler, 2011 West St., Apt. A
Ronald Tracey Trussell, 909 Main St.
Decherd, Franklin County, Tenn.,
Student, Auburn, 515 Fox Run Pkwy.,
#8P, Opelika Al
Mark Peoples, 1313 S Perry, Apt. 3
Michael Lee Hochhatter, 304 Cornell Rd.

---

Bail in this case is fixed at

$5,000.00 _____ Dollars.

_____
Judge of Circuit Court of Montgomery County.

---

No. 52-221 --

THE STATE

vs.

John W. Manley, alias

FOR

Burglary, III*

w/m  8/8/62  3231 Texas

WITNESSES

Betty McCorkle, 3108 Boxwood
L. H. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks, Prattville
Ken Webster Cannon 2141A E. Fourth
wks: Hojons
WITNESSES CONTINUED    No Prosecutrix.

---

A TRUE BILL

_____
Foreman of Grand Jury

G.I. No. ___ 74

NATIONAL SERVICES, INC. MONTGOMERY, AL

---

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this 5
day of _____ A.D. 19 62

_____
Clerk of the Circuit Court of Montgomery County.

Filed this 5 _____ day of _____ 1962

Pauline C. Edmonds
Clerk of the Circuit Court of Montgomery County.

---

EXHIBIT

A-2

71

State of Alabama
Unified Judicial System

Form C-8  Rev 8/77

## CASE ACTION SUMMARY
### (CRIMINAL)

**Case Number**
CC-8▮▮▮▮▮▮▮▮
IO    YR    Number

| IN THE | CIRCUIT | COURT OF | MONTGOMERY | | COUNTY |
|---|---|---|---|---|---|

**STATE OF ALABAMA**
vs.

| Date of Birth | Distinguishing Features: |
|---|---|
| 8-8-62 | DC-81-4588 |

| SSAN | | | | | |
|---|---|---|---|---|---|
| Sex | Race | Eyes | Hair | Height | Weight |
| M | LW | | | | |

**Defendant**
MANLEY, John W.

**Address**
3231 Texas St.
Zip

| Date War/Cap. Issued | Date Committed to Jail |
|---|---|
| 10-29-81 | 10-29-81 |
| Date Initial Appearance | Date Released on Bond |

**Employer**

**Address**

| Case Number | Date Arrested | Incarcerated | Bond Amount | Bond Type & Sureties |
|---|---|---|---|---|
| CC-82-202-TH | | ☒ On Bond | 5,000.00 | PENY |

Jury ☒   Non-Jury ☐

Charges ☐Msd. ☒Fel. ☐App.

**Prosecutor**

**Judge ID**
Thomas

| Dt. Prelim. Hearing | |
|---|---|
| 10-30-81 | |
| Dt. Y.O. Applic. | Dt. Probation Applic. |

**Attorney**
Charles Lee Appt.

Theft ▮▮▮▮▮▮ I

| Grand Jury No. | Dt. Indictment |
|---|---|
| 75 | 2-5-82 |
| Dt. Arraignment | Plea |

**Arresting Officer:**
☐ Municipal   ☐ State
☐ County   ☐ Conservation

| Dt. Trial | Dt. Sentenced |
|---|---|

**Complainant:**
**Address**

| Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|

**Disposition**

**Additional Information And Remarks:**

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA determination is set for 9:00 a.m. February 19, 1982.  *SAM W. TAYLOR - CIRCUIT JUDGE* |
| 2-25-82 | Denied YOA. Defendant comes into court with his att▮▮▮▮▮▮ record. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty to theft of property I  and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of theft of property I  Case is continued to March 19 for sentencing.  *H. Randall Thomas* |

BK. 50   Pg. 73

Court Record - White

0202.0001

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon ~~him, said defen~~dant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |

BK 50 PG 184

H. Randall Thomas

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

**73**

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term, A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over a rabbit coat, currency,
watches, necklaces, rings, chains, earrings, and other assorted
jewelry, a better description of which is unknown to the Grand
Jury, all of the aggregate value of $9,114.00, the property of
Bett███████kle, with the intent to deprive the said owner of the
said property, in violation of Section 13A-8-3 of the Code of
Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

**74**

No. 21,202-T"

THE STATE
vs.
John W. Manley, alias

FOR

Theft of Property I*
w/m. 8/8/62, 3231 Texas

WITNESSES:
Betty McCorkle, 3108 Boxwood
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, NPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks, Prattville
Ken Webster Cannon 2141A E. Fourth
wks; Hojons
WITNESSES CONTINUED

No Prosecutor.

A TRUE BILL

_Donald Lyall_
Foreman of Grand Jury.

G.J. No. ___75___

NATIONAL SERVICES, INC. MONTGOMERY, AL

Bail in this case is fixed at

$5,000.00 ___ Dollars.

_Jean N. Graves_
Judge of Circuit Court of Montgomery County.

Presented in open Court by the Foreman of
the Grand Jury in the presence of 15
other members of the Grand Jury, this 5
day of ___Feb.___   A.D. 19 82

_Pauline C. Eubanks_
Clerk of the Circuit Court of Montgomery County.

Filed this ___5___ day of
___Feb.___, 19___

_Pauline C. Eubanks_
Clerk of the Circuit Court of Montgomery County.

WITNESSES CONTINUED

Gregory Todd McCord, 2141 A E.
  Fourth St., wks; Hojons
Ben Marex Sanchez, 2054
  Oklahoma St., wks; Capri
  Theater
John Moorer, 1313 S Perry, Apt. 3
  wks; Capri Theater
James Walden, 1313 S. Perry,
  Apt. 3, wks; Big Apple, Atlanta Hwy.
Joe Butler, 2031 West St., Apt. A
Ronald Tracey Trussell, 909 Main St.
  Decherd, Franklin County, Tenn.
  Student, Auburn, 515 Fox Run Pkwy.,
  #8P Opelika, Al.
Mark Peoples, 1313 S. Perry, Apt. 3
Michael Lee Hochhatter, 304 Cornell Rd.

75

**State of Alabama**
**Unified Judicial System**

Form C-8 Rev 8/77

# CASE ACTION SUMMARY
## (CRIMINAL)

Case Number
CC- ~~[redacted]~~
ID      YR      Number

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY
STATE OF ALABAMA
vs.

| | | |
|---|---|---|
| **Defendant** | **Address** | Date of Birth 8-8-62 |
| | | Distinguishing Features: PResentment |
| MANLEY, John W. | 3231 Texas St. | SSAN |
| | Zip | Sex M · Race W · Eyes · Hair · Height · Weight |
| **Employer** | **Address** | Date War/Cap. Issued | Date Committed to Jail |

| | | | |
|---|---|---|---|
| **Case Number** CC-82-203-TH | Jury ☒ / Non-Jury | **Date Arrested** ☒ Incarcerated / On Bond | Bond Amount 5,000.00 |
| Charges ☐Msd. ☒Fel. ☐App. | | **Prosecutor** | Bond Type & Sureties PENY |
| ~~[redacted]~~ III | | Judge ID Thomas | Dt. Prelim. Hearing |
| | | **Attorney** ~~[redacted]~~ Appt. | Dt. Y.O. Applic. / Dt. Probation Applic. |
| | | | Grand Jury No. 76 / Dt. Indictment 2-5-82 |
| | | | Dt. Arraignment / Plea |

| | | |
|---|---|---|
| **Arresting Officer:** | ☐ Municipal ☐ County ☐ State ☐ Conservation | Dt. Trial / Dt. Sentenced |
| **Complainant:** | Address | Dt. Appeal Filed / Appeal Bond Amt. |
| **Additional Information And Remarks:** | | Disposition |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime.  Defendant does desire to apply.  YOA determination is set for 9:00 a.m. February 19, 1982. |
| | *[signature]* SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | DENIED YOA Defendant comes into court with his attorney of record.  The court fully explained defendant's constitutional rights.  The defendant entered a plea of guilty to burglary III ___ and the court being of the opinion that the defendant fully understands his rights and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of burglary III . |
| | Case is continued to March 19 for sentencing. |
| | BK 50  Pg 74   *[signature]* H. Randall Thomas |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |
| | BK 50 PG 185                     /s/ H. Randall Thomas |

77

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term. A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did, knowingly
enter or remain unlawfully in a building of Joe Garrison, with the
intent to commit a crime therein, to-wit: theft of property, in
violation of Section 13A-7-7 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, the 4th Judicial Circuit of Alabama.

WITNESSES CONTINUED

Gregory Todd McCord, 2141A E. Fourth, wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma wks Capri Theater
John Moorer, 1313 S. Perry Apt. A wks: Capri Theater
James Walden, 1313 S. Perry, Apt. A wks: Big Apple, Atlanta Hwy.
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909 Main St., Decherd, Franklin County, Tenn., student: Auburn, 515 Fox Run Pkwy., 8-P, Opelika, Al
Mark Peoples, 1313 S Perry St., Apt. 3
Michael Lee Hochhatter, 304 Cornell rd.

Bail in this case is fixed at

$5,000.00 _____ Dollars.

_____
Judge of Circuit Court of Montgomery County.

No. 22-223-711

THE STATE
vs
John W. Manley, alias
FOR
Burglary III
w/Dn 8/8/62, 1231 Texas St.

WITNESSES:
Joe Garrison, 1231 Merriwether, wks: National Industries, Gunter Pk.
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks, Prattville
Ken Webster Cannon, 2141A E. Fourth, wks: Hojons--WITNESSES CONTINUED
No Prosecutor.

A TRUE BILL

_____
Foreman of Grand Jury.

G.I.No. 76

NATIONAL SERVICE INC. MONTGOMERY, AL

Presented in open Court by the Foreman of the Grand Jury in the presence of 15 other members of the Grand jury, this 5 day of _____ A.D. 19 62

Pauline C. Edwards
Clerk of the Circuit Court of Montgomery County

Filed this 5 day of _____ 19 62

Pauline C. Edwards
Clerk of the Circuit Court of Montgomery County

79

State of Alabama
Unified Judicial System

Form C-6  Rev 8/77

**CASE ACTION SUMMARY**
**(CRIMINAL)**

Case Number

CC-
ID    YR

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

| STATE OF ALABAMA vs. | | Date of Birth 8-8-62 | Distinguishing Features: Presentment | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | SSAN | | | | | |
| Defendant MANLEY, John W. | Address 3231 Texas St. | | Sex M | Race fₜ·W | Eyes | Hair | Height | Weight |
| | Zip | | Date War/Cap. Issued | | | Date Committed to Jail | | |
| Employer | Address | | Date Initial Appearance | | | Date Released on Bond | | |
| Case Number CC-82-204-TH | Jury ☒ Non-Jury | Date Arrested | Incarcerated ☒ On Bond | Bond Amount 5,000.00 | | Bond Type & Sureties PENY | | |
| Charges ☐Msd. ☒Fel. ☐App. | Prosecutor | | Judge ID THomas | Dt. Prelim. Hearing | | | | |
| | Attorney | | | Dt. Y.O. Applic. | | Dt. Probation Applic. | | |
| Theft ~~of Property~~ I | Charles ~~Law~~ Appt. | | | Grand Jury No. 7 | | Dt. Indictment 2-5-82 | | |
| | | | | Dt. Arraignment | | Plea | | |
| Arresting Officer: | ☐ Municipal    ☐ State | | | Dt. Trial | | Dt. Sentenced | | |
| | ☐ County    ☐ Conservation | | | | | | | |
| Complainant: | Address | | | Dt. Appeal Filed | | Appeal Bond Amt. | | |
| Additional Information And Remarks: | | | | Disposition | | | | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA application is set for 9:00 a.m. February 19, 1982. |
| | *SAM W. Taylor* SAM W TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA. Defendant comes into court with his ~~attorney of record~~. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty to theft of property I _____, and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of theft of property I Case is continued to March 19 for sentencing. *Randall Thomas* |
| | BK. 50  PG. 75    Court Record - White |

0204  0001

80

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years to run concurrent with sentence received in Case No. 81-193. |
| | BK 50 PG 186    *H. Randall Thomas* |

81

## THE STATE OF ALABAMA

### MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term. A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over assorted jewelry, rings,
bracelets, necklaces, cuff links and jewelry box, a better des-
cription of which is unknown to the Grand Jury, of the aggregate
value of $2,800.00; and $200.00 in lawful currency or coinage, or
currency and coinage of the United States of America, a better
description of which is unknown to the Grand Jury, of the value
of $200.00, all of the aggregate value of $3,000.00, the property
of ████████████, with the intent to deprive the said owner of the
said property, in violation of Section 13A-8-3 of the Code of
Alabama,

against the peace and dignity of the State of Alabama.

_District Attorney, Fifteenth Judicial Circuit of Alabama._

No. _____

**THE STATE**

vs.

John W. Manley, alias

FOR

Theft of Property I*
w/m, 8/8/62, 3231 Texas St.

WITNESSES:

Joe Garrison, 1231 Merriwether, wks:
    National Industries, Gunter Pk.
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks, Prattville
Ken Webster Cannon, 2141A E Fourth,
wks: HoJons—WITNESSES CONTINUED

No Prosecutor.

**A TRUE BILL**

_____
Foreman of Grand Jury.

G.I. No. ___ 77

NATIONAL SERVICES, INC., MONTGOMERY, AL

---

Presented in open Court by the Foreman of
the Grand Jury in the presence of  15
other members of the Grand Jury, this  5
day of _____ A.D. 19__ __

_____
Clerk of the Circuit Court of Montgomery County.

Filed this _____ day of _____ , 19__

Pauline C. Eubanks
_____
Clerk of the Circuit Court of Montgomery County.

---

WITNESSES CONTINUED

Gregory Todd McCord, 2141A e.
    Fourth, wks: HoJons
Ben Marez Sanchez, 2054 Oklahoma
    wks: Capri Theater
John Moorer, 1313 S. Perry Apt. A
    wks: Capri Theater
James Walden, 1313 S. Perry, Apt. A
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909 Main St.,
    Becherd, Franklin County, Tenn.,
    student; Auburn, 515 Fox Run Pkwy.,
    #8-P Opelika, Al.
Mark Peoples, 1313 S Perry St., Apt. 3
Michael Lee Hochhatter, 304 Cornell Rd.

---

Ball in this case is fixed at

$5,000.00          Dollars.

_____
Judge of Circuit Court of Montgomery County.

83

State of Alabama
Unified Judicial System

Form C-8  Rev 8/77

**CASE ACTION SUMMARY**
**(CRIMINAL)**

Case Number

| IN THE | CIRCUIT | COURT OF | MONTGOMERY | COUNTY |

**STATE OF ALABAMA**
vs.

| Date of Birth | Distinguishing Features: |
| 8-8-62 | DC-81-4593 |

SSAN

| Defendant | Address | Sex | Race | Eyes | Hair | Height | Weight |
| L MANLEY, John W. | 3231 Texas St. | M | W | | | | |
| | Zip | | | | | | |

| Employer | Address | Date War/Cap. Issued | Date Committed to Jail |
| | | 10-29-81 | 10-29-81 |
| | | Date Initial Appearance | Date Released on Bond |

| Case Number | ☒Jury | Date Arrested | ☒Incarcerated | Bond Amount | Bond Type & Sureties |
| CC-82-205-TH | ☐Non-Jury | | ☐On Bond | 5,000.00 | PENY |
| Charges ☐Msd. ☒Rel. ☐App. | Prosecutor | Judge ID | Dt. Prelim. Hearing | |
| | | Thomas | 10-30-81 | |
| | Attorney | Dt. Y.O. Applic. | Dt. Probation Applic. |
| | | Grand Jury No. | Dt. Indictment |
| | Appt. | 78 | 2-5-82 |
| | | Dt. Arraignment | Plea |

| Arresting Officer: | ☐Municipal ☐State | Dt. Trial | Dt. Sentenced |
| | ☐County ☐Conservation | | |
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |

| Additional Information And Remarks: | Disposition |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA determination is set for 9:00 a.m. February 19, 1982. |
| | *Sam W. Taylor* |
| | SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA. |
| | Defendant comes into court with his attorney of record. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty to burglary III _____, and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of burglary III. |
| | Case is continued to March 19 for sentencing. |
| | BK 50  Pg 76    *H. Randall Thomas* |

Court Record - White

84

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 2-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |
| | BK-30-PG-187                    H. Randall Thomas |



# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term, A. D. 19 82

The Grand Jury of said County charge that before the finding of this indictment

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly enter or remain unlawfully in a building of J. Streeter Wiatt, with the intent to commit a crime therein, to-wit: theft of property, in violation of Section 13A-7-7 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama

86

WITNESSES CONTINUED

Gregory Todd McCord, 2141A E.
Fourth St., wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma,
wks: Capri Theater
John Moorer, 1313 S. Perry, #3
wks: Capri Theater
James Walden, 1313 S. Perry, #3
wks: Big Apple, Atlanta Hwy.
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909 Main St.,
Decherd, Franklin County, Tenn,
Student: Auburn, 515 Fox Run Pkwy
118-P, Opelika, Al
Mark Peoples, 1313 S. Perry   #3
Michael Lee Hochhatter, 304 Cornell Rd.

Ball in this case is fixed at

$5,000.00 _____ Dollars.

_____
Judge of Circuit Court of Montgomery County.

No. 82-265 Tri

THE STATE
vs.

John W. Manley   alias

FOR

Burglary III*
W/m. B/d/62  3231 Texas St

WITNESSES:
J Streeter Wiatt, 1927 S. Hull St.
or 429 S. Decatur St.
L. H. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks, Prattville
Ken Webster Cannon, 2141A E.
Fourth St., wks: Hojons, WITNESSES CONTINUED

No Prosecutor.

Presented in open Court by the Foreman of
the Grand Jury in the presence of ___15
other member of the Grand Jury, this ___5
day of _____ ___ A.D. 19 __ +2

_____
Clerk of the Circuit Court of Montgomery County.

Filed this ____ day of _____ ,19__

Pauline C. Edwards
_____
Clerk of the Circuit Court of Montgomery County.

A TRUE BILL

_____
Foreman of Grand Jury.

G.I.No. __ 78

NATIONAL SERVICE, I.C. MONTGOMERY

| State of Alabama<br>Unified Judicial System<br>Form C-6  Rev 8/77 | **CASE ACTION SUMMARY**<br>(CRIMINAL) | Case Number<br>CC- ▓▓▓▓▓▓▓<br>ID ▓▓▓  Number |
|---|---|---|

| IN THE | CIRCUIT | COURT OF | MONTGOMERY | COUNTY |
|---|---|---|---|---|

| STATE OF ALABAMA<br>vs. | Date of Birth<br>8-8-62 | Distinguishing Features:<br>DC-81-4592 |
|---|---|---|

| Defendant<br><br>/  MANLEY, John W. | Address<br><br>3231  Texas St.<br>Zip | SSAN |
|---|---|---|

| Sex | Race | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|
| M | ▓ W | | | | |

| Employer | Address | Date Wat/Cap. Issued<br>10-29-81 | Date Committed to Jail<br>10-29-81 |
|---|---|---|---|

| Case Number<br>CC-82-206-TH | ☒ Jury<br>☐ Non-Jury | Date Arrested | ☒ Incarcerated<br>☐ On Bond | Date Initial Appearance | Date Released on Bond |
|---|---|---|---|---|---|

| Charges  ☐ Msd.  ☒ Fel.  ☐ App. | Prosecutor | Bond Amount<br>5,000.00 | Bond Type & Sureties<br>PENY |
|---|---|---|---|

|  | Judge ID<br>Thomas | Dt. Prelim. Hearing<br>10-30-81 | |
|---|---|---|---|

| ▓▓▓▓▓▓▓, I | Attorney<br><br>Ch▓▓▓▓▓▓▓ Appt. | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|

|  |  | Grand Jury No.<br>79 | Dt. Indictment<br>2-5-82 |
|---|---|---|---|

|  |  | Dt. Arraignment | Plea |
|---|---|---|---|

| Arresting Officer: | ☐ Municipal    ☐ State<br>☐ County       ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|

| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |
|---|---|---|---|

| Additional Information And Remarks: | Disposition |
|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime.  Defendant ▓▓▓ desire to apply.  YOA determination is set for 9:00 a.m. February 19, 1982.<br><br>_Sam W Taylor_<br>SAM W. TAYLOR - CIRCUIT JUDGE |
| 2-25-82 | Denied YOA.<br><br>Defendant comes into court with his attor▓▓▓ ▓▓▓▓.  The court fully ex plained defendant's constitutional rights. The Defendant entered a plea of guilty to theft of property I ▓▓▓▓▓▓▓▓▓ and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and know ingly entered, the court accepts his plea and finds him guilty of theft of property I<br><br>Case is continued to March 19 for sentencing.<br><br>CR. 50 PG. 77                    _H. Randall Thomas_ |

Court Record - White

88

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |
| | BK 50 PG 188                    H. Randall Thomas |

89

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term, A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over $150.00 in lawful
currency or coinage, or currency and coinage of the United States
of America, a better description of which is unknown to the
Grand Jury, of the value of $150.00;  one shotgun, a better
description of which is unknown to the Grand Jury, of the value
of $366.00; one rifle, a better description of which is unknown
to the Grand Jury, of the value of $66.00; and assorted jewelry
including  earrings, medals, and pins, a better description of
which is unknown to the Grand Jury, of the value of $2,640.00,
all of the aggregate value of $3,222.00, the property of ████
St████ ████tt, with the intent to deprive the said owner of
the said  property, in violation of Section 13A-8-3 of the
Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

90

No. 82-226 ?

**THE STATE**

vs.

John W. Manley, alias

FOR

Theft of Property 1°

W/m 8/8/62, 3211 Texas St.

WITNESSES:
J. Streeter Wiatt, 1927 S. Hull St.,
  or 429 S. Decatur St.
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks, Prattville
WITNESSES CONTINUED

No Prosecutor.

**A TRUE BILL**

_____
Foreman of Grand Jury.

G.I.No.   79

Presented in open Court by the Foreman of the Grand Jury in the presence of 13 other members of the Grand Jury, this 5 day of ____ A.D. 19 __

_Pauline C. Eubanks_
Clerk of the Circuit Court of Montgomery County.

Filed this 5 day of ____ 19__

_Pauline C. Eubanks_
Clerk of the Circuit Court of Montgomery County.

Bail in this case is fixed at

$5,000.00 Dollars.

_____
Judge of Circuit Court of Montgomery County.

WITNESSES
Ken Webster Cannon, 2141 A E. Fourth St., wks: Hojons
Gregory Todd McCord, 2141A E Fourth St., wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma, wks: Capri Theater
John Moorer, 1313 S. Perry #3 wks: Capri Theater
James Walden 1313 S. Perry, #3 wks: Big Apple Atlanta Hwy.
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909 Main St. Decherd, Franklin County, Tenn. Student: Auburn, 515 Fox Run Pkwy. 8-P, Opelika, Al
Mark Peoples, 1313 S Perry #3
Michael Lee Hochhatter, 304 Cornell Rd.

0206-0040

| State of Alabama<br>Unified Judicial System<br><br>Form C-8  Rev 8/77 | **CASE ACTION SUMMARY**<br>**(CRIMINAL)** | Case Number:<br>/CC                    TH<br>ID    YR      Number |
|---|---|---|

| IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY |

| STATE OF ALABAMA<br>vs. | Date of Birth<br>8-8-62 | Distinguishing Features:<br>Presentment |
|---|---|---|

| | | SSAN | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant**<br>/ MANDRY, John | **Address**<br>3231 Texas St.<br>Zip | **Sex**<br>M | **Race**<br>W | **Eyes** | **Hair** | **Height** | **Weight** |

| **Employer** | **Address** | Date War/Cap. Issued | Date Committed to Jail |
|---|---|---|---|
| | | Date Initial Appearance | Date Released on Bond |

| **Case Number**<br>CC-82-207-TH | X **Jury**<br>□ **Non-Jury** | **Date Arrested** | X **Incarcerated**<br>□ On Bond | **Bond Amount**<br>5,000.00 | **Bond Type & Sureties**<br>PENY |
|---|---|---|---|---|---|
| **Charges** □ Msd. ⊠ Fel. □ App. | | **Prosecutor** | **Judge ID**<br>Thomas | Dt. Prelim. Hearing | |
| | | **Attorney**<br><br>Charles Law, Apt. | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| I | | | | Grand Jury No.<br>80 | Dt. Indictment<br>2-5-82 |
| | | | | Dt. Arraignment | Plea |

| **Arresting Officer:** | □ Municipal   □ State<br>□ County   □ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| **Complainant:** | **Address** | Dt. Appeal Filed | Appeal Bond Amt. |
| **Additional Information And Remarks:** | | Disposition | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-15-82 | Defendant advised of youthful offender rights in a session apart from those for adults charged with crime.  Defendant does desire to apply.  YOA determination is set for 9:00 a.m. February 18, 1982.<br><br>_(signature)_ CIRCUIT JUDGE |
| 2-25-82 | Denied Youthful Offender.<br><br>_Randall Thomas_ |
| 5-27-82 | Defendant comes into court with his attorney of record.  The court fully explained defendant's constitutional rights.  The defendant entered a plea of guilty to conspiracy to commit burglary _____, and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of conspiracy to commit burglary. |

Court Record · White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to ___ 10 years ~~~~~~~~~~~~~~~~~~~ concurrent with ~~~~~~~~~~~~ now serving.   Sentence is to be backdated to begin to run as of March 19, 1982. |
| | BK 52 PL 18                    A. Randall Thomas |

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term, A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did, knowingly and unlawfully enter or remain unlawfully in a dwelling of ▓▓▓▓▓ ▓▓▓▓ with the intent to commit a crime therein, to-wit: theft of property, and while effecting entry or while in the dwelling or in immediate flight therefrom, said John W. Manley, alias Johnny Manley, was armed with an explosive or deadly weapon, to-wit: pistol, in violation of Section 13A-7-5 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney Fifteenth Judicial Circuit of Alabama.

Presented in open Court by the Foreman of the Grand Jury in the presence of 15 other members of the Grand Jury, this 5 day of Feb. A.D. 19 _ _

_____
Pauline C. Eubanks
Clerk of the Circuit Court of Montgomery County.

Filed this 5 day of _ _ , 19 _ _

_____
Pauline C. Eubanks
Clerk of the Circuit Court of Montgomery County.

No. 92-207-TH

THE STATE

vs.

John W. Manley, alias

FOR

Burglary I°

W/m  8/8/62, 3231 Texas St.

WITNESSES:

George M. Wood, 3425 Thomas Ave.
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson 158 Lee St.
William H. Stanfield, 1125 Oaks Ave.
Prattville,  WITNESSES CONTINUED

No Prosecutor.

A TRUE BILL

_____
Foreman of Grand Jury.

G.I.No. __ 80

RATCOAL SERVICES INC, MONTGOMERY, AL

Ball in this case is fixed at

$5,000.00 _____ Dollars.

_____
Judge of Circuit Court of Montgomery County.

WITNESSES CONTINUED

Ken Webster Cannon, 2141 A E.
Fourth St., wks: Hojons
Gregory Todd McCord, 2141A E.
Fourth St., wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma,
wks: Capri Theater
John Moorer, 1313 S. Perry #3
wks: Capri Theater
James Walden, 1313 S. Perry #3
wks: Big Apple, Atlanta Hwy.
Joe Butler, 2011 West St. Apt. A.
Ronald Tracy Trussell 909 Main St.
Decherd, Franklin County Tenn.,
Student: Auburn, 515 Fox Run Pkwy.
8-P, Opelika, Al.
Mark Peoples, 1313 S. Perry #3
Michael Lee Hochhatter, 304 Cornell Rd.

95

State of Alabama
Unified Judicial System

Form C-4  Rev 8/77

**CASE ACTION SUMMARY**
**(CRIMINAL)**

Case Number

CC-82-208

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

STATE OF ALABAMA
vs.

Date of Birth
8-8-62

Distinguishing Features:
Presentment

| Defendant | Address | SSAN | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MANLEY, John W. | 3231 Texas St. | Sex | Race | | Eyes | Hair | Height | Weight |
| | Zip | M | W | | | | | |

| Employer | Address | Date War/Cap. Issued | Date Committed to Jail |
|---|---|---|---|
| | | Date Initial Appearance | Date Released on Bond |

| Case Number | Jury | Date Arrested | Incarcerated | Bond Amount | Bond Type & Sureties |
|---|---|---|---|---|---|
| CC-82-208-TH | Non-Jury | | On Bond | 5,000.00 | PENY |
| Charges □Msd. ⊠Kel. □App. | | Prosecutor | Judge ID Thomas | Dt. Prelim. Hearing | |
| | | Attorney | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| Prop., II | | Charles Law, Appt. | | Grand Jury No. 81 | Dt. Indictment 2-5-82 |
| | | | | Dt. Arraignment | Plea |

| Arresting Officer: | □ Municipal □ State | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| Complainant: | □ County □ Conservation | | |
| | Address | Dt. Appeal Filed | Appeal Bond Amt. |
| Additional Information And Remarks: | | Disposition | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-16-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant has desire to apply. YOA determination is set for 9:00 a.m. February 1?, 1982. *SAM W. TAYLOR - CIRCUIT JUDGE* |
| 2-25-82 | Denied youthful offender. |
| 5-27-82 | Motion to Nolle Pross by the State. Motion granted by the Court. Case is nol prossed. *H.G. Randall Thomas* BK 52 PG 19 |

-0208 0001

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term, A. D. 19__82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over 1 pistol, a better
description of which is unknown to the Grand Jury, of the value
of $40.00; and assorted jewelry, a better description of which
is unknown to the Grand Jury, of the aggregate value of $715.00,
all of the aggregate value of $755.00, the property of George M.
████, with the intent to deprive the said owner of the said
property, in violation of Section 13A-8-4 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

Presented in open Court by the Foreman of

the Grand Jury in the presence of ___ 15 ___

other members of the Grand Jury, this __5__

day of ___ Feb ___ A.D. 19 __82__

*Pauline C. Edwards*

Clerk of the Circuit Court of Montgomery County.

Filed this ___5___ day of

___ Feb ___ , 19 __82__

*Pauline C. Edwards*

Clerk of the Circuit Court of Montgomery County.

---

No. 82-205 JH

THE STATE
vs.

John M. Manley, alias

FOR

Theft of Property II°
w/m. 8/8/62, 3231 Texas St.

WITNESSES:

George M. Wood, 3425 Thomas Ave.
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankine, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks Ave.
Prattville

WITNESSES CONTINUED          No Prosecutor.

A TRUE BILL

*Cary Shotwell*
Foreman of Grand Jury.

G.I No. 81

NATIONAL SERVICE, INC. MONTGOMERY, AL.

---

Bail in this case is fixed at

$5,000.00 Dollars.

*Hamm Gullen*
Judge of Circuit Court of Montgomery County.

---

WITNESSES CONTINUED

Ken Webster Cannon, 2141 A E.
   Fourth St., wks: Hojons
Gregory Todd McCord, 2141A E.
   Fourth St., wks: Hojons
Ben Marez Sanchez, 2054 Oklahoma,
   wks: Capri Theater
John Moorer, 1313 S. Perry #3
   wks Capri Theater
James Walden, 1313 S. Perry #3
   wks: Big Apple, Atlanta Hwy.
Joe Butler, 2031 West St., Apt. A
Ronald Tracy Trussell, 909 Main St.
   Decherd, Franklin County, Tenn.
Student: Auburn, 515 Fox Run Pkwy.
   B-P, Opelika, Al.
Mark Peoples, 1313 S. Perry #3
Michael Lee Hochhatter, 304 Cornell Rd.

0208 0003

State of Alabama
Unified Judicial System

Form C-6  Rev 8/77

# CASE ACTION SUMMARY
## (CRIMINAL)

**Case Number**

CC-82-209-TH

IN THE _____ CIRCUIT _____ COURT OF ___ MONTGOMERY ___ COUNTY

| STATE OF ALABAMA | Date of Birth 8-8-62 | Distinguishing Features: DC-81-4596 |
| vs. | | |

| Defendant MANLEY, John W. | Address 3231 Texas St. | SSAN |
| | Zip | Sex M | Race W | Eyes | Hair | Height | Weight |

| Employer | Address | Date War/Cap. Issued 10-29-81 | Date Committed to Jail 10-29-81 |

| Case Number CC-82-209-TH | ☑Jury ☐Non-Jury | Date Arrested | ☑Incarcerated ☐On Bond | Date Initial Appearance | Date Released on Bond |

| Charges ☐Msd. ☒Fel. ☐App. | Prosecutor | Judge ID Thomas | Bond Amount 5,000.00 | Bond Type & Sureties FENY |

| Burglary III | Attorney Charles Law, Appt. | Dt. Prelim. Hearing 10-30-81 |
| | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| | | Grand Jury No. 82 | Dt. Indictment 2-5-82 |
| | | Dt. Arraignment | Plea |

| Arresting Officer: | ☐Municipal ☐State ☐County ☐Conservation | Dt. Trial | Dt. Sentenced |
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt |

| Additional Information And Remarks: | Disposition |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-18-82 | Defendant advised of youthful offender rights in a session separate from those for adults charged with crime. Defendant does desire to apply. YOA determination is set for 9:00 A.M. February 14, 1982. |
| | *SAM W. TAYLOR - CIRCUIT JUDGE* |
| 2-25-82 | Denied YOA. |
| | Defendant comes into court with his attorney of record. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty to ___ burglary III ___ and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of ___ burglary III ___. |
| | Case is continued to March 19 for sentencing. |
| | BK 50  PG 78    *H. Randall Thomas* |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 10 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |
| | BK 50 PG 189                                   H. Randall Thomas |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

100

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County. _____ FEBRUARY _____ Term. A. D. 19 82

The Grand Jury of said County charge that before the finding of this Indictment.

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
enter or remain unlawfully in a building of Hilda Meriwether,
with the intent to commit a crime therein, to-wit: theft of pro-
perty, in violation of Section 13A-7-7 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

_____
District Attorney, Fifteenth Judicial Circuit of Alabama.

No. 82-209-TH

THE STATE
vs.

John W. Hanley, alias

FOR

Burglary III*

w/m, 8/8/62, 3231 Texas St.

WITNESSES:

Hilda Meriwether, 2815 Montrose
L. H. Blankenship, MPD
L. R. Smith, MPD
L. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks
WITNESSES CONTINUED: No Prosecutor.

A TRUE BILL

_____
Foreman of Grand Jury

G.J.No.  82

NATIONAL SERVICE INC. MONTGOMERY, AL.

---

Presented in open Court by the Foreman and
the Grand Jury in the presence of 15
other members of the Grand Jury, this
day of _____ A.D.19__

_____
Clerk of the Circuit Court of Montgomery County.

Filed this _____
day of _____,19__

_____
Clerk of the Circuit Court of Montgomery County.

---

WITNESSES CONTINUED

Ken Webster Cannon, 2141 A. E.
   Fourth St.
   WKS: Hojons
Gregory Todd McCord, 2141 A. E.
   Fourth St.
   WKS: Hojons
Ben Marez Sanchez, 2054 Oklahoma St.
   WKS: Capri Theatre
John Moorer, 1313 Apt. 3 So. Perry St.
   WKS: Capri Theatre
James Walden, 1313 Apt. 3 So. Perry St.
   WKS: Big Apple Atlanta Hwy
Joe Butler, 2031 West St. Apt. 1
Ronald Tracy Trussell, 909 Main St.,
   Decherd Franklin County, Tenn.
   Student, Auburn
Mark Peoples, 8 P, Opelika Ala
   Pkway, 515 Fox Run
Michael Lee Hochhatter, 1313 So. Perry St., Apt. 3.
   304 Cornell Rd.

Ball in this case is fixed at

$5,000.00   Dollars.

_____
Judge of Circuit Court of Montgomery County.

| State of Alabama<br>Unified Judicial System<br>Form C-6  Rev 8/77 | CASE ACTION SUMMARY<br>(CRIMINAL) | | Case Number<br>CC- |
|---|---|---|---|
| | | | ID    YR    Number |

IN THE _____ CIRCUIT _____ COURT OF ___ MONTGOMERY ___ COUNTY

| STATE OF ALABAMA<br>vs. | Date of Birth<br>8-8-62 | Distinguishing Features<br>DC-81-4589 |
|---|---|---|

| Defendant<br><br>✓ MANLEY, John W. | Address<br><br>3231 Texas St.<br><br>Zip | SSAN | | | | | |
|---|---|---|---|---|---|---|---|
| | | Sex | Race | | Eyes | Hair | Height | Weight |
| | | M | W | | | | | |

| Employer | Address | Date War/Cap. Issued<br>10-29-81 | Date Committed to Jail<br>10-29-81 |
|---|---|---|---|
| | | Date Initial Appearance | Date Released on Bond |

| Case Number<br>CC-82-210-TH | ☒ Jury<br>☐ Non-Jury | Date Arrested | ☒ Incarcerated<br>☐ On Bond | Bond Amount<br>5,000.00 | Bond Type & Sureties<br>PENY |
|---|---|---|---|---|---|
| Charges  ☐ Msd. ☒ Fel. ☐App. | | Prosecutor | Judge ID<br>Thomas | Dt. Prelim. Hearing<br>10-30-81 | |
| Theft of Property, I | | Attorney<br><br>Charles Law, Appt. | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| | | | | Grand Jury No.<br>83 | Dt. Indictment<br>2-5-82 |
| | | | | Dt. Arraignment | Plea |

| Arresting Officer: | ☐ Municipal  ☐ State<br>☐ County   ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |

| Additional Information And Remarks: | Disposition |
|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-15-82 | Defendant advises of rights of youthful offender rights in a session separate from those for adults charged with crime. Defendant Does desire to apply. YOA determination is set for 9:00 a.m. February 19, 1982.<br><br>_signature_  JOHN W. TAYLOR  CIRCUIT JUDGE |
| 2-25-82 | Denied YOA.<br><br>Defendant comes into court with his attorney of record. The court fully explained defendant's constitutional rights. The defendant entered a plea of guilty to theft of property I _____, and the court being of the opinion that the defendant fully understands his rights, and that the plea is voluntarily and knowingly entered, the court accepts his plea and finds him guilty of _theft of property I_<br><br>Case is continued to March 19 for sentencing.<br><br>BK 50  PG 79  _signature_ H. Randall Thomas, S |

Court Record - White

02-10-0801

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-19-82 | Court having asked the defendant if he had anything to say as to why the sentence of law should not now be pronounced upon him, and the defendant having his say, the court sentenced the defendant to 40 years in the penitentiary to run concurrent with sentence received in Case No. 81-193. |
| | BK 50 PG 190                                        H. Randall Thomas |

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ FEBRUARY _____ Term, A. D. 19 82

The Grand Jury of said County charge that, before the finding of this indictment,

JOHN W. MANLEY, alias
JOHNNY MANLEY,

whose name is to the Grand Jury otherwise unknown, did knowingly
obtain or exert unauthorized control over assorted jewelry including
rings, pins, stones, earrings, necklaces, chains, wrist watches,
and bracelets, a better description of which is unknown to the
Grand Jury, all of the aggregate value of $9,000.00, the property
of H████████████, with the intent to deprive the said owner of the
said property, in violation of Section 13A-8-3 of the Code of
Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama

105

Presented in open Court by the Foreman of the Grand Jury in the presence of 15 other members of the Grand Jury, this 5 day of _____ A.D. 19 72

Pauline C. Edwards
Clerk of the Circuit Court of Montgomery County.

Filed this 3 _____ day of _____ 19___

Pauline C. Edwards
Clerk of the Circuit Court of Montgomery County.

No. 52-210—74

THE STATE
vs.
John M. Manley, Alias
FOR

Theft of Property 1°
W/On 8/18/82, 1231 Texas St.

WITNESSES:

Hilda Meriwether, 2815 Montrose
L. M. Blankenship, MPD
L. R. Smith, MPD
D. H. Carmichael, MPD
W. T. Sheriff, MPD
J. L. Roy, MPD
R. H. Hankins, MPD
T. R. Shanks, MPD
Ed Robinson, 158 Lee St.
William H. Stanfield, 1125 Oaks
Ave., Prattville
Ken Webster, Canopy: Robinson, E.
Fourth St. WRS:
WITNESSES CONTINUED   No Prosecutor.

A TRUE BILL

Foreman of Grand Jury.

G.J. No.   83

NATIONAL SERVICE, INC. MONTGOMERY, AL

WITNESSES CONTINUED

Gregory Todd McCord, 2141 A. E.
Fourth St.
WKS: Hojons
Ben Marez Sanchez, 2054 Oklahoma St.
WKS: Capri Theatre
John Moorer, 1313 Apt. 3 South
Perry St.
WKS: Capri Theatre
James Walden, 1313 Apt. 3 South
Perry St.
WKS: Big Apple, Atlanta Highway
Joe Butler 2031 West St., Apt. A.
Ronald Tracy Trussell, 909 Main St.
Student Franklin County, Tenn
Auburn 515 Fox Run
Pkwy Apt 8, Opelika, Ala.
Mark Peoples, 1313 So. Perry St.
Apt. 3
Michael Lee Hochhatter, 304 Cornell Rd.

Ball in this case is fixed at
$5,000.00    Dollars.

Judge of Circuit Court of Montgomery County.

IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

JOHN W. MANLEY                    )

      Petitioner,              )

vs.                               )          CASE NO. CC-82-193 thru 207
                                       CC-82-209, 210.60-S

STATE OF ALABAMA,                 )

      Respondent.              )

O R D E R

    The above defendant having filed a Petition for Relief From
Conviction or Sentence (Pursuant to Rule 32, Alabama Rules of
Criminal Procedure), it is ORDERED that the State of Alabama
respond to the said petition within 35 days from the date of
this order, said response to include any specific grounds of
procedural default.

    Done this the 14th day of June, 2004.

WILLIAM A. SHASHY
Circuit Judge

John W. Manley
AIS #128194
1000 St. Clair R.
Springville, AL  35146-5582

Daryl Bailey - Chief Deputy District Attorney

RECEIVED
6/14/04

IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

JOHN W. MANLEY                          )

      Petitioner,                    )

v.                                      )          CASE NO. CC-82-193 to 197,209,210-S

STATE OF ALABAMA                        )

      Respondent.                    )

## ORDER

This matter comes before the Court on Petitioner's request to proceed in Forma Pauperis on a Rule 32 proceeding, and same having been considered, it is ORDERED that Petitioner is GRANTED permission to proceed without immediate payment of a filing fee.

Pursuant to Rule 32.6(a) ARCrP, as amended March 2002, if upon final disposition of defendant's petition, the Court finds that all of the claims for relief are precluded for any of the reasons stated in Rule 32.2, the defendant shall be ORDERED to pay a filing fee of $149. In the event the Court ORDERS the Petitioner to pay a filing fee, the correctional institution having custody of the Petitioner, shall be ORDERED to withhold 50% of all monies the institution has on deposit for the Petitioner, or receives in the future for the Petitioner, until the filing fee assessed by the Court has been collected and paid in full, and the institution shall forward to the clerk of the court, at least once every three months, any monies collected from the Petitioner until the filing fee assessed by the court is paid in full.

Done this the _14th_ day of June, 2004.

_William A. Shashy_
WILLIAM A. SHASHY
Circuit Judge

**RECEIVED**
6/14/04

John W. Manley  AIS #128194
1000 St. Clair Rd.
Springville, AL 35146-5582

Daryl Bailey – Chief Deputy District Attorney

108

# IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

JOHN W. MANLEY,      )
      Petitioner,      )
      )
vs.      )  Case No.   CC-82-193 through 210-WAS
      )
STATE OF ALABAMA,      )
      Respondent.      )

## STATE'S ANSWER TO PETITION FOR RELIEF FROM CONVICTION AND SENTENCE PURSUANT TO RULE 32, A.R.CR.P.

COMES NOW, the State of Alabama, by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and moves this Honorable Court to deny the Defendant's petition for relief and as grounds states the following:

1. The Defendant in this case pled guilty to 3 counts of Burglary I, 6 counts of Burglary III, and 8 counts of Theft of Property I on February 25, 1982. This Court sentenced the Defendant to 10 years in the penitentiary on each case running concurrently.

2. Petitioner argues that this Court was without jurisdiction to render the judgment or impose the sentence because the Petitioner was deprived of the right to counsel at arraignment.

    a. The Petitioner attached copies of the case action summary sheets and contends that there is nothing showing what date his court appointed attorney, Charles Law, appeared as counsel on Petitioner's behalf during his arraignment. In every case except CC-82-208, in which the State made a Motion to Nolle Press, the case action summary sheets clearly note: "Defendant comes into court with his

109

attorney of record" on February 25, 1982. Further, the case action summaries also show that the Defendant's attorney was Charles Law. Therefore, the Petitioner has failed to prove that he was deprived of the right to counsel at arraignment and the Petitioner is not entitled to any relief on this claim.

3. The Petitioner also claims that his Theft convictions are due to be vacated because the property that was stolen constitutes an element of his Burglary convictions.

    a. Petitioner's claim should be dismissed pursuant to Rule 32.6(b), which requires specificity. The Petitioner has failed to disclose any facts and a bare allegation that a constitutional right has been violated is not sufficient to warrant any further proceedings.

4. The Petitioner claims that his conspiracy to commit Burglary conviction is due to be vacated because it is not a lesser included offense encompassed in the indictment for Burglary in the first degree.

    a. The Petitioner's argument is not really an argument regarding the trial court's jurisdiction as based on Rule 32.1(b) of the <u>Alabama Rules of Criminal Procedure</u>, but it is only an insufficient evidence claim couched in jurisdictional language. A claim by a petitioner that he was charged with the wrong crime and that the court was, therefore, without jurisdiction to render a judgment or pronounce sentence was really a challenge to the sufficiency of the evidence and was barred. <u>Shoulders v. State</u>, 703 S.2d 1015, 1018 (Ala. Crim. App. 1997). Also, this claim should be dismissed pursuant to Rule 32.6(b) because the Petitioner has made a bare allegation and failed to disclose any facts in support of his claim.

110

5. The Petitioner claims his Burglary in the third degree indictment is due to be dismissed for failing to charge an offense and the Petitioner claims that some of his pleas were not voluntary.

    a. These claims should be dismissed pursuant to Rule 32.6(b) because the Petitioner has failed to allege any facts in support of these grounds.

For the above stated reasons, Petitioner is not entitled to relief on any of his claims, and the verdict and sentence are due to be upheld. Therefore, the respondent, the State of Alabama, moves this Honorable Court to dismiss, with prejudice, Petitioner's petition.

Respectfully submitted, this the 19th day of July, 2004.

ELEANOR I. BROOKS
DISTRICT ATTORNEY

DARYL BAILEY
CHIEF DEPT. DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon John W. Manley, petitioner, by United States Mail, on this the _____ day of July, 2004.

Daryl Bailey
Chief Deputy District Attorney
Fifteenth Judicial Circuit

111

# IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

JOHN W. MANLEY,        }
      Petitioner,        }
                        }

vs.                   }  Case No.  CC-82-193 through 210 WAS
                        }

STATE OF ALABAMA,     }
      Respondent.      }

## O R D E R

This matter comes before this Court on the Petitioner's Petition for Relief From Conviction

or Sentence, filed pursuant to Rule 32 of the Alabama Rules of Criminal Procedure and the

State's answer filed subsequent to the Petition.  Upon consideration thereof, and having taken

judicial notice of this Court's own records, this Court finds as follows:

1. The Defendant in this case pled guilty to 3 counts of Burglary I, 6 counts of Burglary

III, and 8 counts of Theft of Property I on February 25, 1982.  This Court sentenced the

Defendant to 10 years in the penitentiary on each case running concurrently.

2. Petitioner argues that this Court was without jurisdiction to render the judgment or

impose the sentence because the Petitioner was deprived of the right to counsel at

arraignment.

     a.  The Petitioner attached copies of the case action summary sheets and contends

     that there is nothing showing what date his court appointed attorney, Charles Law,

     appeared as counsel on Petitioner's behalf during his arraignment.  In every case

     except CC-82-208, in which the State made a Motion to Nolle Pross, the case

     action summary sheets clearly note: "Defendant comes into court with his


RECEIVED
7-22-04
CIRCUIT COURT CLERK

attorney of record" on February 25, 1982. Further, the case action summaries also show that the Defendant's attorney was Charles Law. Therefore, the Petitioner has failed to prove that he was deprived of the right to counsel at arraignment and the Petitioner is not entitled to any relief on this claim.

3. The Petitioner also claims that his Theft convictions are due to be vacated because the property that was stolen constitutes an element of his Burglary convictions.

    a. Petitioner's claim is dismissed pursuant to Rule 32.6(b), which requires specificity. The Petitioner has failed to disclose any facts and a bare allegation that a constitutional right has been violated is not sufficient to warrant any further proceedings.

4. The Petitioner claims that his conspiracy to commit Burglary conviction is due to be vacated because it is not a lesser included offense encompassed in the indictment for Burglary in the first degree.

    a. The Petitioner's argument is not really an argument regarding the trial court's jurisdiction as based on Rule 32.1(b) of the <u>Alabama Rules of Criminal Procedure</u>, but it is only an insufficient evidence claim couched in jurisdictional language. A claim by a petitioner that he was charged with the wrong crime and that the court was, therefore, without jurisdiction to render a judgment or pronounce sentence was really a challenge to the sufficiency of the evidence and was barred. <u>Shoulders v. State</u>, 703 S.2d 1015, 1018 (Ala. Crim. App. 1997). Also, this claim is dismissed pursuant to Rule 32.6(b) because the Petitioner has made a bare allegation and failed to disclose any facts in support of his claim.

113

5. The Petitioner claims his Burglary in the third degree indictment is due to be dismissed for failing to charge an offense and the Petitioner claims that some of his pleas were not voluntary.

    a. These claims are dismissed pursuant to Rule 32.6(b) because the Petitioner has failed to allege any facts in support of these grounds.

## CONCLUSION

Based on the foregoing, the Court finds that Petitioner is not entitled to relief requested. It is therefore ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Relief From Conviction or Sentence is DENIED. Additionally, any motions filed by Petitioner in support of this petition are hereby DENIED.

DONE this the 27th day of July 2004.

WILLIAM A. SHASHY
CIRCUIT JUDGE

CC:    Daryl Bailey, Chief Deputy District Attorney

       John W. Manley
       #128194
       St. Clair Correctional Facility
       1000 St. Clair Rd.
       Springville, AL  35146-5582

114

In the Circuit court of **Montgomery**

County, Alabama

**John W. Manley**

Petitioner, Pro Se,

vs.

Case No. **CC-82-193**
**through 210, Was.**

State of Alabama,

Respondent,

### Notice of Appeal to the Court of Criminal Appeals
### of Alabama

Notice is hereby given that **John W. Manley**, petitioner pro se, appeals to the above named court from the judgment entered in this case on the **30th** day of **July**, 200**4**, denying his Rule 32 post conviction petition.

Respectfully Submitted,

*John W. Manley*

Petitioner, Pro Se

RECEIVED
8-3-04
CIRCUIT COURT CLERK

## CERTIFICATE OF SERVICE

I hereby certify that I have this **30**th day of **July**, 200**4**.

served a copy of the foregoing, upon the following, by placing a copy of the

same in the U.S. mail, postage prepaid and properly addressed:

-----------------------------

**COURT OF CRIMINAL APPEALS
STATE OF ALABAMA**
300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, ALABAMA 36130-1555

**STATE OF ALABAMA**
OFFICE OF
**ATTORNEY GENERAL**
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-0152

-----------------

Respectfully Submitted,

*John W. Manley*
1000 St. Clair Rd. #728194
SPRingville, Alabama
35146-5572

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 1C            8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number<br>_____ - _____ |
| --- | --- | --- |

**TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.**

☒CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF **Montgomery** _____ COUNTY

**John W. Manley** _____ , Appellant.

V.  ☒ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

| Case Number<br>**CC-82-193 through 210, WAS** | Date of Judgment/Sentence/Order<br>**July 27, 2004** |
| --- | --- |
| Date of Notice of Appeal<br>Oral: _____     Written: **July 30, 2004** | Indigent Status Granted:<br>☒ Yes    ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, CODE OF ALABAMA 1975).

_**John W. Manley**_    _**July 30, 2004**_    _**John W. Manley**_
Signature                              Date                              Print or Type Name

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P.)):

**MARK PROCEEDINGS REQUESTED:**

**COURT REPORTER(S)**

A. ☐ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.    _____

B. ☐ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)    _____

C. ☐ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)    _____

*(handwritten: N/A)*

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
| --- | --- | --- |
| D. _____ | | _____ |
| E. _____ | | _____ |
| F. _____ | | _____ |
| G. _____ | | _____ |

*(handwritten: N/A)*

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_____        _____        _____
Signature                      Date                      Print or Type Name

*(handwritten: N/A)*

**DISTRIBUTION:** Original filed with Clerk of Trial Court and copies mailed to:  (1) Clerk of the Court of Criminal Appeals,  (2) the District Attorney,  (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

*2 in, 20' South*                          *Copies to attorney.*

| State of Alabama | COURT OF CRIMINAL APPEALS | Criminal Appeal Number |
| Unified Judicial System | DOCKETING STATEMENT | |
| Form ARAP- 26 (front)    8/91 | | |

## A. GENERAL INFORMATION:

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF __Montgomery__ COUNTY

__John W. Manley__, Appellant

v. ☒ STATE OF ALABAMA  ☐ MUNICIPALITY OF _____

| Case Number | Date of Complaint or Indictment | Date of Judgment/Sentence/Order |
| CC-82-193 through 210 WAS | | July 27, 2004 |
| Number of Days of Trial/Hearing | Date of Notice of Appeal | |
| N/A          Days | Oral: | Written: July 30, 2004 |

Indigent Status Requested: ☒ Yes ☐ No          Indigent Status Granted: ☒ Yes ☐ No

## B. REPRESENTATION:

Is Attorney Appointed or Retained?  ☐ Appointed ☐ Retained.  If no attorney, will appellant represent self? ☒ Yes ☐ No

| Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary) | Telephone Number |
| John W. Manley | N/A |
| Address | City | State | Zip Code |
| 1000 St. Clair Rd. | Springville | Alabama | 35146-5582 |

## C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
| Codefendant | N/A | Case Number |
| Codefendant | Case Number |

## D. TYPE OF APPEAL: Please check the applicable block.

1 ☐ State Conviction  4 ☐ Pretrial Order  7 ☐ Juvenile Transfer Order  10 ☐ Other (Specify)
2 ☒ Post-Conviction Remedy  5 ☐ Contempt Adjudication  8 ☐ Juvenile Delinquency
3 ☐ Probation Revocation  6 ☐ Municipal Conviction  9 ☐ Habeas Corpus Petition

## E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § ___  6 ☐ Trafficking in Drugs - § ___  11 ☐ Fraudulent Practices - § ___
2 ☐ Homicide - § ___  7 ☒ Theft - § ___  12 ☐ Offense Against Family - § ___
3 ☐ Assault - § ___  8 ☐ Damage or Intrusion to Property - § ___  13 ☐ Traffic - DUI - § ___
4 ☒ Kidnapping/Unlawful Imprisonment - § ___  9 ☐ Escape - § ___  14 ☐ Traffic - Other - § ___
5 ☐ Drug Possession - § ___  10 ☐ Weapons/Firearms - § ___  15 ☐ Miscellaneous (Specify): ___ - § ___

## F. DEATH PENALTY:

Does this appeal involve a case where the death penalty has been imposed? ☐ Yes ☐ No

## G. TRANSCRIPT:

1. Will the record on appeal have a reporter's transcript? ☐ Yes ☒ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed. __Attached (July 30, 2004__ (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk? ☐ Yes ☒ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions? ☐ Yes ☐ No

Form ARAP- 26 (back)    8/91    COURT OF CRIMINAL APPEALS DOCKETING STATEMENT

**118**

**H. POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.1 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | N/A | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

Manley filed A Rule 32 petition Challenging the Courts Jurisdiction to Render Judgment on these prior Convictions And sentences, the D.A. Responded but did not serve A Copy of his Answer to the petition to Manley, the Court denied the petition, timely notice of Appeal is now filed.

**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. (Attach additional pages if necessary.)

Did the trial Court Abuse its discretion by denying Manley's Rule 32 Petition?

**K. SIGNATURE:**

July 30, 2004

Date

*John W. Manley*

Signature of Attorney/ Party Filing this Form

119

# IN THE CIRCURIT COURT OF
# MONTGOMERY COUNTY, ALABAMA

JOHN W. MANLEY,                    }
     Petitioner,                }
                    }
                    }
vs.                                }  Case No.  CC-82-193 through 210 WAS
                    }
STATE OF ALABAMA,                  }
     Respondent.                }

## O R D E R

    This matter comes before this Court on the Petitioner's Petition for Relief From Conviction

or Sentence, filed pursuant to Rule 32 of the Alabama Rules of Criminal Procedure and the

State's answer filed subsequent to the Petition.  Upon consideration thereof, and having taken

judicial notice of this Court's own records, this Court finds as follows:

    1.  The Defendant in this case pled guilty to 3 counts of Burglary I, 6 counts of Burglary

III, and 8 counts of Theft of Property I on February 25, 1982.  This Court sentenced the

Defendant to 10 years in the penitentiary on each case running concurrently.

    2.  Petitioner argues that this Court was without jurisdiction to render the judgment or

impose the sentence because the Petitioner was deprived of the right to counsel at

arraignment.

        a.  The Petitioner attached copies of the case action summary sheets and contends

that there is nothing showing what date his court appointed attorney, Charles Law,

appeared as counsel on Petitioner's behalf during his arraignment.  In every case

except CC-82-208, in which the State made a Motion to Nolle Pross, the case

action summary sheets clearly note: "Defendant comes into court with his

attorney of record" on February 25, 1982. Further, the case action summaries also show that the Defendant's attorney was Charles Law. Therefore, the Petitioner has failed to prove that he was deprived of the right to counsel at arraignment and the Petitioner is not entitled to any relief on this claim.

3. The Petitioner also claims that his Theft convictions are due to be vacated because the property that was stolen constitutes an element of his Burglary convictions.

    a. Petitioner's claim is dismissed pursuant to Rule 32.6(b), which requires specificity. The Petitioner has failed to disclose any facts and a bare allegation that a constitutional right has been violated is not sufficient to warrant any further proceedings.

4. The Petitioner claims that his conspiracy to commit Burglary conviction is due to be vacated because it is not a lesser included offense encompassed in the indictment for Burglary in the first degree.

    a. The Petitioner's argument is not really an argument regarding the trial court's jurisdiction as based on Rule 32.1(b) of the <u>Alabama Rules of Criminal Procedure</u>, but it is only an insufficient evidence claim couched in jurisdictional language. A claim by a petitioner that he was charged with the wrong crime and that the court was, therefore, without jurisdiction to render a judgment or pronounce sentence was really a challenge to the sufficiency of the evidence and was barred. <u>Shoulders v. State</u>, 703 S.2d 1015, 1018 (Ala. Crim. App. 1997). Also, this claim is dismissed pursuant to Rule 32.6(b) because the Petitioner has made a bare allegation and failed to disclose any facts in support of his claim.

121

5. The Petitioner claims his Burglary in the third degree indictment is due to be dismissed for failing to charge an offense and the Petitioner claims that some of his pleas were not voluntary.

    a. These claims are dismissed pursuant to Rule 32.6(b) because the Petitioner has failed to allege any facts in support of these grounds.

## CONCLUSION

Based on the foregoing, the Court finds that Petitioner is not entitled to relief requested. It is therefore ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Relief From Conviction or Sentence is DENIED. Additionally, any motions filed by Petitioner in support of this petition are hereby DENIED.

DONE this the 27th day of July 2004.

WILLIAM A. SHASHY
CIRCUIT JUDGE

CC:    Daryl Bailey, Chief Deputy District Attorney

    John W. Manley
    #128194
    St. Clair Correctional Facility
    1000 St. Clair Rd.
    Springville, AL  35146-5582

**122**

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 07/30/2004

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:     __X__ YES     _____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES   __X__ NO  N/A
  INDIGENT STATUS REVOKED ON APPEAL:            _____ YES     __X__ NO
  INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES     _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000193.60

ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER | _____ | _____ | _____ |

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:          PRO SE
ADDRESS:
                                          ,          00000
PHONE NUMBER:                  000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):            MANLEY JOHN
ADDRESS:                       ST. CLAIR CORR. FACILITY
                               SPRINGVILLE   , AL  351465582
AIS #:                         128194

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO    _____
THIS ACTION ON THIS 12th DAY OF August, 2004    CIRCUIT COURT CLERK

123

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN          JUDGE: WILLIAM A. SHASHY

```
----------------------------------------------------------------------
| APPEAL DATE: 07/30/2004                                             |
|                                                                     |
| INDIGENCY STATUS:                                                   |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:     __X__ YES ____ NO   |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: ____ YES _X_ NO-N/A|
|    INDIGENT STATUS REVOKED ON APPEAL:           ____ YES _X__ NO    |
|    INDIGENT STATUS GRANTED ON APPEAL:           __X__ YES ____ NO   |
|                                                                     |
| DEATH PENALTY: NO                                                   |
|                                                                     |
| APPEAL TYPE: RULE 32 PETITION                                       |
|---------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,|
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.|
|                                                                     |
| CO/CASE NUMBER: 03/CC 1982 000194.60                                |
|                                                                     |
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED|
----------------------------------------------------------------------
```

```
------------------------------------------------------------------------
| POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED    CON BY AGREE|
| ___ MOTION FOR NEW TRIAL       _____       _____      _____    |
| ___ MOTION FOR JUDG. OF ACQUIT _____       _____      _____    |
| ___ MOTION TO W/D GUILTY PLEA  _____       _____      _____    |
| ___ MOTION FOR ATTY TO W/DRAW  _____       _____      _____    |
| ___ OTHER                      _____       _____      _____    |
|                                                                      |
| COURT REPORTER(S):             _____        |
| ADDRESS:                       _____        |
|                                _____        |
| APPELLATE COUNSEL #1:          PRO SE                                 |
| ADDRESS:                                                             |
|                                            ,        00000            |
| PHONE NUMBER:                  000-000-0000                          |
|                                                                      |
| APPELLATE COUNSEL #2:          _____        |
| ADDRESS:                       _____        |
|                                _____        |
| PHONE NUMBER:                  _____        |
|                                                                      |
| APPELLANT (PRO SE):            MANLEY JOHN                            |
| ADDRESS:                       ST. CLAIR CORR. FACILITY               |
|                                SPRINGVILLE  ,  AL  351465582          |
| AIS #:                         128194                                |
|                                                                      |
| APPELLEE (IF CITY APPEAL):     _____        |
| ADDRESS:                       _____        |
|                                _____        |
------------------------------------------------------------------------
```

I CERTIFY THAT THE INFORMATION PROVIDED
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 12th DAY OF August, 2004

OPERATOR: DBH
PREPARED 08/12/2004

_Melissa Rittenour_
CIRCUIT COURT CLERK

124

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

```
| APPEAL DATE: 07/30/2004                                                        |
|                                                                               |
| INDIGENCY STATUS:                                                             |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES    ____ NO         |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES    _X_ NO  N/A    |
|    INDIGENT STATUS REVOKED ON APPEAL:             ____ YES    _X_ NO         |
|    INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES    ____ NO         |
|                                                                               |
| DEATH PENALTY: NO                                                             |
|                                                                               |
| APPEAL TYPE: RULE 32 PETITION                                                 |
|- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,      |
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.      |
|                                                                               |
| CO/CASE NUMBER: 03/CC 1982 000195.60                                          |
|                                                                               |
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED  __DENIED  __GRANTED      |
|- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -|
| POST-JUDGMENT MOTIONS FILED:      DT FILED      DT DENIED      CON BY AGREE    |
| ___ MOTION FOR NEW TRIAL          _____       _____        _____        |
| ___ MOTION FOR JUDG. OF ACQUIT    _____       _____        _____        |
| ___ MOTION TO W/D GUILTY PLEA     _____       _____        _____        |
| ___ MOTION FOR ATTY TO W/DRAW     _____       _____        _____        |
| ___ OTHER                         _____       _____        _____        |
|- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -|
| COURT REPORTER(S):                  _____           |
| ADDRESS:                            _____           |
|                                     _____           |
|                                                                               |
| APPELLATE COUNSEL #1:               PRO SE                                    |
| ADDRESS:                                                                      |
|                                                       ,        00000          |
| PHONE NUMBER:                       000-000-0000                              |
|                                                                               |
| APPELLATE COUNSEL #2:               _____           |
| ADDRESS:                            _____           |
|                                     _____           |
|                                                                               |
| PHONE NUMBER:                       _____           |
|                                                                               |
| APPELLANT (PRO SE):                 MANLEY JOHN                               |
| ADDRESS:                            ST. CLAIR CORR. FACILITY                  |
|                                     SPRINGVILLE  ,   AL   351465582           |
| AIS #:                              128194                                    |
|                                                                               |
| APPELLEE (IF CITY APPEAL):          _____           |
| ADDRESS:                            _____           |
|                                     _____           |
```

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO          _Melissa Rittenans_
THIS ACTION ON THIS 12th DAY OF August, 2004         CIRCUIT COURT CLERK

**125**

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

```
| APPEAL DATE: 07/30/2004                                                    |
|                                                                           |
| INDIGENCY STATUS:                                                         |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES    _____ NO     |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES    _X__ NO N/A |
|    INDIGENT STATUS REVOKED ON APPEAL:            _____ YES    _X__ NO      |
|    INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES    _____ NO     |
|                                                                           |
| DEATH PENALTY: NO                                                         |
|                                                                           |
| APPEAL TYPE: RULE 32 PETITION                                             |
|                                                                           |
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,  |
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.   |
|                                                                           |
| CO/CASE NUMBER: 03/CC 1982 000196.60                                      |
|                                                                           |
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED     |
|                                                                           |
| POST-JUDGMENT MOTIONS FILED:      DT FILED      DT DENIED    CON BY AGREE  |
| ___ MOTION FOR NEW TRIAL         _____      _____     _____    |
| ___ MOTION FOR JUDG. OF ACQUIT   _____      _____     _____    |
| ___ MOTION TO W/D GUILTY PLEA    _____      _____     _____    |
| ___ MOTION FOR ATTY TO W/DRAW    _____      _____     _____    |
| ___ OTHER _____         _____      _____     _____    |
|                                                                           |
| COURT REPORTER(S):                _____        |
| ADDRESS:                          _____        |
|                                   _____        |
|                                                                           |
| APPELLATE COUNSEL #1:             PRO SE                                   |
| ADDRESS:                                                                  |
|                                                    ,        00000         |
| PHONE NUMBER:                     000-000-0000                            |
|                                                                           |
| APPELLATE COUNSEL #2:             _____        |
| ADDRESS:                          _____        |
|                                   _____        |
|                                   _____        |
| PHONE NUMBER:                     _____        |
|                                                                           |
| APPELLANT (PRO SE):               MANLEY JOHN                             |
| ADDRESS:                          ST. CLAIR CORR. FACILITY                |
|                                   SPRINGVILLE  , AL  351465582            |
| AIS #:                            128194                                  |
|                                                                           |
| APPELLEE (IF CITY APPEAL):        _____        |
| ADDRESS:                          _____        |
|                                   _____        |
```

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF        _Melissa Pittman_
THIS NOTICE OF APPEAL ON ALL PARTIES TO      _____
THIS ACTION ON THIS 12th DAY OF August, 2004    CIRCUIT COURT CLERK

126

ACR371                      ALABAMA JUDICIAL DATA CENTER
            NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                  IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN                 JUDGE: WILLIAM A. SHASHY

| APPEAL DATE: 07/30/2004 |
|---|

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    ____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES    _X__ NO  N/A
    INDIGENT STATUS REVOKED ON APPEAL:              ____ YES    _X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000197.60

ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED  __DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER _____ | _____ | _____ | _____ |

COURT REPORTER(S):                    _____
ADDRESS:                              _____
                                      _____

APPELLATE COUNSEL #1:                 PRO SE
ADDRESS:
                                                  ,       00000
PHONE NUMBER:                         000-000-0000

APPELLATE COUNSEL #2:                 _____
ADDRESS:                              _____
                                      _____
                                      _____
PHONE NUMBER:                         _____

APPELLANT (PRO SE):                   MANLEY JOHN
ADDRESS:                              ST. CLAIR CORR. FACILITY
                                      SPRINGVILLE  ,  AL  351465582
AIS #:                                123194

APPELLEE (IF CITY APPEAL):            _____
ADDRESS:                              _____
                                      _____

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO          _____
THIS ACTION ON THIS 12th DAY OF August, 2004       CIRCUIT COURT CLERK

127

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 07/30/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    ____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES    _X_ NO   N/A
    INDIGENT STATUS REVOKED ON APPEAL:              ____ YES    _X_ NO
    INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000198.60

ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED  __DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER _____ | _____ | _____ | _____ |

COURT REPORTER(S):                    _____
ADDRESS:                              _____
                                      _____

APPELLATE COUNSEL #1:                 PRO SE
ADDRESS:
                                                    ,        00000

PHONE NUMBER:                         000-000-0000

APPELLATE COUNSEL #2:                 _____
ADDRESS:                              _____
                                      _____

PHONE NUMBER:                         _____

APPELLANT (PRO SE):                   MANLEY JOHN
ADDRESS:                              ST. CLAIR CORR. FACILITY
                                      SPRINGVILLE  ,  AL  351465582
AIS #:                                128194

APPELLEE (IF CITY APPEAL):            _____
ADDRESS:                              _____
                                      _____

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO          _____
THIS ACTION ON THIS 12th DAY OF August, 2004     CIRCUIT COURT CLERK

**128**

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

```
| APPEAL DATE: 07/30/2004                                                        |
|-------------------------------------------------------------------------------|
|                                                                               |
| INDIGENCY STATUS:                                                             |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES  _____ NO          |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES  __X__ NO N/A     |
|    INDIGENT STATUS REVOKED ON APPEAL:             _____ YES  __X__ NO          |
|    INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES  _____ NO          |
|                                                                               |
| DEATH PENALTY: NO                                                             |
|                                                                               |
| APPEAL TYPE: RULE 32 PETITION                                                 |
|-------------------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,      |
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.      |
|                                                                               |
| CO/CASE NUMBER: 03/CC 1982 000199.60                                          |
|                                                                               |
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED  __DENIED  __GRANTED     |
|-------------------------------------------------------------------------------|
```

```
| POST-JUDGMENT MOTIONS FILED:   DT FILED      DT DENIED      CON BY AGREE |
|-------------------------------------------------------------------------|
| ___ MOTION FOR NEW TRIAL       _____      _____      _____   |
| ___ MOTION FOR JUDG. OF ACQUIT _____      _____      _____   |
| ___ MOTION TO W/D GUILTY PLEA  _____      _____      _____   |
| ___ MOTION FOR ATTY TO W/DRAW  _____      _____      _____   |
| ___ OTHER _____ _____      _____      _____   |
|-------------------------------------------------------------------------|
| COURT REPORTER(S):                _____         |
| ADDRESS:                          _____         |
|                                   _____         |
|                                                                         |
| APPELLATE COUNSEL #1:             PRO SE                                 |
| ADDRESS:                                                                |
|                                                      ,        00000     |
| PHONE NUMBER:                     000-000-0000                          |
|                                                                         |
| APPELLATE COUNSEL #2:             _____         |
| ADDRESS:                          _____         |
|                                   _____         |
|                                   _____         |
| PHONE NUMBER:                     _____         |
|                                                                         |
| APPELLANT (PRO SE):               MANLEY JOHN                           |
| ADDRESS:                          ST. CLAIR CORR. FACILITY              |
|                                   SPRINGVILLE   , AL  351465582         |
| AIS #:                            123194                                |
|                                                                         |
| APPELLEE (IF CITY APPEAL):        _____         |
| ADDRESS:                          _____         |
|                                   _____         |
|-------------------------------------------------------------------------|
```

I CERTIFY THAT THE INFORMATION PROVIDED
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 12th DAY OF August, 2004

OPERATOR: DBH
PREPARED: 08/12/2004

_Melissa Pittman_
CIRCUIT COURT CLERK

129

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
             NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY
```

| APPEAL DATE: 07/30/2004

| INDIGENCY STATUS:
|   GRANTED INDIGENCY STATUS AT TRIAL COURT:     __X__ YES    _____ NO
|   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES   __X__ NO N/A
|   INDIGENT STATUS REVOKED ON APPEAL:            _____ YES    __X__ NO
|   INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES    _____ NO

| DEATH PENALTY: NO

| APPEAL TYPE: RULE 32 PETITION

| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

| CO/CASE NUMBER: 03/CC 1982 000200.60

| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED

| POST-JUDGMENT MOTIONS FILED:    DT FILED       DT DENIED       CON BY AGREE

| ___ MOTION FOR NEW TRIAL       _____       _____        _____
| ___ MOTION FOR JUDG. OF ACQUIT _____       _____        _____
| ___ MOTION TO W/D GUILTY PLEA  _____       _____        _____
| ___ MOTION FOR ATTY TO W/DRAW  _____       _____        _____
| ___ OTHER _____        _____       _____        _____

| COURT REPORTER(S):
| ADDRESS:                         _____

| APPELLATE COUNSEL #1:            PRO SE
| ADDRESS:
|                                                    ,         00000
| PHONE NUMBER:                    000-000-0000

| APPELLATE COUNSEL #2:
| ADDRESS:
|
| PHONE NUMBER:

| APPELLANT (PRO SE):              MANLEY JOHN
| ADDRESS:                         ST. CLAIR CORR. FACILITY
|                                  SPRINGVILLE  ,  AL  351465582
| AIS #:                           123194

| APPELLEE (IF CITY APPEAL):
| ADDRESS:

```
I CERTIFY THAT THE INFORMATION PROVIDED                      OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 12th DAY OF August, 2004
                                                  CIRCUIT COURT CLERK
```

130

ACR371                    ALABAMA JUDICIAL DATA CENTER
          NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                  IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY
----------------------------------------------------------------------
| APPEAL DATE: 07/30/2004
|-------------------------------------------------------------------
| INDIGENCY STATUS:
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:    __X__ YES    _____ NO
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES  __X__ NO N/A
|    INDIGENT STATUS REVOKED ON APPEAL:          _____ YES    __X__ NO
|    INDIGENT STATUS GRANTED ON APPEAL:          __X__ YES    _____ NO
|
| DEATH PENALTY: NO
|
| APPEAL TYPE: RULE 32 PETITION
|-------------------------------------------------------------------
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.
|
| CO/CASE NUMBER: 03/CC 1982 000201.60
|
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED  __DENIED  __GRANTED
|-------------------------------------------------------------------
| POST-JUDGMENT MOTIONS FILED:    DT FILED     DT DENIED    CON BY AGREE
| ___ MOTION FOR NEW TRIAL        _____     _____     _____
| ___ MOTION FOR JUDG. OF ACQUIT  _____     _____     _____
| ___ MOTION TO W/D GUILTY PLEA   _____     _____     _____
| ___ MOTION FOR ATTY TO W/DRAW   _____     _____     _____
| ___ OTHER _____     _____     _____     _____
|-------------------------------------------------------------------
| COURT REPORTER(S):               _____
| ADDRESS:                         _____
|                                  _____
| APPELLATE COUNSEL #1:            PRO SE
| ADDRESS:
|                                                 ,          00000
| PHONE NUMBER:                    000-000-0000
|
| APPELLATE COUNSEL #2:            _____
| ADDRESS:                         _____
|                                  _____
|                                  _____
| PHONE NUMBER:                    _____
|
| APPELLANT (PRO SE):              MANLEY JOHN
| ADDRESS:                         ST. CLAIR CORR. FACILITY
|                                  SPRINGVILLE  , AL  351465582
| AIS #:                           128194
|
| APPELLEE (IF CITY APPEAL):       _____
| ADDRESS:                         _____
|                                  _____
|                                  _____
----------------------------------------------------------------------
I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY            PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO        Melissa Pittman
THIS ACTION ON THIS 12th DAY OF August, 2004   _____
                                               CIRCUIT COURT CLERK

131

ACR371

# ALABAMA JUDICIAL DATA CENTER
## NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
### BY THE TRIAL COURT CLERK
### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                JUDGE: WILLIAM A. SHASHY

```
APPEAL DATE: 07/30/2004

INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    ____ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES    _X_ NO N/A
   INDIGENT STATUS REVOKED ON APPEAL:              ____ YES    _X_ NO
   INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000202.60

ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED       CON BY AGREE
___ MOTION FOR NEW TRIAL        _____      _____        _____
___ MOTION FOR JUDG. OF ACQUIT  _____      _____        _____
___ MOTION TO W/D GUILTY PLEA   _____      _____        _____
___ MOTION FOR ATTY TO W/DRAW   _____      _____        _____
___ OTHER _____       _____      _____        _____

COURT REPORTER(S):              _____
ADDRESS:                        _____
                                _____

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:
                                                ,        00000
PHONE NUMBER:                   000-000-0000

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____
                                _____
PHONE NUMBER:                   _____

APPELLANT (PRO SE):             MANLEY JOHN
ADDRESS:                        ST. CLAIR CORR. FACILITY
                                SPRINGVILLE   ,  AL  351465582
AIS #:                          123194

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____
                                _____
```

I CERTIFY THAT THE INFORMATION PROVIDED
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 14th DAY OF August, 2004

OPERATOR: DBH
PREPARED: 08/12/2004

_____
CIRCUIT COURT CLERK

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

---

APPEAL DATE: 07/30/2004

INDIGENCY STATUS:
GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    _____ NO
APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES    __X__ NO N/A
INDIGENT STATUS REVOKED ON APPEAL:              _____ YES    __X__ NO
INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

---

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000203.60

ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED  __DENIED  __GRANTED

---

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER _____ | _____ | _____ | _____ |

---

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:              PRO SE
ADDRESS:
                                          ,        00000
PHONE NUMBER:                      000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):               MANLEY JOHN
ADDRESS:                          ST. CLAIR CORR. FACILITY
                                  SPRINGVILLE   ,  AL  351465582
AIS #:                            128194

APPELLEE (IF CITY APPEAL):
ADDRESS:

---

I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY            PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 12th DAY OF August, 2004    _____
                                                  CIRCUIT COURT CLERK

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                           BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY
```

| APPEAL DATE: 07/30/2004

| INDIGENCY STATUS:
|   GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    ____ NO
|   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES    __X__ NO  N/A
|   INDIGENT STATUS REVOKED ON APPEAL:              ____ YES    __X__ NO
|   INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    ____ NO

| DEATH PENALTY: NO

| APPEAL TYPE: RULE 32 PETITION

| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

| CO/CASE NUMBER: 03/CC 1982 000204.60

| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED

| POST-JUDGMENT MOTIONS FILED:    DT FILED        DT DENIED      CON BY AGREE
| ___ MOTION FOR NEW TRIAL        _____        _____       _____
| ___ MOTION FOR JUDG. OF ACQUIT  _____        _____       _____
| ___ MOTION TO W/D GUILTY PLEA   _____        _____       _____
| ___ MOTION FOR ATTY TO W/DRAW   _____        _____       _____
| ___ OTHER _____     _____        _____       _____

| COURT REPORTER(S):             _____
| ADDRESS:                       _____
|                                _____

| APPELLATE COUNSEL #1:          PRO SE
| ADDRESS:
|                                                  ,          00000
| PHONE NUMBER:                  000-000-0000

| APPELLATE COUNSEL #2:          _____
| ADDRESS:                       _____
|                                _____
|                                _____
| PHONE NUMBER:                  _____

| APPELLANT (PRO SE):            MANLEY JOHN
| ADDRESS:                       ST. CLAIR CORR. FACILITY
|                                SPRINGVILLE   , AL  351465582
| AIS #:                         128194

| APPELLEE (IF CITY APPEAL):     _____
| ADDRESS:                       _____
|                                _____
|                                _____

```
                                                    OPERATOR: DBH
I CERTIFY THAT THE INFORMATION PROVIDED           PREPARED: 08/12/2004
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO    _____
THIS ACTION ON THIS 12th DAY OF August, 2004    CIRCUIT COURT CLERK
```

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN                JUDGE: WILLIAM A. SHASHY

---

APPEAL DATE: 07/30/2004

INDIGENCY STATUS:
GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    ____ NO
APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES    _X__ N=N/A
INDIGENT STATUS REVOKED ON APPEAL:              ____ YES    _X__ NO
INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

---

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000205.60

ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED  __DENIED  __GRANTED

---

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER | _____ | _____ | _____ |

---

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:
ADDRESS:                              PRO SE

PHONE NUMBER:                         000-000-0000        ,         00000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):                   MANLEY JOHN
ADDRESS:                              ST. CLAIR CORR. FACILITY
                                      SPRINGVILLE   ,   AL   351465582
AIS #:                                123194

APPELLEE (IF CITY APPEAL):
ADDRESS:

---

I CERTIFY THAT THE INFORMATION PROVIDED
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 12th DAY OF August, 2004

OPERATOR: DBH
PREPARED: 08/12/2004

_Melissa Pittman_
CIRCUIT COURT CLERK

135

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN          JUDGE: WILLIAM A. SHASHY

```
APPEAL DATE: 07/30/2004

INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES    ____ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: ____ YES   _X_ NO  N/A
   INDIGENT STATUS REVOKED ON APPEAL:             ____ YES   _X_ NO
   INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION
```

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000206.60

ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER _____ | _____ | _____ | _____ |

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:      PRO SE
ADDRESS:
                           ,        00000
PHONE NUMBER:              000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):        MANLEY JOHN
ADDRESS:                   ST. CLAIR CORR. FACILITY
                           SPRINGVILLE  , AL  351465582
AIS #:                     128194

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO      Melissa Rittenour
THIS ACTION ON THIS 12th DAY OF August, 2004   CIRCUIT COURT CLERK

136

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
            NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN            JUDGE: WILLIAM A. SHASHY
-------------------------------------------------------------------------
| APPEAL DATE: 07/30/2004                                               |
|                                                                        |
| INDIGENCY STATUS:                                                      |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:   __X__ YES  _____ NO      |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ___ YES  _X_ NO N/A |
|    INDIGENT STATUS REVOKED ON APPEAL:        _____ YES  _X__ NO        |
|    INDIGENT STATUS GRANTED ON APPEAL:        __X__ YES  _____ NO       |
|                                                                        |
| DEATH PENALTY: NO                                                      |
|                                                                        |
| APPEAL TYPE: RULE 32 PETITION                                          |
|------------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,|
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.|
|                                                                        |
| CO/CASE NUMBER: 03/CC 1982 000207.60                                   |
|                                                                        |
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED |
|------------------------------------------------------------------------|
| POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED    CON BY AGREE |
| ___ MOTION FOR NEW TRIAL      _____       _____      _____     |
| ___ MOTION FOR JUDG. OF ACQUIT _____      _____      _____     |
| ___ MOTION TO W/D GUILTY PLEA  _____      _____      _____     |
| ___ MOTION FOR ATTY TO W/DRAW  _____      _____      _____     |
| ___ OTHER _____             _____      _____      _____     |
|------------------------------------------------------------------------|
| COURT REPORTER(S):            ----------------------------------       |
| ADDRESS:                      ----------------------------------       |
|                                                                        |
| APPELLATE COUNSEL #1:         PRO SE                                    |
| ADDRESS:                                                               |
|                                      ,         00000                   |
| PHONE NUMBER:                 000-000-0000                             |
| APPELLATE COUNSEL #2:         ----------------------------------       |
| ADDRESS:                      ----------------------------------       |
|                               ----------------------------------       |
|                               ----------------------------------       |
| PHONE NUMBER:                 ----------------------------------       |
| APPELLANT (PRO SE):           MANLEY JOHN                              |
| ADDRESS:                      ST. CLAIR CORR. FACILITY                 |
|                               SPRINGVILLE  , AL  351465582             |
| AIS #:                        128194                                   |
| APPELLEE (IF CITY APPEAL):    ----------------------------------       |
| ADDRESS:                      ----------------------------------       |
|                               ----------------------------------       |
|------------------------------------------------------------------------|
```

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 12th DAY OF August, 2004    _Melissa Pittman_
                                                CIRCUIT COURT CLERK

137

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

```
| APPEAL DATE: 07/30/2004
|-------------------------------------------------------------------------
| INDIGENCY STATUS:
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    ____ NO
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES    _X_ NO N/A
|    INDIGENT STATUS REVOKED ON APPEAL:              ____ YES    _X_ NO
|    INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    ____ NO
|
| DEATH PENALTY: NO
|
| APPEAL TYPE: RULE 32 PETITION
|-------------------------------------------------------------------------
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.
|
| CO/CASE NUMBER: 03/CC 1982 000209.60
|
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED
|-------------------------------------------------------------------------
```

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER | _____ | _____ | _____ |

```
COURT REPORTER(S):                    _____
ADDRESS:                              _____
                                      _____

APPELLATE COUNSEL #1:                 PRO SE
ADDRESS:                              _____
                                                     ,  *   00000
PHONE NUMBER:                         000-000-0000

APPELLATE COUNSEL #2:                 _____
ADDRESS:                              _____
                                      _____
                                      _____
PHONE NUMBER:                         _____

APPELLANT (PRO SE):                   MANLEY JOHN
ADDRESS:                              ST. CLAIR CORR. FACILITY
                                      SPRINGVILLE  ,  AL  351465582
AIS #:                                128194

APPELLEE (IF CITY APPEAL):            _____
ADDRESS:                              _____
                                      _____
```

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                   PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 12th DAY OF August, 2004    _Melissa Rittenour_
                                                   CIRCUIT COURT CLERK

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN          JUDGE: WILLIAM A. SHASHY

```
-----------------------------------------------------------------------
| APPEAL DATE: 07/30/2004                                             |
|                                                                     |
| INDIGENCY STATUS:                                                   |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:    __X__ YES  ____ NO   |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: ____ YES  __X__ NO N/A |
|    INDIGENT STATUS REVOKED ON APPEAL:          ____ YES  __X__ NO   |
|    INDIGENT STATUS GRANTED ON APPEAL:          __X__ YES  ____ NO   |
|                                                                     |
| DEATH PENALTY: NO                                                   |
|                                                                     |
| APPEAL TYPE: RULE 32 PETITION                                       |
|---------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, |
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE. |
|                                                                     |
| CO/CASE NUMBER: 03/CC 1982 000210.60                                |
|                                                                     |
| ORDER ENTERED(DATE): 07272004 PETITION: X DISMISSED __DENIED __GRANTED |
|---------------------------------------------------------------------|
| POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED    CON BY AGREE |
| ___ MOTION FOR NEW TRIAL    _____   _____    _____       |
| ___ MOTION FOR JUDG. OF ACQUIT _____  _____   _____      |
| ___ MOTION TO W/D GUILTY PLEA  _____  _____   _____      |
| ___ MOTION FOR ATTY TO W/DRAW  _____  _____   _____      |
| ___ OTHER _____  _____   _____    _____          |
|---------------------------------------------------------------------|
| COURT REPORTER(S):              _____  |
| ADDRESS:                        _____  |
|                                                                     |
| APPELLATE COUNSEL #1:           PRO SE                              |
| ADDRESS:                                                            |
|                                              , ___  00000           |
| PHONE NUMBER:                   000-000-0000                        |
|                                                                     |
| APPELLATE COUNSEL #2:           _____  |
| ADDRESS:                        _____  |
|                                 _____  |
|                                                                     |
| PHONE NUMBER:                   _____  |
|                                                                     |
| APPELLANT (PRO SE):             MANLEY JOHN                         |
| ADDRESS:                        ST. CLAIR CORR. FACILITY            |
|                                 SPRINGVILLE  , AL  351465582        |
| AIS #:                          128194                             |
|                                                                     |
| APPELLEE (IF CITY APPEAL):      _____  |
| ADDRESS:                        _____  |
|                                 _____  |
-----------------------------------------------------------------------
```

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                  PREPARED: 08/12/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO    _____
THIS ACTION ON THIS 12th DAY OF August, 2004      CIRCUIT COURT CLERK

| State of Alabama | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF RECORD ON APPEAL BY TRIAL CLERK | Appellate Case Number |
|---|---|---|
| Form ARAP-14    Rev. 11/91 | | |

| TO: THE CLERK OF THE COURT OF CRIMINAL APPEALS OF ALABAMA | DATE OF NOTICE OF APPEAL: 07 | 30 | 04 |
|---|---|
| APPELLANT    *John Manley* | |
| v.   STATE OF ALABAMA | |

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) (_____ volumes of 200 pages each and one volume of _____ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this __31st__ day of __August__, 2004.

_____
Circuit Clerk