

THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT

THE ALABAMA COURT OF CRIMINAL APPEALS

CR-03-1905

John Manley, Appellant

vs.

State of Alabama, Appellee

Appeal from Montgomery County Circuit Court Case Nos. CC82-193.60 through CC82-207.60 and CC82-210.610.

### ORDER

This case is before this Court on the appeal of the denial of a petition for postconviction relief filed pursuant to Rule 32, Ala.R.Crim.P. The State has filed a Motion to Reverse and Remand for Dismissal without Prejudice, averring that the postconviction petition that was filed in the Montgomery County Circuit Court attacks multiple convictions and sentences entered in multiple proceedings. The appellant pleaded guilty to sixteen counts of burglary and theft of property on February 25, 1982, in case nos. CC82-193 through 206 and CC82-210. He pleaded guilty to an additional charge, conspiracy to commit burglary, on May 27, 1982, in case no. CC82-207.

According to Rule 32.1, Ala.R.Crim.P., amended effective August 1, 2002, "A petition that challenges multiple judgments entered in more than a single trial or guilty-plea proceeding shall be dismissed without prejudice."

In accordance with Rule, 32.1, the State's motion is GRANTED, and this case is due to be, and is hereby, REVERSED AND REMANDED to the Montgomery County Circuit Court for that court to set aside its order summarily denying the Rule 32 petition and to dismiss the petition without prejudice . See Carr v. State, [Ms. CR-02-2192, January 6, 2004] ___ So. 2d ___ (Ala. 2004); Gilbert v. State, [Ms. CR-02-1145, December 2, 2003] ___ So. 2d ___ (Ala.Crim.App. 2003); and Lucas v. State, 855 So. 2d 1128 (Ala.Crim.App. 2003).

This Court further ORDERS that the certificate of judgment shall issue forthwith.

Done this 27 day of September, 2004.

_____
H. W. "BUCKY" McMILLAN, PRESIDING JUDGE

cca/



cc: William Shashy, Circuit Judge
    Melissa Rittenour, Circuit Clerk
    Ellen Brooks, District Attorney
    Bettie J. Carmack, Asst. Attorney General ✓
    John Manley, Appellant