# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

Carmack
64984

**CR-03-1905**

John Manley v. State of Alabama  (Appeal from Montgomery Circuit Court: CC82-193.60 through CC82-207.60; CC82-209.60; CC82-210.60)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on September 27th 2004:

### Reversed and Remanded to the Montgomery County Circuit Court (Per Curiam) (Order)

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 27th day of September, 2004.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. William Shashy, Circuit Judge
    Hon. Melissa Rittenour, Circuit Clerk
    John Manley, Pro Se
    Office of Attorney General


EXHIBIT E