# VOLUME I OF I

COURT OF CRIMINAL APPEALS NO. _CR 04-0570_

## APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

### FROM

### CIRCUIT COURT OF _Montgomery_ COUNTY, ALABAMA

CIRCUIT COURT NO. _CC. 82-193.61_

CIRCUIT JUDGE _Shashy_

Type of Conviction / Order Appealed From: _Rule 32_

Sentence Imposed: _____

Defendant Indigent: ☒ YES  ☐ NO

_John Manley_

NAME OF APPELLANT

_John Manley     AIS# 128194_
(Appellant's Attorney)                    (Telephone No.)
_St. Clair Corr Fac - 1000 St. Clair Rd._
(Address)
_Springville_      _AL_      _35146-5582_
(City)              (State)          (Zip Code)

V.

## STATE OF ALABAMA

NAME OF APPELLEE

(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____

(For Court of Criminal Appeals Use Only)

EXHIBIT
_F_

## INDEX
## <u>CLERK'S RECORD</u>

CASE ACTION SUMMARY……………………………………………… 1-17

RULE 32 PETITION……………………………………………………… 18-29

ORDER GRANTING PERMISSION TO PROCEED WITHOUT IMMEDIATE
PAYMENT OF FILING FEE……………………………………………… 30

ORDER FOR STATE TO RESPOND…………………………………….. 31

STATE'S ANSWER……………………………………………………….. 32-35

ORDER DIMISSING PETITON WITHOUT AN EVIDENTIARY HEARING……. 36-37

NOTICE OF APPEAL…………………………………………………….... 38-39

REPORTER'S TRANSCRIPT ORDER……………………………………. 40-41

DOCKETING STATEMENT……………………………………………… 42

ORDER DISMISSING PETITION WITHOUT AN EVIDENTIARY HEARING….. 43-44

APPEAL TRANSMITTAL………………………………………………..... 45-61

CERTIFICATE OF COMPLETION………………………………………. 62

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE:
OPER: TOR              CASE ACTION SUMMARY
PAGE:   1                CIRCUIT   CRIMINAL                RUN DATE: 11/10/2004
```

THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

STATE OF ALABAMA              VS      MANLEY JOHN
                                     ST. CLAIR CORR. FACILITY
CASE: CC 1982 000193.61              1000 ST. CLAIR ROAD
                                     SPRINGVILLE, AL 35146 5582

DOB: 00/00/0000        SEX:      RACE:       HT: 0 00  WT: 000    HR:      EYES:
SSN: 903000193  ALIAS NAMES:

CHARGE01. RULE 32 FELONY        CODE01: RULE   LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                DATE ARRESTED:
DATE    INDICTED:                DATE     FILED: 11/02/2004
DATE    RELEASED:                DATE   HEARING:
BOND      AMOUNT:        $.00         SURETIES:

DATE 1:          DESC:                TIME: 0000
DATE 2:          DESC:                TIME: 0000

TRACKING NOS: CC 1982 000193 00  /                       /

    DEF/ATY:                   TYPE:                      TYPE:

                         00000                     00000

PROSECUTOR:

OTH CSE: CC198200019300 CHK/TICKET NO:                  GRAND JURY:
  URT REPORTER:                SID NO:       000000000
  STATUS: PRISON              DEMAND:                          OPER: TOR
DATE     ACTIONS, JUDGEMENTS, AND NOTES

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/10/04 | Copy sent to DA on 11/01/04 |
| 12-9-04 | Order Dismissing Rule 32 Signed 12-8-04 |
| 11/2/04 | Order to State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal to Crm. Appeals, AG, DA & Def |

**2**

```
ACRC372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE:          000194.61
OPER: TCR                    CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL              RUN DATE: 11/10/2004
```

THE CIRCUIT COURT OF MONTGOMERY                                        JUDGE: WAS

STATE OF ALABAMA            VS      MANLEY JOHN
                                   ST. CLAIR CORR. FACILITY
CASE: CC 1982 000194.61            1000 ST. CLAIR ROAD
                                   SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000       SEX:    RACE:    HT: 0 00  WT: 000  HR:      EYES:
SSN: 903000194  ALIAS NAMES:

CHARGE01 RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                         AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                  DATE ARRESTED:
DATE   INDICTED:                   DATE     FILED: 11/02/2004
DATE   RELEASED:                   DATE   HEARING:
BOND      AMOUNT:        $.00      SURETIES:

DATE 1:          DESC:             TIME: 0000
DATE 2:          DESC:             TIME: 0000

TRACKING NOS: CC 1982 000194 00  /                      /

   DEF/ATY:                  TYPE:                        TYPE:

                        00000                   00000

PROSECUTOR:

OTH CSE: CC198200019400 CHK/TICKET NO:           GRAND JURY:
RT REPORTER:              SID NO:      000000000
STATUS: PRISON           DEMAND:                           OPER: TCR

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 ✓ | Order Dismissing Rule 32 Signed 12-8-04 |
| 11/02/04 | Order for State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal to Crim Appls, AG, DA & Def |

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM     CASE      1982 000195.61
OPER: TOR                    CASE ACTION SUMMARY
PAGE:   1                      CIRCUIT  CRIMINAL            RUN DATE: 11/10/2004

  THE CIRCUIT COURT OF MONTGOMERY                                      JUDGE: WAS

STATE  OF  ALABAMA              VS      MANLEY JOHN
                                       ST. CLAIR CORR. FACILITY
CASE: CC 1982 000195.61                1000 ST. CLAIR ROAD
                                       SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:      RACE:     HT: 0 00  WT: 000   HR:     EYES:
SSN: 903000195 ALIAS NAMES:
===============================================================================
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                         DATE ARRESTED:
DATE     INDICTED:                        DATE      FILED: 11/02/2004
DATE     RELEASED:                        DATE    HEARING:
BOND        AMOUNT:         $.00          SURETIES:

DATE 1:            DESC:                   TIME: 0000
DATE 2:            DESC:                   TIME: 0000

TRACKING NOS: CC 1982 000195 00   /                         /

   DEF/ATY:                     TYPE:                          TYPE:

                        00000                        00000

PROSECUTOR:
===============================================================================
OTH CSE: CC1982000019500 CHK/TICKET NO:              GRAND JURY:
  RT REPORTER:              SID NO:      000000000
  STATUS: PRISON            DEMAND:                          OPER: TOR
DATE         ACTIONS,  JUDGEMENTS,  AND  NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|--------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Dismissing Rule 32 Signed 12-8-04 |
| 11/02/04 | Order for State to Respond |
| 12/06/04 | State's Answer |
| 12/3/04 | Notice of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal to Crm. Appls, A.G., DA & Def |

4

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE:       1982 000196.61
OPER: TOR                  CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT  CRIMINAL              RUN DATE: 11/10/2004
```

THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

```
STATE  OF  ALABAMA            VS       MANLEY JOHN
                                       ST. CLAIR CORR. FACILITY
CASE: CC 1982 000196.61                1000 ST. CLAIR ROAD
                                       SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:      RACE:      HT: 0 00  WT: 000    HR:       EYES:
SSN: 903000196  ALIAS NAMES:

CHARGE01: RULE 32-FELONY         CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE     INDICTED:                  DATE    FILED: 11/02/2004
DATE     RELEASED:                  DATE  HEARING:
BOND        AMOUNT:        $.00       SURETIES:

DATE 1:              DESC:            TIME: 0000
DATE 2:              DESC:            TIME: 0000

TRACKING NOS: CC 1982 000196 00  /                       /

   DEF/ATY:                        TYPE:                     TYPE:

                         00000                    00000

PROSECUTOR:

OTH CSE: CC198200019600 CHK/TICKET NO:                 GRAND JURY:
RT REPORTER:                   SID NO:       000000000
STATUS: PRISON                 DEMAND:                            OPER: TOR
DATE         ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy sent to DA 11/01/04 |
| 12-9-04 | Order Dismissing Rule 32 Signed 12-8-04 |
| 11/02/04 | Order to State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice Of Appeal w/ forms |
| 12/30/04 | Appeal Transmittal To Crim. Appls, AG, DA & Def. |

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 1982 000197.61
OPER: TOR                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT   CRIMINAL                  RUN DATE: 11/10/2004
```
THE CIRCUIT COURT OF MONTGOMERY                                        JUDGE: WAS

STATE OF  ALABAMA            VS      MANLEY JOHN
                                    ST. CLAIR CORR. FACILITY
CASE: CC 1982 000197.61             1000 ST. CLAIR ROAD
                                    SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:     RACE:      HT: 0 00   WT: 000    HR:        EYES:
SSN: 903000197  ALIAS NAMES:

CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE      INDICTED:                 DATE      FILED: 11/02/2004
DATE      RELEASED:                 DATE   HEARING:
BOND        AMOUNT:       $.00          SURETIES:

DATE 1:          DESC:                  TIME: 0000
DATE 2:          DESC:                  TIME: 0000

TRACKING NOS: CC 1982 000197 00  /                        /

   DEF/ATY:                     TYPE:                         TYPE:

                        00000                    00000

PROSECUTOR:

OTH CSE: CC198200019700 CHK/TICKET NO:                   GRAND JURY:
CRT REPORTER:                  SID NO:       000000000
STATUS: PRISON               DEMAND:                          OPER: TOR
DATE        ACTIONS, JUDGEMENTS, AND NOTES

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|--------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Dismissing Rule 32 Signed 12-8-04 |
| 11/02/04 | Order For State To Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice Of Appeal w/ Forma |
| 12/30/04 | Appeal Transmittal To Crm. Appeals, AG, DA & Def |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE:        000198.61
OPER: TOR                     CASE ACTION SUMMARY
PAGE:   1                       CIRCUIT  CRIMINAL               RUN DATE: 11/10/2004
============================================================================
THE CIRCUIT COURT OF MONTGOMERY                                      JUDGE: WAS

STATE OF ALABAMA              VS       MANLEY JOHN
                                      ST. CLAIR CORR. FACILITY
CASE: CC 1982 000198.61               1000 ST. CLAIR ROAD
                                      SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:    RACE:    HT: 0 00  WT: 000   HR:     EYES:
SSN: 903000198  ALIAS NAMES:
============================================================================
CHARGE01: RULE 32-FELONY       CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE    INDICTED:                   DATE    FILED: 11/02/2004
DATE    RELEASED:                   DATE  HEARING:
BOND       AMOUNT:       $.00       SURETIES:

DATE 1:           DESC:               TIME: 0000
DATE 2:           DESC:               TIME: 0000

TRACKING NOS: CC 1982 000198 00  /                    /

  DEF/ATY:                   TYPE:                        TYPE:

                        00000                    00000

PROSECUTOR:

============================================================================
OTH CSE: CC198200019800 CHK/TICKET NO:              GRAND JURY:
  RT REPORTER:              SID NO:     000000000
  STATUS: PRISON            DEMAND:                        OPER: TOR
DATE         ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/02/04 | Order for State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal to Crim. Apple, AG, DA & Def |

```
ACR0372            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000199.61
OPER: TOR                  CASE ACTION SUMMARY
PAGE: 1                    CIRCUIT  CRIMINAL                 RUN DATE: 11/10/2004
```

THE CIRCUIT COURT OF MONTGOMERY                                        JUDGE: WAS

STATE  OF  ALABAMA              VS        MANLEY JOHN
                                         ST. CLAIR CORR. FACILITY
CASE: CC 1982 000199.61                  1000 ST. CLAIR ROAD
                                         SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:      RACE:      HT: 0 00   WT: 000    HR:      EYES:
SSN: 903000199  ALIAS NAMES:
```
CHARGE01: RULE 32-FELONY          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE    INDICTED:                    DATE    FILED: 11/02/2004
DATE    RELEASED:                    DATE   HEARING:
BOND       AMOUNT:        $.00          SURETIES:

DATE 1:            DESC:              TIME: 0000
DATE 2:            DESC:              TIME: 0000

TRACKING NOS: CC 1982 000199 00  /                    /

  DEF/ATY:                      TYPE:                        TYPE:

                    00000                      00000

PROSECUTOR:
```

```
OTH CSE: CC198200019900 CHK/TICKET NO:              GRAND JURY:
CRT REPORTER:                  SID NO:      000000000
STATUS: PRISON                 DEMAND:                         OPER: TOR
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|--------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/02/04 | Order For State To Respond |
| 12/06/04 | States Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal To Crim. Appls, AG, DA & Def |

```
ACROG72              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: C
OPER: TOR                      CASE ACTION SUMMARY
PAGE:  1                       CIRCUIT  CRIMINAL              RUN DATE: 11/10/2004
===============================================================================
THE CIRCUIT COURT OF MONTGOMERY                              JUDGE: WAS

STATE  OF  ALABAMA      .           VS      MANLEY JOHN
                                            ST. CLAIR CORR. FACILITY
CASE: CC 1982 000200.61                     1000 ST. CLAIR ROAD
                                            SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:     RACE:     HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000200  ALIAS NAMES:
===============================================================================
CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                  DATE ARRESTED:
DATE     INDICTED:                 DATE    FILED: 11/02/2004
DATE     RELEASED:                 DATE  HEARING:
BOND        AMOUNT:       $.00          SURETIES:

DATE 1:          DESC:                   TIME: 0000
DATE 2:          DESC:                   TIME: 0000

TRACKING NOS: CC 1982 000200 00  /                    /

   DEF/ATY:                     TYPE:                        TYPE:

                        00000                      00000

PROSECUTOR:

===============================================================================
OTH CSE: CC198200020000 CHK/TICKET NO:                 GRAND JURY:
 RT REPORTER:                    SID NO:     000000000
 STATUS: PRISON                  DEMAND:                        OPER: TOR
DATE       ACTIONS, JUDGEMENTS, AND NOTES
===============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 ✓ | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/02/04 | Order for State to Respond |
| 12/06/04 | States Answer |
| 12/13/04 | Notice of appeal w/ forms |
| 12/30/04 | Appeal Transmittal to Crim. Appls, A.G, DA & Def. |

```
ACRCG72              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE:        000201.61
OPER: TOR                   CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL              RUN DATE: 11/10/2004
========================================================================
THE CIRCUIT COURT OF MONTGOMERY                                  JUDGE: WAS

STATE  OF  ALABAMA              VS       MANLEY JOHN
                                         ST. CLAIR CORR. FACILITY
CASE: CC 1982 000201.61                  1000 ST. CLAIR ROAD
                                         SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:    RACE:    HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000201  ALIAS NAMES:
=======================================================================
CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE      INDICTED:                 DATE      FILED: 11/02/2004
DATE    RELEASED:                   DATE   HEARING:
BOND         AMOUNT:         $.00       SURETIES:

DATE 1:            DESC:                 TIME: 0000
DATE 2:            DESC:                 TIME: 0000

TRACKING NOS: CC 1982 000201 00  /                      /

   DEF/ATY:                    TYPE:                        TYPE:

                        00000                    00000

PROSECUTOR:

=======================================================================
OTH CSE: CC1982000020100 CHK/TICKET NO:              GRAND JURY:
URT REPORTER:                   SID NO:      000000000
 STATUS: PRISON                 DEMAND:                      OPER: TOR
=======================================================================
DATE        ACTIONS, JUDGEMENTS,  AND  NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/02/04 | Order for State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal to Crm. Appls, AG, DA & Def |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1982 000202
OPER: TOR                      CASE ACTION SUMMARY
PAGE:   1                      CIRCUIT   CRIMINAL                 RUN DATE: 11/10/2004
=======================================================================================
THE CIRCUIT COURT OF MONTGOMERY                                       JUDGE: WAS

STATE  OF  ALABAMA              VS      MANLEY JOHN
                                       ST. CLAIR CORR. FACILITY
CASE: CC 1982 000202.61                1000 ST. CLAIR ROAD
                                       SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:     RACE:     HT: 0 00  WT: 000   HR:      EYES:
SSN: 903000202  ALIAS NAMES:

CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                          AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                      DATE ARRESTED:
DATE      INDICTED:                    DATE      FILED: 11/02/2004
DATE     RELEASED:                     DATE   HEARING:
BOND        AMOUNT:          $.00          SURETIES:

DATE 1:          DESC:                  TIME: 0000
DATE 2:          DESC:                  TIME: 0000

TRACKING NOS: CC 1982 000202 00  /                        /

   DEF/ATY:                        TYPE:                          TYPE:

                        00000                      00000

PROSECUTOR:

=======================================================================================
OTH CSE: CC1982000020200 CHK/TICKET NO:                    GRAND JURY:
RT REPORTER:                    SID NO:        000000000
STATUS: PRISON                  DEMAND:                          OPER: TOR
DATE       ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/06/04 | Order For State To Respond |
| 12/06/04 | States Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal To Crm. Appls, AG, DA |

```
ACRO372      .       ALABAMA JUDICIAL INFORMATION SYSTEM      CASE:
OPER: TOR                  CASE ACTION SUMMARY
PAGE:   1                 CIRCUIT   CRIMINAL              RUN DATE: 11/10/2004
```

THE CIRCUIT COURT OF MONTGOMERY                              JUDGE: WAS

STATE  OF  ALABAMA              VS       MANLEY JOHN
                                        ST. CLAIR CORR. FACILITY
CASE: CC 1982 **000203.61**             1000 ST. CLAIR ROAD
                                        SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:    RACE:    HT: 0 00  WT: 000   HR:       EYES:
SSN: 903000203  ALIAS NAMES:

CHARGE01:                        CODE01: RULE   LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                     DATE ARRESTED:
DATE       INDICTED:                  DATE      FILED: 11/02/2004
DATE     RELEASED:                    DATE   HEARING:
BOND       AMOUNT:           $.00     SURETIES:

DATE 1:          DESC:                TIME: 0000
DATE 2:          DESC:                TIME: 0000

TRACKING NOS: CC 1982 000203 00  /                      /

   DEF/ATY:                      TYPE:                       TYPE:

                          00000                     00000

PROSECUTOR:

```
OTH CSE: CC198200020300 CHK/TICKET NO:              GRAND JURY:
RT REPORTER:                  SID NO:      000000000
 STATUS: PRISON               DEMAND:                     OPER: TOR
DATE      ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/06/04 | Order For State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal to Crim. Appls, AG, DA & Def |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE:▓▓▓▓▓▓▓▓▓▓▓
OPER: TOR                   CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT   CRIMINAL              RUN DATE: 11/10/2004
=============================================================================
 THE CIRCUIT COURT OF MONTGOMERY                              JUDGE: WAS

STATE  OF  ALABAMA              VS      MANLEY JOHN
                                       ST. CLAIR CORR. FACILITY
CASE: CC 1982 000204.61                1000 ST. CLAIR ROAD
                                       SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:    RACE:    HT: 0 00  WT: 000    HR:       EYES:
SSN: 903000204  ALIAS NAMES:
-----------------------------------------------------------------------------
CHARGE01:                       CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE      INDICTED:                  DATE      FILED: 11/02/2004
DATE      RELEASED:                  DATE   HEARING:
BOND        AMOUNT:         $.00        SURETIES:

DATE 1:           DESC:                  TIME: 0000
DATE 2:           DESC:                  TIME: 0000

TRACKING NOS: CC 1982 000204 00  /                    /

  DEF/ATY:                      TYPE:                      TYPE:

                          00000                    00000

PROSECUTOR:

=============================================================================
OTH CSE: CC1982000020400 CHK/TICKET NO:                  GRAND JURY:
 RT REPORTER:                      SID NO:      000000000
 STATUS: PRISON               DEMAND:                       OPER: TOR
-----------------------------------------------------------------------------
DATE          ACTIONS, JUDGEMENTS,  AND  NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/06/04 | Order for State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal To Crim. Appls, AG, DA & Def |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: ▓▓▓▓▓▓
OPER: TOR                  CASE ACTION SUMMARY
PAGE:    1                   CIRCUIT   CRIMINAL              RUN DATE: 11/10/2004
 ● THE CIRCUIT COURT OF MONTGOMERY                              JUDGE: WAS

STATE  OF  ALABAMA             VS        MANLEY JOHN
CASE: CC 1982 000205.61                  ST. CLAIR CORR. FACILITY
                                         1000 ST. CLAIR ROAD
                                         SPRINGVILLE, AL. 35146 5582

DOB: 00/00/0000        SEX:      RACE:     HT: 0 00  WT: 000    HR:    EYES: ▓▓
SSN: 903000205 ALIAS NAMES:
===============================================================================
CHARGE01: ▓▓▓▓▓▓▓▓▓        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                      AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                  DATE ARRESTED:
DATE    INDICTED:                  DATE    FILED: 11/02/2004
DATE   RELEASED:                   DATE  HEARING:
BOND       AMOUNT:       $.00      SURETIES:

DATE 1:           DESC:            TIME: 0000
DATE 2:           DESC:            TIME: 0000

TRACKING NOS: CC 1982 000205 00  /                    /

   DEF/ATY:                   TYPE:                    TYPE:


                          00000                    00000

PROSECUTOR:

===============================================================================
OTH CSE: CC1982000020500 CHK/TICKET NO:              GRAND JURY:
  RT REPORTER:               SID NO:     000000000
  STATUS: PRISON             DEMAND:                      OPER: TOR
DATE        ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/06/04 | Order for State to Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice of Appeal w/ forma |
| 12/30/04 | Appeal Transmittal to Crim. Appls, A.G, DA & Def. |

```
ACR0372            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: ▓▓▓▓▓▓▓▓
OPER: TOR               CASE ACTION SUMMARY
PAGE:   1                  CIRCUIT   CRIMINAL            RUN DATE: 11/10/2004
```

IN THE CIRCUIT COURT OF MONTGOMERY                          JUDGE: WAS

STATE  OF  ALABAMA                   VS      MANLEY JOHN
                                             ST. CLAIR CORR. FACILITY
CASE: CC 1982 000206.61                      1000 ST. CLAIR ROAD
                                             SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000          SEX:     RACE:     HT: 0 00  WT: 000   HR:       EYES:
SSN: 903000206  ALIAS NAMES:

CHARGE01: ▓▓▓▓▓▓▓▓▓        CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                      AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                  DATE ARRESTED:
DATE       INDICTED:               DATE       FILED: 11/02/2004
DATE       RELEASED:               DATE   HEARING:
BOND       AMOUNT:        $.00         SURETIES:

DATE 1:              DESC:              TIME: 0000
DATE 2:              DESC:              TIME: 0000

TRACKING NOS: CC 1982 000206 00  /                     /

   DEF/ATY:                       TYPE:                        TYPE:

                          00000                    00000

PROSECUTOR:

```
OTH CSE: CC198200020600 CHK/TICKET NO:                  GRAND JURY:
▓RT REPORTER:                      SID NO:      000000000
▓ STATUS: PRISON               DEMAND:                      OPER: TOR
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/06/04 | Order For State To Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal To Crim. Appls, AG, DA + Def |

```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE:
OPER: TOR                    CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL                RUN DATE: 11/10/2004
================================================================================
THE CIRCUIT COURT OF MONTGOMERY                                 JUDGE: WAS

STATE  OF  ALABAMA              VS      MANLEY JOHN
                                        ST. CLAIR CORR. FACILITY
CASE: CC 1982 000207.61                 1000 ST. CLAIR ROAD
                                        SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000         SEX:      RACE:      HT: 0 00  WT: 000    HR:      EYES:
SSN: 903000207  ALIAS NAMES:
================================================================================
CHARGED                         CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                  DATE ARRESTED:
DATE    INDICTED:                  DATE    FILED: 11/02/2004
DATE   RELEASED:                   DATE  HEARING:
BOND       AMOUNT:        $.00        SURETIES:

DATE 1:            DESC:               TIME: 0000
DATE 2:            DESC:               TIME: 0000

TRACKING NOS: CC 1982 000207 00  /                       /

  DEF/ATY:                      TYPE:                        TYPE:

                        00000                    00000

PROSECUTOR:

================================================================================
OTH CSE: CC198200020700 CHK/TICKET NO:              GRAND JURY:
CRT REPORTER:                    SID NO:    000000000
 STATUS: PRISON                  DEMAND:                        OPER: TOR
DATE       ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/01/04 | Order For State To Respond |
| 12/01/04 | State's Answer |
| 12/13/04 | Notice of Appeal w/ forms |
| 12/30/04 | Appeal Transmittal To Crim. Appls, A.G, DA & Def |

16

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC
OPER: TOR                    CASE ACTION SUMMARY
PAGE:  1                    CIRCUIT  CRIMINAL                RUN DATE: 11/10/2004
```

THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: WAS

```
STATE  OF  ALABAMA              VS       MANLEY JOHN
                                         ST. CLAIR CORR. FACILITY
CASE: CC 1982 000209.61                  1000 ST. CLAIR ROAD
                                         SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:     RACE:     HT: 0 00  WT: 000    HR:     EYES:
SSN: 903000209  ALIAS NAMES:
```

```
CHARGE01                       CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER:  0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE    INDICTED:                    DATE    FILED: 11/02/2004
DATE    RELEASED:                    DATE   HEARING:
BOND        AMOUNT:          $.00    SURETIES:

DATE 1:          DESC:               TIME: 0000
DATE 2:          DESC:               TIME: 0000

TRACKING NOS: CC 1982 000209 00  /                    /

   DEF/ATY:                     TYPE:                        TYPE:

                        00000                    00000

PROSECUTOR:
```

```
OTH CSE: CC1982000020900 CHK/TICKET NO:              GRAND JURY:
 RT REPORTER:               SID NO:      000000000
  STATUS: PRISON            DEMAND:                    OPER: TOR
DATE       ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-04 Dismissing Rule 32 |
| 11/06/04 | Order For State To Respond |
| 12/06/04 | State's Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal To Crm. Appls, A.G., DA & Def |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE      1982 000210.61
OPER: TOR                    CASE ACTION SUMMARY
PAGE:  1                     CIRCUIT  CRIMINAL                 RUN DATE: 11/10/2004
```

THE CIRCUIT COURT OF MONTGOMERY                                        JUDGE: WAS

STATE OF ALABAMA                VS        MANLEY JOHN
                                         ST. CLAIR CORR. FACILITY
CASE: CC 1982 000210.61                  1000 ST. CLAIR ROAD
                                         SPRINGVILLE, AL  35146 5582

DOB: 00/00/0000        SEX:      RACE:      HT: 0 00  WT: 000    HR:      EYES:
SSN: 903000210   ALIAS NAMES:

CHARGE                          CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED:
DATE      INDICTED:                  DATE      FILED: 11/02/2004
DATE      RELEASED:                  DATE    HEARING:
BOND         AMOUNT:        $.00     SURETIES:

DATE 1:            DESC:             TIME: 0000
DATE 2:            DESC:             TIME: 0000

TRACKING NOS: CC 1982 000210 00  /              /

   DEF/ATY:                    TYPE:                        TYPE:

                        00000                00000

PROSECUTOR:

```
OTH CSE: CC19820002100O CHK/TICKET NO:                    GRAND JURY:
RT REPORTER:                    SID NO:      000000000
STATUS: PRISON                  DEMAND:                    OPER: TOR
```

DATE        ACTIONS, JUDGEMENTS, AND NOTES

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/10/04 | Copy Sent to DA on 11/01/04 |
| 12-9-04 | Order Signed 12-8-02 Dismissing Rule 32 |
| 11/06/04 | Order For State To Respond |
| 12/06/04 | States Answer |
| 12/13/04 | Notice Of Appeal w/ Forms |
| 12/30/04 | Appeal Transmittal To Crm. Appls, AG, DA & Def |

18

Case Number

CC  82  193-206-209-210
ID    YR    NUMBER
(To be completed
by Court Clerk)

.61
was

# IN FORMA PAUPERIS DECLARATION

In The Circuit Court of Montgomery County, Alabama
(Insert appropriate court)

John W. Manley
(Petitioner)

vs.

State of Alabama

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

1.   John W. Manley _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.   Are you presently employed?    Yes _____    No  X

   a.  If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____ N/A _____

   _____

   b.  If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____ Incarcerated _____

2.  Have you received within the past twelve months any money from any of the following sources?

   a.  Business, profession, or other form of self-employment?

   Yes _____    No  X

   b.  Rent payments, interest, or dividends?

   Yes _____    No  X

   c.  Pensions, annuities, or life insurance payments?

   Yes _____    No  X

   d.  Gifts or inheritances?

   Yes _____    No  X

   e.  Any other sources?

   Yes _____    No  X

11/01/06  Original Sent to Judge showing to
Rule on hardship copy sent to JM.

FILED
OCT 2004
Melissa Rittenour
Circuit Clerk
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____ N/A _____

_____

3. Do you own cash, or do you have money in a checking or savings account?

Yes _____        No _X_

(Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

_____

_____ N/A _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____        No _X_

If the answer is "yes", describe the property and state its approximate value.

_____

_____ N/A _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____ N/A _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____

(Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.01¢__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _St Clair C.F._ institution:

_____

_____

_____

_10/19/04_
DATE

_____
AUTHORIZED OFFICER OF INSTITUTION

### STATE OF ALABAMA
### DEPARTMENT OF CORRECTIONS
### ST. CLAIR CORR FACILITY

AIS #: 128154    NAME: MARLEY, JOHN    AS OF: 10/06/2004

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| OCT   | 25        | $6.80             | $50.00           |
| NOV   | 30        | $10.65            | $100.00          |
| DEC   | 31        | $1.53             | $20.00           |
| JAN   | 31        | $8.39             | $65.00           |
| FEB   | 28        | $10.05            | $100.00          |
| APR   |           |                   |                  |
| MAY   | 31        | $0.45             | $25.00           |
| JUN   | 30        | $0.88             | $25.00           |
| JUL   | 31        | $1.36             | $25.00           |
| AUG   | 31        | $7.96             | $75.00           |
| SEP   | 30        | $8.90             | $25.00           |
| OCT   | 6         | $0.01             | $0.00            |

# PETITION FOR RELIEF FROM
## CONVICTION OR SENTENCE
### (Pursuant to Rule 32,
### Alabama Rules of Criminal Procedure)

**Case Number**

| CC | 82 | 193-206 & 209-210 |
|----|----|-----|
| ID | YR | NUMBER |

IN THE _____ CIRCUIT _____ COURT OF _ MONTGOMERY, CO. _ ALABAMA

___ John W. Manley _____ vs. ___ State of Alabama _____
Petitioner (Full Name)                          Respondent

[Indicate either the "State" or,
If filed in municipal court, the
Name of the "Municipality"]

Prison Number _ 128194 _____ Place of Confinement St. Clair Corr. Fac.
County of conviction ___ Montgomery _____

**NOTICE:    BEFORE COMPLETING THIS FORM, READ CAREFULLY
THE ACCOMPANYING INSTRUCTIONS.**

1. Name and location (city and county) of court which entered the judgment of conviction or sentence under attack __ **Circuit Court of Montgomery County, Alabama USA** __

2. Date of judgment of conviction **February 25, 1982 Plea of Guilty**
   **March 19, 1982 Sentenced**

3. Length of sentence __ **Ten (10 Years each case running concurrent** __

4. Nature of offense involved (all counts) **Burglary I, Theft of Property I, Burglary III, Theft of Property I, Burglary I, Theft of Property I, Burglary III, Theft of Property I, Burglary III, Theft of Property I, Burglary III, Theft of Property I, Burglary III and Theft of Property I Burglary III and Theft of Property I**

5. What was your plea? (Check one)
   (a)    **Guilty  X** __
   (b)    Not guilty ____
   (c)    Not guilty by reason of mental disease or defect ____
   (d)    Not guilty and not guilty by reason of mental disease or defect ____

6.  Kind of trial:  (Check one)

(a) Jury _____                         (b) Judge only  __X__

7.  Did you testify at the trial?

Yes _____                         No __X__

8.  Did you appeal from the judgment of conviction?

Yes _____                         No __X__

9.  If you did appeal, answer the following:

(1)  As to the state court to which you first appealed, give the following information:

(1)  Name of court _____**N/A**_____

(2)  Result _____**N/A**_____

(3)  Date of result _____**N/A**_____

(b)  If you appealed to any other court, then as to the second court to which you appealed, give the following information:

(1)  Name of court _____**N/A**_____

(2)  Result _____**N/A**_____

(3)  Date of result _____**N/A**_____

(c)  If you appealed to any other court, then as to the third court to which you appealed, give the following information:

(1)  Name of court _____**N/A**_____

(2)  Result _____**N/A**_____

(3)  Date of result _____**N/A**_____

10.   Other than a direct appeal from the judgment of conviction and sentences, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

      Yes _____                    No __X__

11.   If your answer to Question 10 was "yes", then give the following information in regard to the first such petition, application, or motion you filed:

      (a)   (1)   Name of court ____**N/A**_____

            (2)   Nature of proceeding __**N/A**_____

            (3)   Grounds raised _____**N/A**_____

                  _____

                  _____

                  _____

                  (attach additional sheets if necessary)

            (4)   Did you receive an evidentiary hearing on your petition, application, or motion?

                  Yes _____              No __X__

            (5)   Result _____**N/A**_____

            (6)   Date of result ____**N/A**_____

      (b)   As to any second petition, application, or motion, give the same information:

            (1)   Name of court _____**N/A**_____

            (2)   Nature of proceeding ____**N/A**_____

            (3)   Grounds raised _____**N/A**_____

                  _____

                  _____

                  _____

                  (attach additional sheets if necessary)

            (4)   Did you receive an evidentiary hearing on your petition, application, or motion?

                  Yes _____              No __X__

            (5)   Result _____**N/A**_____

            (6)   Date of result _____**N/A**_____

      (c)   As to any third petition, application, or motion, give the same information (attach additional sheets giving the same information for any subsequent petitions, applications, or motions):

            (1)   Name of court _____**N/A**_____

            (2)   Nature of proceeding _____**N/A**_____

(3)    Grounds raised _____ **N/A** _____

_____

_____

_____

(attach additional sheets if necessary)

(4)    Did you receive an evidentiary hearing on your petition, application, or motion?

Yes ____         No **X**

(5)    Result _____ **N/A** _____

(6)    Date of result _____ **N/A** _____

(d)    Did you appeal to any appellate court the result of the action taken on any petition, application, or motion?

(1)    First petition, etc.        Yes ____    **N/A**    No ____

(2)    Second petition, etc.    Yes ____    **N/A**    No ____

(3)    Third petition, etc.      Yes ____    **N/A**    No ____

**ATTACH ADDITIONAL SHEETS GIVING THE SAME INFORMATION FOR ANY SUBSEQUENT PETITIONS, APPLICATIONS, OR MOTIONS.**

(e)    If you did not appeal when you lost on any petition, application, or motion, explain briefly why you did not:

_____**N/A**_____

_____

12.    Specify every ground on which you claim that you are being held unlawfully, by placing a check mark on the appropriate line(s) below and providing the required information. Include all facts. If necessary, you may attach pages stating additional grounds and the facts supporting them.

# GROUNDS OF PETITION

Listed below are the possible grounds for relief under Rule 32. Check the ground(s) that apply in your case and follow the instruction under the ground(s):

____    A.    The Constitution of the United States or of the State of Alabama requires a new trial, a new sentence proceeding, or other relief.

For your information, the following is a list of the most frequently raised claims of constitutional violation:.

(1)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(2)    Conviction obtained by use of coerced confession.

(3)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(4)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(5)    Conviction obtained by a violation of the privilege against self-incrimination.

(6)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(7)    Conviction obtained by a violation of the protection against double jeopardy.

(8)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(9)    Denial of effective assistance of counsel.

This list is not a complete listing of all possible constitutional violations.

**If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each constitutional violation that you claim, whether or not it is one of the nine listed above, and include it each and every fact you feel supports this claim.  Be specific and give details.**

  **X**    B.    **The court was without jurisdiction to render the judgment or to impose the sentence.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each and every fact you feel supports this claim.  Be specific and give details.

_____ C.    **The sentence imposed exceeds the maximum authorized by law, or is otherwise not authorized by law.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each and every fact you  feel supports this claim.  Be specific and give details.

_____ D.    **Petitioner is being held in custody after his sentence has expired.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page.  On this separate sheet of paper list each and every fact you feel supports this claim.  Be specific and give details.

_____ E.    **Newly discovered material facts exist which require that the conviction or sentence be vacated by the court, because:**

  **The facts relied upon were not known by petitioner or petitioner's counsel at the time of trial or sentencing or in time to file a post-trial motion pursuant to rule 24, or in time to be included in any previous collateral proceeding, and could not have been discovered by any of those times through the exercise of reasonable diligence; and**

  **The facts are not merely cumulative to other facts that were known; and**

  **The facts do not merely amount to impeachment evidence; and**

**If the facts had been known at the time of trial or sentencing, the result would probably have been different; and**

**The facts establish that petitioner is innocent of the crime for which he was convicted or should not have received the sentence that he did.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

____ F.    **The petitioner failed to appeal within the prescribed time and that failure was without fault on petitioner's part.**

If you checked this ground or relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

13.    IMPORTANT NOTICE REGARDING ADDITIONAL PETITIONS RULE 32.2 (b) LIMITS YOU TO ONLY ONE PETITION IN MOST CIRCUMSTANCES. IT PROVIDES:

"**Successive Petitions.** The court shall not grant relief on a second or successive petition on the same or similar grounds on behalf of the same petitioner. A second or successive petition on different grounds shall be denied unless the petitioner shows both that good cause exist why the new ground or grounds were not known or could not have been ascertained through reasonable diligence when the first petition was heard, and that failure to entertain the petition will result in a miscarriage of justice.:

(1)    Other than an appeal to the Alabama Court of Criminal Appeals or the Alabama Supreme Court, have you filed in state court any petition attacking this conviction or sentence?

Yes ____            No **X**

(2)    If you checked "Yes," give the following information as to earlier petition attacking this conviction of sentence:

(a)    Name of court _____ **N/A** _____
(b)    Result _____ **N/A** _____
(c)    Date of result _____ **N/A** _____
(attach additional sheets if necessary)

(3)    If you checked the "Yes" line in 13A, above, and this petition contains a different ground or grounds of relief from an earlier petition or petitions you filed, attach a separate sheet or sheets labeled: "EXPLANATION FOR NEW GROUND(S) OF RELIEF."

On the separate sheet(s) explain why "good cause exists why the new ground or grounds were not known or could not have been ascertained through reasonable diligence when the first petition was heard, and [why the] failure to entertain [this] petition will result in a miscarriage of justice."

14.    Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ____            No **X**

15.    Give the name and address, if known, of each attorney who represented you at the following stages of the case that resulted in the judgment under attack:

(a)    At prelimir. )hearing _____

(b)    At arraignment and plea _____

_____ _____

(c)    At trial _____ **Charles Law** _____



(d)    At sentencing _____

(e)    On appeal _____

(f)    In any post-conviction proceeding __**N/A**_____



(g)    On appeal from adverse ruling in a post-conviction proceeding _____

_____**N/A**_____

16.   Were you sentenced on more than one count of an indictment, or **on more than one indictment**, in the same court and at the same time?

Yes __**X**__          No ____

17.   Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes _**x**__          No ____

(1)    If so, give name and location of court which imposed sentence to be served in the future: __**Same Court**_____

(2)    And give date and length of sentence to be served in the future: __**L.W.O.P**__

(3)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes _**X**___        No ____

18.   What date is this petition being mailed?
_____**Anno Domini**_____

Wherefore, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

# GROUND

**Rule 32.1 (b), A.R.C.R.P.,** The court was without jurisdiction to render judgment or to impose sentence.

**CLAIM ONE:** Manley claims he was ~~deprived of the right to counsel at arraignment.~~

"Right to counsel at arraignment is jurisdictional issue not subject to waiver by plea of guilty."
    **WEAKLY v. STATE,** 721 So.2d 233 (Ala. Crim App. 1997).

**SUPPORTING FACTS:**

It is a fact, supported by the case action summary sheets attached hereto, that, there is no noting as to what date attorney Law appeared as counsel on Manley's behalf, nor is there no noting that Manley was arraigned with counsel Law or that Manley waived arraignment with counsel Law. Conclusively, the case action summary sheets only reflect attorney Law was Manley's counsel of record.

Manley believes his convictions and sentences is due to be vacated because the state respondent can not refute the evidence or fact that Manley was deprived of the right to counsel at arraignment.

**CLAIM TWO:** Manley claims each of the theft of ~~property~~ convictions is due to be vacated because it is the same property intended and stolen from the concurrent Burglary thus an element of the Burglary convictions was split to constitute separate ~~offenses out of~~ single transactions.

**CLAIM THREE:** Manley claims his ~~Burglary in the~~ third degree indictment is due to be dismissed for failing to charge ~~an offense~~ (CC-82-205-TH) because based on the facts of the theft of property first degree indictment and conviction (CC-82-206-TH) concludes that Manley was armed while inside the Building of J. Streeter Wiatt therefore ~~the Burglary in~~ the first degree statute preempts this ~~conviction and ind~~ictment.

**CLAIM FOUR:** Manley claims he is due to ~~withdraw~~ any and all residue convictions of one or many other convictions in this consolidated case matter is vacated because Manley was only guilty of some and not all of the offenses and was pushed **by the State to plead guilty** to all of the offenses or suffer ~~convictions and sentences running consecutively~~ where upon any one or many convictions **are** vacated a lesser cumulative sentence would be imposed thus **Manley was under undue threat and coercion.**

# PETITIONER'S VERIFICATION UNDER OATH
# SUBJECT TO PENALTY FOR PERJURY

I swear (or affirm) under penalty of perjury that the foregoing is true and correct.

Executed on _____10 - 27 - 04_____.
                       (Date)

_____
Signature of Petitioner

SWORN TO AND SUBSCRIBED before me this the __27 day of __Oct__ 20 _04_.

_____
Notary Public

## OR *

## ATTORNEY'S VERIFICATION UNDER OATH
## SUBJECT TO PENALTY FOR PERJURY

I Swear (or affirm) under penalty of perjury that, upon information and belief, the foregoing is true and correct.  Executed on _____.
                                      (Date)

_____
Signature of Petitioner's Attorney

SWORN TO AND SUBSCRIBED before me this the _____ day of _____ 20 _____.

_____
Notary Public

Name and address of attorney representing petitioner
in this proceeding (if any)

_____
_____
_____
_____

_____
* If petitioner is represented by counsel, Rule 32.6(a) permits either petitioner or counsel to verify the petition.

IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

JOHN MANLEY                              )

    Petitioner,                          )

v.                                       )        CASE NO. CC-82-193 thru 207-SH
                                                  CC-82-209, 210-SH
STATE OF ALABAMA                         )

    Respondent.                          )

### ORDER

    This matter comes before the Court on Petitioner's request to proceed in Forma Pauperis on a Rule 32 proceeding, and same having been considered, it is ORDERED that Petitioner is GRANTED permission to proceed without immediate payment of a filing fee.

    Pursuant to Rule 32.6(a) ARCrP, as amended March 2002, if upon final disposition of defendant's petition, the Court finds that all of the claims for relief are precluded for any of the reasons stated in Rule 32.2, the defendant shall be ORDERED to pay a filing fee of $149. In the event the Court ORDERS the Petitioner to pay a filing fee, the correctional institution having custody of the Petitioner, shall be ORDERED to withhold 50% of all monies the institution has on deposit for the Petitioner, or receives in the future for the Petitioner, until the filing fee assessed by the Court has been collected and paid in full, and the institution shall forward to the clerk of the court, at least once every three months, any monies collected from the Petitioner until the filing fee assessed by the court is paid in full.

    Done this the 2 day of November, 2004.

                           WILLIAM A. SHASHY
                           Circuit Judge

RECEIVED
11/02/04

John Manley
Daryl Bailey – Chief Deputy District Attorney

IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

JOHN MANLEY                    )

    Petitioner,            )

vs.                            )    CASE NO. CC-82-193 thru 207-S
                                             CC-82-209, 210-S

STATE OF ALABAMA,              )

      Respondent.          )

O R D E R

    The above defendant having filed a Petition for Relief From Conviction or Sentence (Pursuant to Rule 32, Alabama Rules of Criminal Procedure), it is ORDERED that the State of Alabama respond to the said petition within 35 days from the date of this order, said response to include any specific grounds of procedural default.

    Done this the 2nd day of November, 2004.

_William A. Shashy_
WILLIAM A. SHASHY
Circuit Judge

John Manley
AIS #128194
1000 St. Clair Rd.
Springville, AL  35146

Daryl Bailey — Chief Deputy District Attorney

RECEIVED
11/02/04

## IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  CC–82-193-206** |
| | ) | **& 209-210** |
| **JOHN W. MANLEY,** | ) | |
| **Defendant.** | ) | |

## STATE'S ANSWER TO PETITION FOR RELIEF FROM CONVICTION AND SENTENCE AND MOTION TO DISMISS

**COMES NOW** the State of Alabama, by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and moves this Honorable Court to dismiss the Petition for Post Conviction Relief pursuant to Rule 32, Alabama Rules of Criminal Procedure, and as grounds states the following:

### PROCEDURAL HISTORY

John Manley was indicted by the Montgomery County Grand Jury on February 5, 1982.

On April 2, 1982, Petitioner appeared before this Court and pled guilty to the 3 counts of Burglary 1°, 6 counts of Burglary 3°, and 8 counts of Theft of Property 1°.

The Court conducted a sentencing hearing on March 19, 1982.  The Court then sentenced Petitioner to 10 years on each count to run concurrent.

Petitioner filed a pro se Rule 32 Petition for Relief From Conviction or Sentence on or about May 17, 2004.  The Court denied that Petition on July 27, 2004.

### ALLEGED GROUNDS FOR RELIEF

As a basis for this Petition, Mr. Pilgrim alleges the following grounds in support of his claims:

1

1.  Petitioner alleges that the he was deprived of the right to counsel at arraignment.

2.  Petitioner alleges that the Theft of Property convictions are due to be vacated.

3.  Petitioner alleges that his Burglary 3° indictment is due to be dismissed.

4.  Petitioner alleges that his plea was due to threat or coercion.

The State contends that all averments made by Petitioner are baseless and are due to be denied.

## ARGUMENT

## I.  SUCCESSIVE PETITION

The Petitioner has previously petitioned this Honorable Court for relief under Rule 32, A.R.Cr.P., and the Court has found for the Respondent on all grounds.  The Court denied Petitioner's first Rule 32 Petition on the merits. The instant petition is the second petition filed in this case and raises no new grounds for relief.  In fact this petition is raising exactly the same grounds as the previous petition.  It appears that the only difference in the two petitions is that the previous petition contained one extra ground for relief.  Apparently the Petitioner has taken his previous claim, which was denied in July, deleted one of the grounds, and re-filed the same petition.

The Petitioner raises no grounds for relief other than the ones in the Petitioner's previous Rule 32 Petitions.  In every instance, Petitioner was denied relief.  Petitioner raises no new grounds for relief – the instant petition is merely a repackaging of Petitioner's same timeworn arguments.  Accordingly, the petition *sub judice* must be denied as a precluded, successive petition.  "The court shall not grant relief on a second or successive petition on the same or similar grounds on behalf of the same petitioner" Rule 32.2(b), A.R.Cr.P.  Even if Petitioner were raising new grounds (which he is not), his petition would fail because he does not, and cannot, "show that good cause exists why the new ground or grounds were not known or could not have been ascertained…when the first petition was heard." Rule 32.2(b), A.R.Cr.P.  **_Hill v. State_**, 695 So.2d 1223, 1226 (Ala.Crim.App.),cert. denied, 695 So.2d 1223 (Ala.), cert. denied, 117 S.Ct. 1572 (1997).

2

**34**

## CONCLUSION

For the above stated reasons, Petitioner is not entitled to relief on any of his claims, and his conviction and sentence are due to be upheld. There is sufficient evidence to support Petitioner's conviction and sentence; thus, Mr. Manley's petition is due to be denied. Therefore, the Respondent, the State of Alabama, moves this Honorable Court to dismiss, with prejudice, Mr. Manley's Petition For Relief From Conviction and Sentence.

Respectfully submitted on this the _____ day of December, 2004.

ELEANOR I. BROOKS
DISTRICT ATTORNEY

By: _____
SCOTT GREEN (GRE089)
Deputy District Attorney

3

**35**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon the defendant, by placing same in the U.S. Mail, postage prepaid and properly addressed, this the ___ day of December 2004.

John W. Manley
AIS# 128194
100 St. Clair Rd.
Springville, AL 35146-5582

ELEANOR I. BROOKS
DISTRICT ATTORNEY

SCOTT GREEN (GRE089)
Deputy District Attorney

ADDRESS OF COUNSEL:

Montgomery County District Attorney's Office
100 South Lawrence Street
Montgomery, Alabama  36104
(334) 832-2550

## IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,    )
    Plaintiff,    )
    )
v.    )    Case No.:  CC–82-193-206
    )    & 209-210
JOHN W. MANLEY,    )
    Defendant.    )

### ORDER

This matter is before the Court on Petitioner's Petition For Relief From Conviction Or Sentence, filed pursuant to Rule 32, <u>A.R.CR.P.</u>, and the State's Answer to Petition for Relief from Motion to Dismiss.

John Manley was indicted by the Montgomery County Grand Jury on February 5, 1982. On April 2, 1982, Petitioner appeared before this Court and pled guilty to the 3 counts of Burglary 1°, 6 counts of Burglary 3°, and 8 counts of Theft of Property 1°.

The Court conducted a sentencing hearing on March 19, 1982. The Court then sentenced Petitioner to 10 years on each count to run concurrent.

Petitioner filed a pro se Rule 32 Petition for Relief From Conviction or Sentence on or about May 17, 2004. The Court denied that Petition on July 27, 2004.

Petitioner's claim should be denied because it is precluded as a successive petition under Rule 32.2(b). The grounds that are alleged are exactly the same as in the Petitioner's previous Rule 32 Petitions. In every instance, Petitioner was denied relief. Petitioner raises no new grounds for relief – the instant petition is merely a repackaging of Petitioner's same timeworn arguments. Accordingly, the petition *sub judice* must be denied as a precluded, successive petition. "The court shall not grant relief on a second or successive petition on the same or similar grounds on behalf of the same petitioner" Rule 32.2(b), A.R.Cr.P. Even if Petitioner were raising new grounds (which he is not), his petition would fail because he does not, and cannot, "show that good cause exists why the new ground or grounds were not known or could not have been ascertained…when



RECEIVED
12-9-04
CIRCUIT COURT CLERK

the first petition was heard." Rule 32.2(b), A.R.Cr.P. **_Hill v. State_**, 695 So.2d 1223, 1226 (Ala.Crim.App.),cert. denied, 695 So.2d 1223 (Ala.), cert. denied, 117 S.Ct. 1572 (1997).

Upon consideration thereof, and having taken judicial notice of the Court's own records, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition is hereby **SUMMARILY DISMISSED** without an evidentiary hearing pursuant to Rule 32.7(d) of the Alabama Rules of Criminal Procedure.

**DONE** this ___8___ day of December 2004.

_Wm. A. Shashy_
Hon. William A. Shashy
Circuit Judge
Fifteenth Judicial Circuit

John Manley ✓
Scott Green - DDA ✓

38

In the Circuit court of **Montgomery**

County, Alabama

**John W. Manley**

Petitioner, Pro Se,

vs.

Case No. **CC-82-193-206 &
209-210**

State of Alabama,

Respondent,

### Notice of Appeal to the Court of Criminal Appeals
### of Alabama

Notice is hereby given that **John W. Manley** , petitioner pro se, appeals to the above named court from the judgment entered in this case on the **8th** day of ~~December~~ 2004, denying his Rule 32 post conviction petition.

Respectfully Submitted,

*John W. Manley*

Petitioner, Pro Se

RECEIVED
12-17-04
CIRCUIT COURT CLERK

CERTIFICATE OF SERVICE

I hereby certify that I have this _13th_ day of _December_, 200_4_.

served a copy of the foregoing, upon the following, by placing a copy of the

same in the U.S. mail, postage prepaid and properly addressed:

_____

_____

_____

_____

_____

_____

_____

_____

Respectfully Submitted,

_John W. Manley_

_____

_____

_____

**40**

| State of Alabama | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL | Criminal Appeal Number |
|---|---|---|
| Unified Judicial System | See Rules 10(c) and 11(b) of the | |
| Form ARAP- 1C    8/91 | Alabama Rules of Appellate Procedure (A.R. App.P.) | _____ - _____ |

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

■CIRCUIT COURT  ☐DISTRICT COURT  ☐JUVENILE COURT OF _____**Montgomery**_____ COUNTY

_____**John W. Manley**_____, Appellant.

V.   ■STATE OF ALABAMA   ☐MUNICIPALITY OF _____

| Case Number | Date of Judgment/Sentence/Order |
|---|---|
| **CC-82-193-206, 209, 210** | **12-08-04** |

| Date of Notice of Appeal | | Indigent Status Granted: |
|---|---|---|
| Oral: | Written: **12-13-04** | ■Yes   ☐No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, CODE OF ALABAMA 1975).

_**John W. Manley**_          _**12-13-04**_          _**John W. Manley**_
Signature                         Date                        Print or Type Name

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P.)):

**MARK PROCEEDINGS REQUESTED:**

                                                                          COURT REPORTER(S)

A. ☐ **TRIAL PROCEEDINGS** - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.

B. ☐ **ORGANIZATION OF THE JURY** - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)          **N/A**

C. ☐ **ARGUMENTS OF COUNSEL** - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
|---|---|---|
| D. _____ | | _____ |
| E. _____ | **N/A** | _____ |
| F. _____ | | _____ |
| G. _____ | | _____ |

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be mailed a copy of this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_____          _____          _____
Signature                         Date                        Print or Type Name
                                  **N/A**

**DISTRIBUTION:** Original filed with Clerk of Trial Court and copies mailed to:  (1) Clerk of the Court of Criminal Appeals,  (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

RECEIVED
CLERK
2010-01
ORIGINAL

Form ARAP- 26 (back)    8/91    COURT OF CRIMINAL APPEALS DOCKETING STATEMENT

**POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.1 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | N/A | | | |
| | | | | | | |

I. **NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

Petition filed. Court denied it.

J. **ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. (Attach additional pages if necessary.)

Did the Court Abuse its Discretion?

K. **SIGNATURE:**

12-13-04

_Date_

*John W. Manley*

Signature of Attorney/ Party Filing this Form

**42**

15-13-04

John W. Manley

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 26 (front)    8/91 | COURT OF CRIMINAL APPEALS<br>DOCKETING STATEMENT | Criminal Appeal Number<br>_____ |
|---|---|---|

**A. GENERAL INFORMATION:**

■ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF ____ **Montgomery** ____ COUNTY

**John W. Manley** , Appellant

V.  ■ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number<br>**CC-82-193-206, 209, 210** | Date of Complaint or indictment | Date of Judgment/Sentence/Order<br>**12-08-04** |
|---|---|---|
| Number of Days of Trial/Hearing<br>**N/A**     Days | Date of Notice of Appeal<br>Oral: | Written:  **12-13-04** |

Indigent Status Requested: ■ Yes ☐ No          Indigent Status Granted: ■ Yes ☐ No

**B. REPRESENTATION:**   this const hon26 42 Direction

Is Attorney Appointed or Retained? ☐ Appointed ☐ Retained   If no attorney, will appellant represent self? ■ Yes ☐ No

Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)

**John W. Manley**      Telephone Number **N/A**

| Address<br>**1000 St. Clair Rd.** | City<br>**Springville** | State<br>**A/A** | Zip Code<br>**35746** |
|---|---|---|---|

**C. CODEFENDANTS:** List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
|---|---|
| Codefendant | Case Number |
| Codefendant      N/A | Case Number |

**D. TYPE OF APPEAL:** Please check the applicable block.

1 ☐ State Conviction       4 ☐ Pretrial Order        7 ☐ Juvenile Transfer Order    10 ☐ Other (Specify)
2 ☐ Post-Conviction Remedy  5 ☐ Contempt Adjudication  8 ☐ Juvenile Delinquency
3 ☐ Probation Revocation    6 ☐ Municipal Conviction   9 ☐ Habeas Corpus Petition

**E. UNDERLYING CONVICTION/CHARGE:** Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for each conviction.

1 ☐ Capital Offense - §          6 ☐ Trafficking in Drugs - §        11 ☐ Fraudulent Practices - §
2 ☐ Homicide - §                 7 ☐ Theft - §                       12 ☐ Offense Against Family - §
3 ☐ Assault - §                  8 ☐ Damage or intrusion            13 ☐ Traffic - DUI - §
4 ☐ Kidnapping/Unlawful              to Property - §                 14 ☐ _____
     Imprisoment - §             9 ☐ Escape - §                          Miscellaneous (Specify):
5 ☐ Drug Possession - §          10 ☐ Weapons/Firearms - §

RECEIVED 12-17-04

**F. DEATH PENALTY:**

Does this appeal involve a case where the death penalty has been imposed? ☐ Yes ■ No

CIRCUIT COURT CLERK

**G. TRANSCRIPT:**

1. Will the record on appeal have a reporter's transcript? ☐ Yes ■ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed. **Attached**          (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk? ☐ Yes ■ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions? ■ Yes ☐ No

## IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,       )
      **Plaintiff,**      )
                     )
**v.**                 )     **Case No.:  CC–82-193-206**
                     )                 **& 209-210**
**JOHN W. MANLEY,**     )
      **Defendant.**    )

### <u>ORDER</u>

This matter is before the Court on Petitioner's Petition For Relief From Conviction Or Sentence, filed pursuant to Rule 32, <u>A.R.CR.P.</u>, and the State's Answer to Petition for Relief from Motion to Dismiss.

John Manley was indicted by the Montgomery County Grand Jury on February 5, 1982. On April 2, 1982, Petitioner appeared before this Court and pled guilty to the 3 counts of Burglary 1°, 6 counts of Burglary 3°, and 8 counts of Theft of Property 1°.

The Court conducted a sentencing hearing on March 19, 1982. The Court then sentenced Petitioner to 10 years on each count to run concurrent.

Petitioner filed a pro se Rule 32 Petition for Relief From Conviction or Sentence on or about May 17, 2004. The Court denied that Petition on July 27, 2004.

Petitioner's claim should be denied because it is precluded as a successive petition under Rule 32.2(b). The grounds that are alleged are exactly the same as in the Petitioner's previous Rule 32 Petitions. In every instance, Petitioner was denied relief. Petitioner raises no new grounds for relief -- the instant petition is merely a repackaging of Petitioner's same timeworn arguments. Accordingly, the petition *sub judice* must be denied as a precluded, successive petition. "The court shall not grant relief on a second or successive petition on the same or similar grounds on behalf of the same petitioner" Rule 32.2(b), A.R.Cr.P. Even if Petitioner were raising new grounds (which he is not), his petition would fail because he does not, and cannot, "show that good cause exists why the new ground or grounds were not known or could not have been ascertained...when

the first petition was heard." Rule 32.2(b), A.R.Cr.P. ***Hill v. State***, 695 So.2d 1223, 1226 (Ala.Crim.App.), cert. denied, 695 So.2d 1223 (Ala.), cert. denied, 117 S.Ct. 1572 (1997).

Upon consideration thereof, and having taken judicial notice of the Court's own records, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition is hereby **SUMMARILY DISMISSED** without an evidentiary hearing pursuant to Rule 32.7(d) of the Alabama Rules of Criminal Procedure.

**DONE** this ___8___ day of December 2004.


Hon. William A. Shashy
Circuit Judge
Fifteenth Judicial Circuit

45

ACR371                    ALABAMA JUDICIAL DATA CENTER
           NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                  IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

```
| APPEAL DATE: 12/13/2004                                                    |
|                                                                           |
| INDIGENCY STATUS:                                                         |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:    __X__ YES  _____ NO       |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  ____ YES  _X__ NO N/A  |
|    INDIGENT STATUS REVOKED ON APPEAL:          _____ YES  _X__ NO        |
|    INDIGENT STATUS GRANTED ON APPEAL:          __X__ YES  _____ NO       |
|                                                                           |
| DEATH PENALTY: NO                                                         |
|                                                                           |
| APPEAL TYPE: RULE 32 PETITION                                             |
|---------------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,  |
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.  |
|                                                                           |
| CO/CASE NUMBER: 03/CC 1982 000193.61                                      |
|                                                                           |
| ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED    |
|---------------------------------------------------------------------------|
```

POST-JUDGMENT MOTIONS FILED:    DT FILED        DT DENIED      CON BY AGREE
___ MOTION FOR NEW TRIAL      _____      _____     _____
___ MOTION FOR JUDG. OF ACQUIT _____     _____     _____
___ MOTION TO W/D GUILTY PLEA  _____     _____     _____
___ MOTION FOR ATTY TO W/DRAW  _____     _____     _____
___ OTHER _____           _____     _____     _____

COURT REPORTER(S):
ADDRESS:                            _____
                                    _____

APPELLATE COUNSEL #1:               PRO SE
ADDRESS:                            _____
                                    _____
                                                          ,     00000
PHONE NUMBER:                       000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:                            _____
                                    _____

PHONE NUMBER:                       _____

APPELLANT (PRO SE):                 MANLEY JOHN
ADDRESS:                            ST. CLAIR CORR. FACILITY
                                    SPRINGVILLE  ,  AL  351465582
AIS #:                              128194

APPELLEE (IF CITY APPEAL):
ADDRESS:                            _____
                                    _____

I CERTIFY THAT THE INFORMATION PROVIDED                  OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY             PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO   _Melissa Pittman_____
THIS ACTION ON THIS 30th DAY OF DEC , 2004     CIRCUIT COURT CLERK



46

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN          JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:    __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES    _X_ N/A
    INDIGENT STATUS REVOKED ON APPEAL:          _____ YES    _X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:          __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000194.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED     CON BY AGREE
____ MOTION FOR NEW TRIAL     _____      _____      _____
____ MOTION FOR JUDG. OF ACQUIT  _____      _____      _____
____ MOTION TO W/D GUILTY PLEA   _____      _____      _____
____ MOTION FOR ATTY TO W/DRAW   _____      _____      _____
____ OTHER _____              _____      _____      _____

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:             PRO SE
ADDRESS:
                                                      00000
PHONE NUMBER:                     000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):               MANLEY JOHN
ADDRESS:                          ST. CLAIR CORR. FACILITY
                                  SPRINGVILLE  , AL  351465582
AIS #:                            123194

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED        OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY            PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF DEC , 2004    CIRCUIT COURT CLERK

```
ACR371                   ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                         BY THE TRIAL COURT CLERK
                 IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN                JUDGE: WILLIAM A. SHASHY
```

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:   __X__ YES   _____ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES   __X_ N/A
   INDIGENT STATUS REVOKED ON APPEAL:   _____ YES   __X__ NO
   INDIGENT STATUS GRANTED ON APPEAL:   __X__ YES   _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000195.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

```
POST-JUDGMENT MOTIONS FILED:      DT FILED        DT DENIED      CON BY AGREE
____ MOTION FOR NEW TRIAL       _____      _____      _____
____ MOTION FOR JUDG. OF ACQUIT _____      _____      _____
____ MOTION TO W/D GUILTY PLEA  _____      _____      _____
____ MOTION FOR ATTY TO W/DRAW  _____      _____      _____
____ OTHER                      _____      _____      _____
```

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:

PHONE NUMBER:                000-000-0000       00000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):          MANLEY JOHN
ADDRESS:                  ST. CLAIR CORR. FACILITY
                        SPRINGVILLE  ,  AL  351465582
AIS #:                     128194

APPELLEE (IF CITY APPEAL):
ADDRESS:

```
I CERTIFY THAT THE INFORMATION PROVIDED                      OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                   PREPARED :12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF _DEC_, 2004   CIRCUIT COURT CLERK
```

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:         __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:   _____ YES    __X__ NO N/A
    INDIGENT STATUS REVOKED ON APPEAL:               _____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:               __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000196.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:       DT FILED         DT DENIED       CON BY AGREE
___ MOTION FOR NEW TRIAL        _____        _____        _____
___ MOTION FOR JUDG. OF ACQUIT  _____        _____        _____
___ MOTION TO W/D GUILTY PLEA   _____        _____        _____
___ MOTION FOR ATTY TO W/DRAW   _____        _____        _____
___ OTHER                       _____        _____        _____

COURT REPORTER(S):              _____
ADDRESS:                        _____

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:                        _____

PHONE NUMBER:                   000-000-0000      ,        00000

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____

PHONE NUMBER:                   _____

APPELLANT (PRO SE):             MANLEY JOHN
ADDRESS:                        ST. CLAIR CORR. FACILITY
                                SPRINGVILLE  ,  AL  351465582
AIS #:                          128194

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO     _____
THIS ACTION ON THIS 30th DAY OF __DEC__,2004        CIRCUIT COURT CLERK

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:    __X__ YES    _____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES  __X__ NO N/A
  INDIGENT STATUS REVOKED ON APPEAL:          _____ YES    __X__ NO
  INDIGENT STATUS GRANTED ON APPEAL:          __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000197.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED  __DENIED  __GRANTED

POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED      CON BY AGREE
___ MOTION FOR NEW TRIAL        _____     _____      _____
___ MOTION FOR JUDG. OF ACQUIT  _____     _____      _____
___ MOTION TO W/D GUILTY PLEA   _____     _____      _____
___ MOTION FOR ATTY TO W/DRAW   _____     _____      _____
___ OTHER                       _____     _____      _____

COURT REPORTER(S):              _____
ADDRESS:                        _____
                                _____

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:                        _____
                                _____

PHONE NUMBER:                   000-000-0000        00000

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____

PHONE NUMBER:                   _____

APPELLANT (PRO SE):             MANLEY JOHN
ADDRESS:                        ST. CLAIR CORR. FACILITY
                                SPRINGVILLE  , AL  351465582
AIS #:                          128194

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO    _Melissa Pittman_
THIS ACTION ON THIS 30th DAY OF _DEC__,2004      CIRCUIT COURT CLERK

50

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN            JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:     __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES  __X__ NO N/A
    INDIGENT STATUS REVOKED ON APPEAL:           _____ YES   __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:           __X__ YES   _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000198.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:     DT FILED       DT DENIED      CON BY AGREE
____ MOTION FOR NEW TRIAL        _____      _____      _____
____ MOTION FOR JUDG. OF ACQUIT  _____      _____      _____
____ MOTION TO W/D GUILTY PLEA   _____      _____      _____
____ MOTION FOR ATTY TO W/DRAW   _____      _____      _____
____ OTHER                       _____      _____      _____

COURT REPORTER(S):               _____
ADDRESS:                         _____
                                 _____

APPELLATE COUNSEL #1:            _____
ADDRESS:                         PRO SE
                                 _____

PHONE NUMBER:                    000-000-0000        ,       0000

APPELLATE COUNSEL #2:            _____
ADDRESS:                         _____
                                 _____

PHONE NUMBER:                    _____

APPELLANT (PRO SE):              MANLEY JOHN
ADDRESS:                         ST. CLAIR CORR. FACILITY
                                 SPRINGVILLE   ,  AL  35146-5582
AIS #:                           128194

APPELLEE (IF CITY APPEAL):       _____
ADDRESS:                         _____
                                 _____

I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO       _____
THIS ACTION ON THIS 30th DAY OF _DEC_,2004     CIRCUIT COURT CLERK

51

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
             NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                 IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY
```

| APPEAL DATE: 12/13/2004 |

```
INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES  _____ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES  __X__ NO N/A
   INDIGENT STATUS REVOKED ON APPEAL:            _____ YES  __X__ NO
   INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES  _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000199.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED
```

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON. BY AGREE |
|---|---|---|---|
| ____ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ____ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ____ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ____ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ____ OTHER | _____ | _____ | _____ |

```
COURT REPORTER(S):                      _____
ADDRESS:                                _____
                                        _____

APPELLATE COUNSEL #1:                   PRO SE
ADDRESS:

                                                       00000
PHONE NUMBER:                           000-000-0000

APPELLATE COUNSEL #2:                   _____
ADDRESS:                                _____
                                        _____

PHONE NUMBER:                           _____

APPELLANT (PRO SE):                     MANLEY JOHN
ADDRESS:                                ST. CLAIR CORR. FACILITY
                                        SPRINGVILLE   , AL  351465582
AIS #:                                  128194

APPELLEE (IF CITY APPEAL):              _____
ADDRESS:                                _____
                                        _____
```

```
I CERTIFY THAT THE INFORMATION PROVIDED               OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY           PREPARED 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO       _____
THIS ACTION ON THIS 30th DAY OF DEC ,2004        CIRCUIT COURT CLERK
```

ACR371                    ALABAMA JUDICIAL DATA CENTER
           NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                  IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES    _____ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES    __X__ NO N/A
   INDIGENT STATUS REVOKED ON APPEAL:            _____ YES    __X__ NO
   INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000200.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:    DT FILED        DT DENIED      CON BY AGREE
___ MOTION FOR NEW TRIAL        _____     _____    _____
___ MOTION FOR JUDG. OF ACQUIT  _____     _____    _____
___ MOTION TO W/D GUILTY PLEA   _____     _____    _____
___ MOTION FOR ATTY TO W/DRAW   _____     _____    _____
___ OTHER _____           _____     _____    _____

COURT REPORTER(S):              _____
ADDRESS:                        _____
                                _____

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:                        _____
                                _____
                                                          00000
PHONE NUMBER:                   000-000-0000

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____

PHONE NUMBER:                   _____

APPELLANT (PRO SE):             MANLEY JOHN
ADDRESS:                        ST. CLAIR CORR. FACILITY
                                SPRINGVILLE   , AL  351465582
AIS #:                          123194

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

I CERTIFY THAT THE INFORMATION PROVIDED                 OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY             PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF _DEC_, 2004     _Melissa Pittman_
                                                CIRCUIT COURT CLERK

ACR371                      ALABAMA JUDICIAL DATA CENTER
            NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                           BY THE TRIAL COURT CLERK
                 IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:       __X__ YES  _____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES  __X__ NO-N/A
  INDIGENT STATUS REVOKED ON APPEAL:             _____ YES  __X__ NO
  INDIGENT STATUS GRANTED ON APPEAL:             __X__ YES  _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000201.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:     DT FILED      DT DENIED    CON BY AGREE
___ MOTION FOR NEW TRIAL         _____     _____    _____
___ MOTION FOR JUDG. OF ACQUIT   _____     _____    _____
___ MOTION TO W/D GUILTY PLEA    _____     _____    _____
___ MOTION FOR ATTY TO W/DRAW    _____     _____    _____
___ OTHER                        _____     _____    _____

COURT REPORTER(S):               _____
ADDRESS:                         _____

APPELLATE COUNSEL #1:            PRO SE
ADDRESS:                         _____

PHONE NUMBER:                    000-000-0000    ,        00000

APPELLATE COUNSEL #2:            _____
ADDRESS:                         _____
                                 _____
PHONE NUMBER:                    _____

APPELLANT (PRO SE):              MANLEY JOHN
ADDRESS:                         ST. CLAIR CORR. FACILITY
                                 SPRINGVILLE    , AL  3514&5582
AIS #:                           128194

APPELLEE (IF CITY APPEAL):       _____
ADDRESS:                         _____
                                 _____

I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY       PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO   _____
THIS ACTION ON THIS 30th DAY OF _DEC__,2004   CIRCUIT COURT CLERK

54

ACR371                      ALABAMA JUDICIAL DATA CENTER
         NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                         BY THE TRIAL COURT CLERK
                 IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES    __X__ NO N/A
    INDIGENT STATUS REVOKED ON APPEAL:            _____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000202.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:    DT FILED        DT DENIED       CON BY AGREE
____ MOTION FOR NEW TRIAL       _____         _____         _____
____ MOTION FOR JUDG. OF ACQUIT _____         _____         _____
____ MOTION TO W/D GUILTY PLEA  _____         _____         _____
____ MOTION FOR ATTY TO W/DRAW  _____         _____         _____
____ OTHER                      _____         _____         _____

COURT REPORTER(S):
ADDRESS:                        _____
                                _____

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:                        _____
                                _____
                                              ,        00000
PHONE NUMBER:                   000-000-0000

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____
                                _____
PHONE NUMBER:                   _____

APPELLANT (PRO SE):             MANLEY JOHN
ADDRESS:                        ST. CLAIR CORR. FACILITY
                                SPRINGVILLE    ,   AL   351465582
AIS #:                          128194

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

I CERTIFY THAT THE INFORMATION PROVIDED                  OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF DEC ,2004
                                                 CIRCUIT COURT CLERK

55

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN                JUDGE: WILLIAM A. SHASHY

```
APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:       __X __YES ____NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: ____ __YES __X__NO N/A
   INDIGENT STATUS REVOKED ON APPEAL:             ____ __YES __X__NO
   INDIGENT STATUS GRANTED ON APPEAL:             __X __YES ____NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000203.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:     DT FILED        DT DENIED      CON BY AGREE
   ___ MOTION FOR NEW TRIAL      _____       _____      _____
   ___ MOTION FOR JUDG. OF ACQUIT _____      _____      _____
   ___ MOTION TO W/D GUILTY PLEA  _____      _____      _____
   ___ MOTION FOR ATTY TO W/DRAW  _____      _____      _____
   ___ OTHER _____        _____      _____      _____

COURT REPORTER(S):
ADDRESS:                          _____
                                  _____

APPELLATE COUNSEL #1:             PRO SE
ADDRESS:                          _____
                                                   ,        00000
PHONE NUMBER:                     000-000-0000

APPELLATE COUNSEL #2:             _____
ADDRESS:                          _____
                                  _____

PHONE NUMBER:                     _____

APPELLANT (PRO SE):               MANLEY JOHN
ADDRESS:                          ST. CLAIR CORR. FACILITY
                                  SPRINGVILLE  ,  AL  3514 5582
AIS #:                            128194

APPELLEE (IF CITY APPEAL):        _____
ADDRESS:                          _____
                                  _____
```

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                     PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF DEC ,2004     _____
                                                   CIRCUIT COURT CLERK

56

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                    JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:          __X__ YES      ____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:    ____ YES   __X__ NO  N/A
  INDIGENT STATUS REVOKED ON APPEAL:                ____ YES   __X__ NO
  INDIGENT STATUS GRANTED ON APPEAL:                __X__ YES      ____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000204.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ____ MOTION FOR NEW TRIAL | | | |
| ____ MOTION FOR JUDG. OF ACQUIT | | | |
| ____ MOTION TO W/D GUILTY PLEA | | | |
| ____ MOTION FOR ATTY TO W/DRAW | | | |
| ____ OTHER | | | |

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:              PRO SE
ADDRESS:

PHONE NUMBER:                      000-000-0000          ,          00000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):               MANLEY JOHN
ADDRESS:                          ST. CLAIR CORR. FACILITY
                                  SPRINGVILLE   , AL  351465582
AIS #:                            123194

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                    PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF _DEC__ ,2004          CIRCUIT COURT CLERK

57

ACR371                      ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                   IN THE CIRCUIT COURT   OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN            JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES    __X__ NO  N/A
    INDIGENT STATUS REVOKED ON APPEAL:              _____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000205.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:       DT FILED        DT DENIED      CON BY AGREE
    ____ MOTION FOR NEW TRIAL       _____      _____     _____
    ____ MOTION FOR JUDG. OF ACQUIT _____      _____     _____
    ____ MOTION TO W/D GUILTY PLEA  _____      _____     _____
    ____ MOTION FOR ATTY TO W/DRAW  _____      _____     _____
    ____ OTHER                      _____      _____     _____

COURT REPORTER(S):
ADDRESS:                                    _____

APPELLATE COUNSEL #1:                       PRO SE
ADDRESS:
                                                          ,         00000
PHONE NUMBER:                               000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:                                    _____

PHONE NUMBER:

APPELLANT (PRO SE):                         MANLEY JOHN
ADDRESS:                                    ST. CLAIR CORR. FACILITY
                                            SPRINGVILLE   , AL  351465582
AIS #:                                      128194

APPELLEE (IF CITY APPEAL):
ADDRESS:                                    _____

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                   PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO     _Melissa Patterson_
THIS ACTION ON THIS 30th DAY OF _DEC_, 2004     CIRCUIT COURT CLERK

58

ACR371                    ALABAMA JUDICIAL DATA CENTER
         NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                 IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

```
| APPEAL DATE: 12/13/2004                                                     |
|                                                                            |
| INDIGENCY STATUS:                                                          |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:      __X__ YES  _____ NO       |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES  __X__ NO=N/A  |
|    INDIGENT STATUS REVOKED ON APPEAL:             _____ YES  __X__ NO      |
|    INDIGENT STATUS GRANTED ON APPEAL:            __X__ YES  _____ NO       |
|                                                                            |
| DEATH PENALTY: NO                                                          |
|                                                                            |
| APPEAL TYPE: RULE 32 PETITION                                              |
|                                                                            |
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,   |
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.   |
|                                                                            |
| CO/CASE NUMBER: 03/CC 1982 000206.61                                       |
|                                                                            |
| ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED     |
```

```
| POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED      CON BY AGREE  |
| ____ MOTION FOR NEW TRIAL      _____      _____      _____     |
| ____ MOTION FOR JUDG. OF ACQUIT _____     _____      _____     |
| ____ MOTION TO W/D GUILTY PLEA  _____     _____      _____     |
| ____ MOTION FOR ATTY TO W/DRAW  _____     _____      _____     |
| ____ OTHER _____            _____     _____      _____     |
|                                                                            |
| COURT REPORTER(S):                          _____ |
| ADDRESS:                                    _____ |
|                                             _____ |
|                                                                            |
| APPELLATE COUNSEL #1:                       PRO SE                         |
| ADDRESS:                                    _____ |
|                                                           ,     00000      |
| PHONE NUMBER:                               000-000-0000                   |
|                                                                            |
| APPELLATE COUNSEL #2:                       _____ |
| ADDRESS:                                    _____ |
|                                             _____ |
| PHONE NUMBER:                               _____ |
|                                                                            |
| APPELLANT (PRO SE):                         MANLEY JOHN                    |
| ADDRESS:                                    ST. CLAIR CORR. FACILITY       |
|                                             SPRINGVILLE  , AL  3514655B2   |
| AIS #:                                      128194                         |
|                                                                            |
| APPELLEE (IF CITY APPEAL):                  _____ |
| ADDRESS:                                    _____ |
|                                             _____ |
```

I CERTIFY THAT THE INFORMATION PROVIDED        OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY           PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF _DEC__, 2004   CIRCUIT COURT CLERK

ACR371                    ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                        BY THE TRIAL COURT CLERK
                 IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:       __X__ YES    ____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: ____ YES    __X__ N/A
    INDIGENT STATUS REVOKED ON APPEAL:             ____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:             __X__ YES    ____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000207.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED  ___DENIED  ___GRANTED

POST-JUDGMENT MOTIONS FILED:     DT FILED       DT DENIED     CON BY AGREE
____ MOTION FOR NEW TRIAL        _____        _____       _____
____ MOTION FOR JUDG. OF ACQUIT  _____        _____       _____
____ MOTION TO W/D GUILTY PLEA   _____        _____       _____
____ MOTION FOR ATTY TO W/DRAW   _____        _____       _____
____ OTHER                       _____        _____       _____

COURT REPORTER(S):               _____
ADDRESS:                         _____

APPELLATE COUNSEL #1:            PRO SE
ADDRESS:                         _____

PHONE NUMBER:                    000-000-0000          ,      00(0)0

APPELLATE COUNSEL #2:            _____
ADDRESS:                         _____
                                 _____

PHONE NUMBER:                    _____

APPELLANT (PRO SE):              MANLEY JOHN
ADDRESS:                         ST. CLAIR CORR. FACILITY
                                 SPRINGVILLE   ,  AL   35146 6582
AIS #:                           128194

APPELLEE (IF CITY APPEAL):       _____
ADDRESS:                         _____
                                 _____

I CERTIFY THAT THE INFORMATION PROVIDED              OPER OR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY           PREPARED: 12 30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO       _____
THIS ACTION ON THIS 30th DAY OF __DEC__, 2004      CIRCUIT COURT CLERK

ACR371                  ALABAMA JUDICIAL DATA CENTER
          NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
               IN THE CIRCUIT COURT  OF MONTGOMERY COUNTY
STATE OF ALABAMA VS MANLEY JOHN              JUDGE: WILLIAM A. SHASHY

APPEAL DATE: 12/13/2004

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES  _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES  __X__ NO N/A
    INDIGENT STATUS REVOKED ON APPEAL:              _____ YES  __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES  _____ NO

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/CC 1982 000209.61

ORDER ENTERED(DATE): 12082004 PETITION: X DISMISSED __DENIED __GRANTED

POST-JUDGMENT MOTIONS FILED:    DT FILED        DT DENIED      CON BY AGREE
____ MOTION FOR NEW TRIAL     _____    _____    _____
____ MOTION FOR JUDG. OF ACQUIT _____    _____    _____
____ MOTION TO W/D GUILTY PLEA _____    _____    _____
____ MOTION FOR ATTY TO W/DRAW _____    _____    _____
____ OTHER                    _____    _____    _____

COURT REPORTER(S):
ADDRESS:

APPELLATE COUNSEL #1:                 PRO SE
ADDRESS:

PHONE NUMBER:                         000-000-0000        00000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):                   MANLEY JOHN
ADDRESS:                              ST. CLAIR CORR. FACILITY
                                      SPRINGVILLE  ,  AL  3514 65582
AIS #:                                128194

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY            PREPARED: 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF __DEC__, 2004   _Melissa Pittman_
                                                CIRCUIT COURT CLERK

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS MANLEY JOHN                JUDGE: WILLIAM A. SHASHY

```
| APPEAL DATE: 12/13/2004                                                       |
|                                                                              |
| INDIGENCY STATUS:                                                            |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    _____ NO      |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES    _X_ NO N/A    |
|    INDIGENT STATUS REVOKED ON APPEAL:              _____ YES    _X_ NO        |
|    INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    _____ NO      |
|                                                                              |
| DEATH PENALTY: NO                                                            |
|                                                                              |
| APPEAL TYPE: RULE 32 PETITION                                                |
|------------------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,      |
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.      |
|                                                                              |
| CO/CASE NUMBER: 03/CC 1982 000210.61                                         |
|                                                                              |
| ORDER ENTERED(DATE): 12092004 PETITION: X DISMISSED __DENIED __GRANTED       |
|------------------------------------------------------------------------------|
| POST-JUDGMENT MOTIONS FILED:     DT FILED      DT DENIED      CON BY AGREE    |
| ____ MOTION FOR NEW TRIAL      _____     _____     _____       |
| ____ MOTION FOR JUDG. OF ACQUIT _____    _____     _____       |
| ____ MOTION TO W/D GUILTY PLEA  _____    _____     _____       |
| ____ MOTION FOR ATTY TO W/DRAW  _____    _____     _____       |
| ____ OTHER                      _____    _____     _____       |
|------------------------------------------------------------------------------|
| COURT REPORTER(S):                                                           |
| ADDRESS:                        _____           |
|                                 _____           |
|                                                                              |
| APPELLATE COUNSEL #1:                                                        |
| ADDRESS:                        PRO SE                                       |
|                                 _____           |
|                                                          00000               |
| PHONE NUMBER:                   000-000-0000       ,                          |
|                                                                              |
| APPELLATE COUNSEL #2:                                                        |
| ADDRESS:                        _____           |
|                                 _____           |
|                                 _____           |
| PHONE NUMBER:                   _____           |
|                                                                              |
| APPELLANT (PRO SE):             MANLEY JOHN                                  |
| ADDRESS:                        ST. CLAIR CORR. FACILITY                     |
|                                 SPRINGVILLE  ,  AL  351465582                |
| AIS #:                          123194                                       |
|                                                                              |
| APPELLEE (IF CITY APPEAL):      _____           |
| ADDRESS:                        _____           |
|                                 _____           |
```

I CERTIFY THAT THE INFORMATION PROVIDED                         OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                      PREPARED 12/30/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF    _Melissa Pittman_____
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF _DEC_, 2004              CIRCUIT COURT CLERK

| State of Alabama<br>Unified Judicial System | CERTIFICATE OF COMPLETION AND<br>TRANSMITTAL OF RECORD ON<br>APPEAL BY TRIAL CLERK | Appellate Case Number |
|---|---|---|
| ARAP-14        Rev. 11/91 | | |

| TO: THE CLERK OF<br>THE COURT OF CRIMINAL APPEALS OF ALABAMA | DATE OF<br>NOTICE OF APPEAL: 12/13/04 |
|---|---|
| APPELLANT<br><br>John Manley | |
| v.   STATE OF ALABAMA | |

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) (_____ volumes of 200 pages each and one volume of _____ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this ___1st___ day of ___February___, 2005.

Melissa Rittenour
Circuit Clerk