# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA



**Lane W. Mann**
  Clerk
**Sonja McKnight**
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

May 13, 2005

**CR-04-0570**

John Manley v. State of Alabama  (Appeal from Montgomery  Circuit Court: CC82-193.61 through CC82-206.61; CC82-209.61; CC82-210.61)

## NOTICE

You are hereby notified that on May 13, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

cc: Hon. Melissa Rittenour, Circuit Clerk
  John Manley, Pro Se
  Bettie J. Carmack, Asst. Atty. Gen.

EXHIBIT L