# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
## THE ALABAMA COURT OF CRIMINAL APPEALS

CR-04-0570

John Manley v. State of Alabama (Appeal from Montgomery Circuit Court: CC82-193.61 through CC82-206.61; CC82-209.61; CC82-210.61)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on April 22nd 2005:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 9th day of December, 2005.

*[signature]*

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. William Shashy, Circuit Judge
Hon. Melissa Rittenour, Circuit Clerk
John Manley, Pro Se
Bettie J. Carmack, Asst. Atty. Gen.

EXHIBIT O