To whom it may Concern:   4-17-07

I am writing to you in regards to Civil Docket Case #: 2-06-cv-00038-WKW-WC.

I filed the above petition on January 17, 2006, and it has been a total of sixteen (16) months without a ruling (Final) pertaining to this case.

Would you please, if at all possible make a ruling now or as soon as possible.

Thank you!

Respectfully,

John W. Manley

John W. Manley, #128194
1000 St. Clair Rd   N-1-13
Springville, AL 35146-5582



John W. Morley
#128194   11-1-13
1000 St. Clair Rd.
Springville, Alabama
35146-5582

Office of the Clerk
United States District Court
Judge Wallace Capel, Jr.
Attn: Box 711
P.O. Box 711
Montgy. Al. 36101-0711

Case #: 2:06-cv-00038-WKW-WC