IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JAN 16 P 2:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHN W. MANLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-00038-WKW |
| RALPH HOOKS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and Ralph Hooks, by and through Counsel named below, make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Ralph Hooks, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the St. Clair Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

_____
Audrey Jordan
Counsel for Troy King and Ralph Hooks

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>16th</u> day of January, 2008, I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>John W. Manley, AIS #128194, St. Clair Correctional Facility, 1000 St. Clair Road, Springville, Alabama 36130</u>.

/s/ Audrey Jordan
Audrey Jordan
Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  AJordan@ago.state.al.us
369416/90693-001