IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN MANLEY, #128194, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-38-WKW |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the pleadings filed by the parties, the undisputed state court record and applicable federal law, the court determines no evidentiary hearing is required. Rule 8(a), *Rules Governing Section 2254 Cases in United States District Courts*. Accordingly, it is

ORDERED that this case be submitted for disposition on the Recommendation entered herein on March 3, 2008 (Court Doc. No. 17).

Done this 12th day of March, 2008.

        /s/ Wallace Capel, Jr.
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE