IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN MANLEY, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )  Case No. 2:06-cv-0038-WKW |
| | ) |
| RALPH HOOKS, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

## **ORDER**

On March 3, 2008, the Magistrate Judge filed a Recommendation (Doc. # 17) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 17) is ADOPTED;

2. The petition (Doc. # 1) for habeas corpus relief is DENIED; and

3. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 3rd day of April, 2008.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE