IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN MANLEY, )  )  Petitioner, )  )  v. )  )  RALPH HOOKS, *et al.*, )  )  Respondents. ) | Case No. 2:06-cv-0038-WKW |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all claims are hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE